UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 21-CR-20303-DPG-1


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | VOLUME I OF I |
| | ) | PAGES: 1 - 90 |
| PLAINTIFF(S), | ) | |
| | ) | |
| VS. | ) | DATE OF PROCEEDINGS: |
| | ) | SEPTEMBER 19, 2023 |
| | ) | |
| JESUS TRUJILLO, | ) | COURTROOM #11-4 |
| KAREL FELIPE, | ) | WILKIE D. FERGUSON, JR. |
| TAMARA QUICUTIS, | ) | UNITED STATES |
| | ) | COURTHOUSE. |
| DEFENDANT(S). | ) | |


TRANSCRIPT OF PRETRIAL PROCEEDINGS
BEFORE THE HONORABLE PATRICIA A. SEITZ,
UNITED STATES SENIOR DISTRICT JUDGE,
AT 400 NORTH MIAMI AVENUE,
MIAMI, FLORIDA, 33128.


<u>APPEARANCES</u>

FOR THE GOVERNMENT:        JAMIE DE BOER, ESQ.,
                          D. KEITH CLOUSER, ESQ.
                          U.S. DEPARTMENT OF JUSTICE
                          1400 NEW YORK AVENUE, N.W.
                          8TH FLOOR
                          WASHINGTON, DC 20530

FOR THE DEFENDANT(S):     JUAN DE JESUS GONZALEZ, ESQ.
KAREL FELIPE               JUAN DE JESUS GONZALEZ, LAWYER, PA
                          2460 S.W. 137 AVENUE
                          SUITE 254
                          MIAMI, FLORIDA  33175


*Stenographically Reported By:*
*Quanincia S. Hill, RPR*
*Federal Official Court Reporter*
*400 North Miami Avenue*
*Miami, Florida  33128*

*Office No.:  (305)523-3634  E-mail:  Quanincia_hill@flsd.uscourts.gov*

```
FOR THE DEFENDANT(S):        SIMON PATRICK DRAY, ESQ.
JESUS TRUJILLO                S. PATRICK DRAY, PA
                             COURTHOUSE CENTER
                             40 NW THIRD STREET
                             SUITE 200
                             MIAMI, FLORIDA  33128

                             ERNESTO SEGUNDO MEDINA, ESQ.
                             ERNESTO S. MEDINA
                             782 NW 42 AVENUE
                             SUITE 634
                             MIAMI, FLORIDA 33126

FOR THE DEFENDANT(S):        MAURICIO LOPEZ ALDAZABAL, ESQ.
TAMARA QUICUTIS               2655 LE JEUNE ROAD
                             SUITE 700
                             CORAL GABLES, FLORIDA  33134

COURT INTERPRETER:           SYLVIA VETTERSTRAND
```

*Stenographically Reported By:*
*Quanincia S. Hill, RPR*
*Federal Official Court Reporter*
*400 North Miami Avenue*
*Miami, Florida  33128*

*Office No.:  (305)523-3634  E-mail:  Quanincia_hill@flsd.uscourts.gov*

```
 1              (Proceedings commencing at 10:30 a.m.)

 2         THE COURT:  Please call the case.

 3         THE COURTROOM DEPUTY:  Calling case number 21-20303.

 4  United States of America versus Jesus Trujillo, Karel Felipe,

 5  and Tamara Quicutis.  I apologize for the names.

 6         Government, please start by stating your name.

 7         AUSA DE BOER:  Good morning, Your Honor.  Jamie de Boer

 8  for the United States.

 9         THE COURT:  Okay. Ms. de Boer.  I received your e-mail

10  last night.  And I received your trial brief.

11         AUSA DE BOER:  Thank you, Your Honor.

12         THE COURT:  Okay.  And I've read through both.

13         AUSA CLOUSER:  Good morning, Your Honor.  Keith Clouser

14  for the Government.

15         THE COURT:  Welcome to this case, Mr. Clouser.  Is

16  it -- I'm just making sure that I hear the name.

17         AUSA CLOUSER:  Yes.  It's Clouser.  And we're joined at

18  the table by Ava Puntillo, our paralegal.

19         THE COURT:  And if you get a little closer to the

20  microphone.

21         AUSA CLOUSER:  Sure.  We're joined at the table by our

22  paralegal specialist, ava Puntillo.

23         THE COURT:  Puntillo?

24         AUSA CLOUSER:  Yes.

25         THE COURT:  Welcome.  Thank you very much.
```

```
 1              Good morning.
 2         ATTORNEY DRAY:  Good morning, Your Honor.  Patrick dray
 3    on behalf of Jesus Trujillo.  I'm also joined here, cocounsel
 4    Ernesto Medina.  And Jesus Trujillo is present before the
 5    Court.  He's in the light blue suit.
 6         THE COURT:  Mr. Trujillo --
 7         ATTORNEY MEDINA:  I'm Ernesto Segundo Medina.  And this
 8    is Mr. Jesus Trujillo.
 9         THE COURT:  Mr. Trujillo, Mr. Medina, and Mr. Dray,
10    always good to see you.
11         ATTORNEY MEDINA:  Thank you, Judge.
12         ATTORNEY GONZALEZ:  Good morning, Your Honor.  It's
13    good to see you again.  Juan Gonzalez on behalf of Karel
14    Felipe.  And I spoke to them about 20 minutes ago.  And they're
15    in the neighborhood somewhere, Judge.  He should be walking in
16    at any moment.
17         THE COURT:  Well, we will have a little chat with all
18    of us and synchronize your watches with that clock in the back
19    because we need to be on time if we want the jury to be on
20    time.  We have to be respectful of their time so that they can
21    be respectful of our time.  Okay.
22              And habitual missing of the time has repercussions.
23         ATTORNEY ALDAZABAL:  Good morning, Your Honor.
24    Mauricio Aldazabal, CJA counsel, on behalf of Ms.  Tamara
25    Quicutis.  However, she does not have a listening device and
```

```
 1  she does not understand.  So we're going to get that

 2  immediately, I hope.

 3        THE COURT:  Can you please help me correctly pronounce

 4  her last name.

 5        ATTORNEY ALDAZABAL:  Your Honor, as I understand it's

 6  Q, like Q-u-i, cutis.  Quicutis.

 7        THE COURT:  Quicutis.  Two syllables.

 8        ATTORNEY ALDAZABAL:  Three, I guess.  Quicutis.

 9        THE COURT:  Quicutis.

10        ATTORNEY ALDAZABAL:  Quicutis.  Yes.  I asked her and I

11  think she said it was from the Canary Islands originally.

12        THE COURT:  Okay.  Welcome, please have a seat.  And it

13  helps my -- and I welcome our translator today.  Are you going

14  to have assistants today?

15        THE INTERPRETER:  I'm not sure, Your Honor.  But good

16  morning.  Sylvia Vetterstrand, for the record.

17        THE COURT:  Good morning.  Okay.  Did our court

18  reporter get that?

19        THE COURT REPORTER:  No, Judge.  Repeat it, please.

20        THE COURT:  Could you please repeat your name for my

21  court reporter.

22        THE INTERPRETER:  Sylvia, S-y-l-v-i-a, Vetterstrand,

23  V-e-t-t-e-r-s-t-r-a-n-d.

24        THE COURT:  Okay.  Will you be doing the translation

25  for any of the witnesses?  Because if we are, I've hoped that
```

```
 1   you are going to be doing it over here because I can barely
 2   hear you without the aid of a microphone over there.
 3         SPEAKER:  Yes.  We will do the witness -- if there are
 4   witnesses, we will do the witness testimony from the stand,
 5   either I or one of my colleagues.
 6         THE COURT:  Okay.  Thank you very much.  And I see two
 7   lovely women sitting behind the Government.  And are they with
 8   your office?
 9         AUSA DE BOER:  Yes, Your Honor.  There are two
10   additional paralegals who will be assisting throughout trial.
11         THE COURT:  Okay.  Are they going to be in and out
12   during the course of the trial?
13         AUSA DE BOER:  Yes, Judge.
14         THE COURT:  Okay.  So if you will please introduce
15   them, because when we select the jury, I'm going to ask
16   everyone to introduce the members of your team so that if they
17   come in and go out, the jury understands who they are and are
18   not distracted; the same way if there are going to be any
19   family members for any of the defendants, I need to have them
20   introduce themselves as well.
21         AUSA DE BOER:  Yes, Your Honor.  And so we have
22   Ms. Nicole Jones.
23         THE COURT:  Ms. Jones, welcome.
24         AUSA DE BOER:  And Ms. Danielle, and I'm going to
25   mispronounce your last name, Egbufoama.
```

1          **MS. EGBUFOAMA:**  Egbufoama.

2          **THE COURT:**  Egbufoama.

3          **MS. EGBUFOAMA:**  Egbufoama.

4          **THE COURT REPORTER:**  Spell it.

5          **MS. EGBUFOAMA:**  'E,' as in Edward; 'g,' as in goat;

6    'b,' as in boy; 'u,' as in umbrella; 'f,' as in father; 'o,' as

7    in orange; 'a,' as in apple; 'm,' as in mother and 'a,' as in

8    apple.

9          **THE COURT:**  I'm cheating and looking at the --

10         **THE COURT REPORTER:**  One more time.  One more time.

11         **MS. EGBUFOAMA:**  'E,' as in Edward; 'g,' as in goat;

12   'b,' as in boy; 'u,' as in umbrella; 'f,' as in father; 'o,' as

13   in orange; 'a,' as in apple; 'm,' as in mother and 'a,' as in

14   apple.

15         **THE COURT:**  Okay.  Now that we've seen how it's

16   spelled, would you say it one more time so I can --

17         **AUSA CLOUSER:**  Your Honor, she's just going to come up

18   and use the microphone.

19         **THE COURT:**  That would help immensely.

20         **MS. EGBUFOAMA:**  Good morning, can you hear me?  My name

21   is Danielle Egbufoama.

22         **THE COURT:**  Egbufoama.  Bah, bah.

23         **MS. EGBUFOAMA:**  Egbufoama.  So 'e' is pronounced like

24   an 'a,' and the 'd' is silent.

25         **THE COURT:**  Egbufoama.

1       **MS. EGBUFOAMA:**  Yes.

2       **THE COURT:**  Okay.  B and the F.  I will share with you

3   all what my court reporter of 15 years, my courtroom husband,

4   gave me one day this little plaque that I keep in front of me

5   that says, "Just call them counsel."

6       The old -- the lawyers with whom I'm tried cases before

7   that are sitting primarily on the defense side know that if I

8   can mess up someone's name, I'm -- I do a great job of it.  So

9   I'm -- I will probably refer to everyone as 'counsel' and the

10  Government's assistants.  How about that?  And my court

11  reporter will also appreciate that.

12      **AUSA DE BOER:**  Thank you, Your Honor.

13      **THE COURT:**  And I just saw your client arrive,

14  Mr. Gonzalez.

15      **ATTORNEY GONZALEZ:**  Yes, Judge.  Mr. Felipe arrived

16  here to my left.

17      **THE COURT:**  Okay.  Mr. Felipe.  You see the clock back

18  in the back of the courtroom?  Can you hear the interpreter

19  satisfactorily?

20      **DEFENDANT FELIPE:**  Yes.

21      **THE COURT:**  I need for you to coordinate your watch

22  with that clock so that you build in time to take care of

23  contingencies and know things, unexpected things, will always

24  happen so that you can be here on time.  In fact, be here five

25  minutes before on time because we need to start on time because

1    we need to start on time as a respect for the jury.  We're

2    going to ask the jury to be on time to respect your calendars,

3    but we need to return that same respect.  Okay.  And if there

4    is a consistent failure to be respectful, there will be

5    consequences that Mr. Gonzalez might share with you I can do

6    that would not be attractive for you.  Okay.

7             And I see a lovely lady came in with you.  Is that

8    someone from your family?

9             **ATTORNEY GONZALEZ:**  That is Jenny Lopez.  She is

10   Mr. Felipe's wife and the mother of his child.  She is here to

11   assist us as well.

12            **THE COURT:**  She's going to assist you?

13            **ATTORNEY GONZALEZ:**  No.  Help us out with.  Yeah.

14   She's here, Judge.  She's here.

15            **THE COURT:**  Okay.  Is she going to be sitting here

16   during the course of the trial?

17            **ATTORNEY GONZALEZ:**  I think so, Judge.

18            **THE COURT:**  Okay.  And she's not going to be called as

19   a witness, correct?

20            **ATTORNEY GONZALEZ:**  Maybe.

21            **THE COURT:**  Well, if she's going to be called as a

22   witness, she cannot sit here.

23            **ATTORNEY GONZALEZ:**  Correct.

24            **THE COURT:**  So you need to make that decision.

25            **ATTORNEY GONZALEZ:**  Yes, Judge.  That's true.

```
 1          THE COURT:  Sooner rather than later.  Because once she
 2   sits here after we start, then she's not being called as a
 3   witness.
 4          ATTORNEY GONZALEZ:  But that would be once the trial
 5   starts, Judge.  Right.  I mean, I can have her here today.
 6          THE COURT:  Yes.  But on Monday, we're talking Monday.
 7   Just getting everyone in shape for Monday.  Okay.
 8          Mr. Dray.
 9          ATTORNEY DRAY:  Your Honor, I just want to bring to
10   your attention, I notice the light.  As you're looking this way
11   on the right, it's flickering, right above you, Judge.  Now,
12   most of the times, it's not a big deal.  But sometimes it could
13   be a bigger problem than what it may be.  So I just wanted to
14   bring it to your attention.  It's the one on the right.  Judge,
15   all the way on the right.
16          THE COURT:  This one over here?
17          ATTORNEY DRAY:  Yes, Your Honor.  That one.
18          THE COURT:  The one on the right.  On my left, your
19   right.
20          ATTORNEY DRAY:  Well.  Yes.
21          THE COURT:  Okay.  Hamdi, do me a favor, or Sheba,
22   would you please call maintenance and make sure all of the
23   lights are working and they're not flicking.
24          ATTORNEY DRAY:  I didn't want it to be a short or
25   something, you know, Judge.  It could be electrical.
```

1          **THE COURT:**  We can then call this a very electric

2   court.

3          I can tell that you all are being very nice laughing at

4   my attempt at jokes.

5          One other question:  How is Ms., your former sidekick?

6          **AUSA DE BOER:**  Ms. Gurskis is doing great, Your Honor,

7   as is her son.

8          **THE COURT:**  The baby was born?

9          **AUSA DE BOER:**  Yes.  He's two months old.

10          **THE COURT:**  Fantastic.  And I appreciate all of counsel

11   being very supportive, and the defendants, because I know they

12   want to get this case going.

13          Okay.  As I see that based on Ms. de Boer's,

14   government's counsels e-mail, there are a number of things that

15   we need to address.  The proposed and jury instructions on

16   interpreters, the defense expert, Mr. Pullen; the jury

17   instructions on money laundering and the jury instructions on

18   deliberate ignorance.

19          I read the trial memorandum on deliberate ignorance.  I

20   really appreciate that.  But I'm going to stick with my

21   original ruling.  And at the final charge conference, I will

22   have a fuller record to make a final decision.  But I

23   appreciate all the cases that you have cited and will read them

24   all.  And I'm sure the defense counsel appreciates having it

25   ahead of time.

1            I gathered -- Hamdi, did we get any exhibit list ex

2    parte from the defendants?  Did we get a list of any witnesses?

3            May I please ask the parties to take the three defense

4    witness lists and the Government's second amended witness list

5    and produce a sheet that looks like this.  Hamdi, if you'll go

6    and put this on the elmo for everybody.  Okay.  This is a good

7    trial run for us, Sheba.  Let's make sure that it's going --

8    let's make sure that the Government has a chance some time this

9    week, please coordinate with the courtroom deputy, to make sure

10   all of the equipment works.  And I also urge defense counsel to

11   do a dry run as well.  Okay.  And you can learn to zoom it in

12   and out.  Look at the screen so they can see the whole

13   document.  Hamdi, turn the document the other way.  Not that

14   way.  He just needs to turn it that way and the camera needs to

15   be tilted.

16           Would the Government like to come up and help us.

17           **AUSA DE BOER:**  Yes, Your Honor.

18   okay.  Given the number of people that may be mentioned in this

19   case, in addition to the witnesses, if I could have a joint

20   list of potential witnesses or we can name it 'individuals who

21   maybe mentioned,' whatever you want to call it, because that is

22   a list that I'm going to hand out to the perspective jurors and

23   ask them to look down and see if they recognize any of names.

24   I do need to have the Government's Docket Entry 216.  It does

25   list a little bit of information about each of the potential

1    witnesses.  Mr. Trujillo's does the same thing.  And

2    Mr. Gonzalez has the done the same thing, as well as Mr.

3    Aldazabal.  So I appreciate that very much.  So if someone can

4    just take the lead and give me one sheet.  That makes it much

5    easier on my staff so that they don't have to produce one that

6    you all are happy with because that's what I'm going to use to

7    give to the jury.  And then during the course of the trial, I

8    give them an extra copy so that what they do, since there's so

9    many witnesses, they check them off as they've heard them.  And

10   that's why I do say you come in with two pieces of paper.  This

11   list may be two pages.  But you come in with three pieces of

12   paper, two of them are individuals who are potential witness --

13   who may be called or may be referred to in the course of the

14   trial.  And we need for you to go through and see if they

15   recognize anybody.

16           **ATTORNEY DRAY:**  Your Honor, if I may?

17           **THE COURT:**  Uh-huh.

18           **ATTORNEY DRAY:**  This list is not with our case.  This

19   is just an example, right?

20           **THE COURT:**  This is an example, right.  This is from

21   another case.

22           **ATTORNEY DRAY:**  Okay.  You want essentially for us to

23   submit a consolidated, a potential witness list.

24           **THE COURT:**  You've got it.  With no heading, no style.

25           **ATTORNEY DRAY:**  With everyone that could potentially be

1    called.

2         **THE COURT:**  Or referred to that you know is going to be

3    somebody that may be frequently referred to so that we can --

4         **ATTORNEY DRAY:**  Right.  In case one of the jurors knows

5    that person.

6         **THE COURT:**  You've got it.

7         **ATTORNEY DRAY:**  Okay.  Thank you.

8         **THE COURT:**  Okay.  But I keep this because I found that

9    a picture's worth a thousand words sometimes as to what I need.

10   Okay.

11        **ATTORNEY DRAY:**  Excuse me, Judge.  I thought these were

12   government witnesses.

13        **THE COURT:**  No.  I keep this for illustrative,

14   demonstrative aids.

15        Okay.  Hamdi, if you'll go and get that so that I still

16   have it.

17        As to the proposed instructions on the interpreters,

18   that's a very long instruction but I'm happy to give it if both

19   sides like it.

20        **AUSA DE BOER:**  And Your Honor, we would be happy if the

21   Court has an instruction that Your Honor typically gives.  That

22   would be fine.  This was given in another recent trial.  So

23   that's why we use it.  We're not married to that language.

24        **THE COURT:**  Okay.  I propose that we may want to give

25   this in the preliminary instructions.  And one of the voir dire

questions that I will ask is how many speak Spanish so we know
and what are the reaction are those who both speak Spanish and
those who don't speak Spanish.  If we go through, we use an
interpreter, and I instruct you that even if you speak the
language, you must rely on what the interpreter says, and you
cannot interpret your own because everyone needs to have -- be
working with the same deck of cards.  And if they have any
problem with the interpreter, they should write a note and give
it to the Court security officer, who will bring it to my
attention.

          **AUSA DE BOER:**  That will be perfect from our
perspective, Your Honor.

          **THE COURT:**  Okay.  I presume that the defendants want
to make sure that I do cover whether or not anyone has a
problem with the fact that some of the defendants are using an
interpreter.

          **ATTORNEY ALDAZABAL:**  Yes, Your Honor.  I think that
would be appropriate.

          **THE COURT:**  I notice no one on the defense side has
given me any voir dire questions.

          **ATTORNEY ALDAZABAL:**  We trust your voir dire.  And if I
remember, it's been a while, I believe you give each of the
parties like a few minutes also to do voir dire.

          **THE COURT:**  Yes.  I do that.  And as you recall, you
all will get a questionnaire, the questionnaire that I use in

1    criminal cases.  And if you arrive here at 9:00, you can go

2    over the answers to the questionnaire.  So you have a preview

3    of some of the -- of all of our potential jurors given the

4    number of -- I anticipate we'll have close to 50 that we'll

5    bring up, just given the length of trial, and who knows what's

6    in anyone's background.  Cause remember, my job is to ask the

7    questions for three purposes:  One, to warm up your audience so

8    that they understand they have to tell us what's on their mind

9    and participate with us, not hold things back; two, I need to

10   make them feel comfortable so that they understand what their

11   responsibilities are and can perform those responsibilities as

12   well as elicit information that justifies their challenges for

13   cause so that when I finish, I'll ask counsel to look at their

14   notes, talk to each other, opposing sides as well, to see if

15   there's anyone that the parties agree should be stricken for

16   cause.

17          I'm pretty generous with the cause challenges if both

18   parties agree.  But if you'll tell that -- identify those

19   individuals for me when we -- I finish and I let everyone go

20   out to take a 15-minute break.  When we come back, the

21   courtroom deputy will have quitely excused those potential

22   jurors that you all agree should be removed for cause.  That

23   way, they -- the rest of the panel doesn't know what the magic

24   words were to get them off of jury duty and we don't embarrass

25   them in front of everyone else.  I may need, if individuals

```
 1   raise their hands and want to talk to me about things in
 2   private, then the recess after I finish my voir dire may be a
 3   little bit longer than the 15 minutes.
 4           And during that time, you all can come in and use the
 5   jury room restrooms.  Because once the trial starts, you need
 6   to use the restrooms on the floor above or the floor below you.
 7   You cannot use the restrooms on this floor that's because you
 8   need to be very sensitive that you are never in the same place
 9   or communicating in anyway with any of the perspective jurors,
10   and after they are selected, with any of the jurors.  You
11   cannot even say 'good morning,' 'hello' or smile.  I will
12   explain to the jury that you're not being strange.  You are
13   following my instructions because it is very -- you are very
14   sensitive to no appearance of impropriety and therefore, you
15   are being very religious in staying away from them.  That means
16   you can't be on the same elevator with them.  And it's always
17   wise to not talk about the case around anyone wearing a red
18   juror badge.
19           ATTORNEY GONZALEZ:  If I may, may I ask that you read
20   that instruction to them as soon as you can.  I don't want them
21   to form an opinion early that, you know, that we're being rude
22   or in anyway, shape or form.  I want them to know real quick
23   that the lawyers can't even say 'hello.'
24           THE COURT:  Okay.  I'll do that during -- when we take
25   our first break, because I anticipate with -- given this case
```

1    and the number of voir dire questions that the Government has

2    given me.  And I also think that we need to identify a couple

3    of other things that were not on that list, just some of the

4    locations, if they're familiar with, Wisconsin.  But I need

5    more information from you all as to some of those details, or

6    where were these suppose apartments that they were operating

7    out of if they are here in Miami.  If they're in Orlando, I

8    don't know if all that's relevant.

9         **AUSA DE BOER:**  The apartments are here, and there will

10   be references to other landmarks that people in certain

11   neighborhoods may be familiar with.  So what we will do is

12   prepare a list of those for Your Honor, and we're happy to give

13   Your Honor any additional explanation that you need to decide

14   which need to be mentioned to the jury and which don't.

15        **THE COURT:**  I want to make sure that all of the lawyers

16   have this full picture of the knowledge of the perspective

17   jurors as possible.  Because somebody may live right next to

18   one of the these apartments.  And if we don't bring that out

19   then counsel has no way of ascertaining any preconceived ideas

20   that that person has because of their familiarity with the

21   area, right?

22        **ATTORNEY DRAY:**  Yes, Your Honor.

23        **ATTORNEY GONZALEZ:**  Yes, Your Honor.

24        **ATTORNEY ALDAZABAL:**  Yes, Your Honor.

25        **THE COURT:**  So I need you all to think in those terms,

1  what else do I need besides what the Government has put in

2  there.  I also thought I should start talking about RAPs or

3  whatever the --

4      **AUSA DE BOER:**  The request for anticipated payment.

5  Yeah, the RAP.

6      **THE COURT:**  First, I'll ask the questions about whether

7  or not anyone has Medicare.  I'm going to spend some time with

8  the discussion of Medicare.  I don't know of anyone that

9  doesn't have somebody in their family who isn't a Medicare

10  beneficiary in this community, but could be.

11      **AUSA DE BOER:**  And I think, you know, home health

12  billing, in general, might cover the RAP issue.  I think it's

13  sort of unique to home health.

14      **THE COURT:**  Do home health people understand RAP?  Some

15  maybe have done billing and they would understand RAP.

16      **AUSA DE BOER:**  Some may and some may not.  I guess we

17  can ask the question and see.

18      **THE COURT:**  Okay.  Is there anything that the

19  defendants particularly want to make sure that I cover so that

20  you can find that out?  Again, if I ask it, you can watch the

21  body language while people are responding and then you can

22  follow up on that.  That's why I do the in-depth, so you can

23  watch, make notes and not have to be thinking of what am I

24  going to say next.  And then you can formulate your questions.

25  And if I do a good enough -- if I do my job, you all should

1   have sufficient information to hopefully you'll feel

2   comfortable in the 15 minutes that each one of you have and you

3   don't have to use the full amount.

4        I anticipate it will take us Monday to pick the jury.

5   And then we'll start the next morning with the opening

6   statements.  If I can have how much time each person

7   anticipates for opening statement, it helps me figure out so

8   that I can tell the jury.

9        **AUSA DE BOER:**  I believe last time we discussed

10  30 minutes, Your Honor, per party.  And that still works for

11  us.

12       **THE COURT:**  Okay.  Mr. Dray?

13       **ATTORNEY DRAY:**  Your Honor, I don't know that I'll talk

14  that long.  So it will be less than that.

15       **THE COURT:**  Okay.  Mr. Gonzalez.

16       **ATTORNEY GONZALEZ:**  I think that that's an accurate

17  prediction, Judge.  Thirty minutes is fine.  I don't expect to

18  be up there 30 minutes though.

19       **THE COURT:**  Okay.  Mr. Aldazabal?

20       **ATTORNEY ALDAZABAL:**  Yes, Your Honor.  30 minutes is

21  fine for myself also.

22       **THE COURT:**  So the Government, I am very comfortable if

23  you want to use the strikes for the alternates in your regular

24  peremptories.  The defense gets ten plus the -- so they get 11.

25  And the Government gets seven in that way.  But just remember,

```
 1    once you've used your alternate strike, whoever is there is the
 2    alternate.  You say, thank you very much.
 3          Okay.  Is everybody comfortable with that?
 4          Okay.  Anything else as to the mechanic of our first
 5    day?
 6          AUSA DE BOER:  And just to confirm, Your Honor, but,
 7    and I know Your Honor said we don't expect to get it to
 8    testimony on the day one.
 9          THE COURT:  Oh, definitely.  If some miracle happens
10    and we get the jury after by 2:00 after having lunch, we'll do
11    opening statements and then the first witness.  But I want to
12    be able to do all opening statements on the same day.  And so I
13    figured that will be at least 90 minutes of opening statements.
14          AUSA DE BOER:  Okay.
15          THE COURT:  Even if everyone -- if all of the
16    defendants don't use their full 30 minutes.
17          AUSA DE BOER:  Okay.  So would Your Honor like us to
18    have our first witness here in the courthouse just in case, or
19    save him for Tuesday?
20          THE COURT:  Use your best judgment.  I don't anticipate
21    it, but miracles can happen.
22          AUSA DE BOER:  We'll hope for a miracle.
23          THE COURT:  Okay.
24          Okay.  Let us talk about the exhibits.  If the
25    Government -- I mean, if the defendants have had sufficient
```

1   time to deal with all of the -- reviewed, checked the

2   Government's exhibit list, I know that I've ruled on some --

3   the 1006.  You can preserve your continuing objection to those

4   couple of pages in the 1006 exhibit.  And so it will be

5   preserved, if you want to with belts and suspenders.  Also,

6   make the objection at the time that it comes in, okay, you can

7   do that.  And you might want to do that because something may

8   have happened that comes out that the factual basis that I have

9   been operating on to deny the motion in limine it changes

10  dramatically.

11          **ATTORNEY DRAY:**  Your Honor, just so the Court knows, we

12  just were handed thumb drives of the new exhibits.

13          **THE COURT:**  Of the new exhibits?

14          **ATTORNEY DRAY:**  Of the exhibits.  So we haven't had a

15  chance to look at them because we don't have our computers

16  here.  But the Government has stated that they rearranged the

17  order.  I did ask if there was anything new in there.  They did

18  say yes.

19          So I don't know what's in here.  But we'll take a look

20  at it after court.  I don't plan on making any motions in

21  limine.  But I'm just letting the Court know that we just got

22  handed the exhibits that they intend to introduce today.  I'm

23  sure they will probably have something else to say about it.

24  They did tell us they were going to do that.  So...

25          **THE COURT:**  Let's just look at the exhibits.  And one

1      other thing:  I do notice that the Government gave me a

2      submission regarding names that may be mentioned at trial.  Can

3      we just incorporate those in the list that you all are going to

4      prepare?

5              **AUSA DE BOER:**  Yes, Your Honor.

6              **THE COURT:**  If you want to make two columns one to try

7      and reduce it to one page, that's fine with me.  Just remember:

8      I don't have enough magnifying glasses to hand out to the

9      perspective jurors.

10             Can we look at your -- so the Government's amended

11     exhibit list is not the one I should be looking at?

12             **AUSA CLOUSER:**  No.  Your Honor, that is the one you

13     should be looking at.  So they -- it's Docket Entry 282.  And

14     just to briefly explain, we removed many exhibits from the

15     prior exhibit list.

16             **THE COURT:**  You can sit down because you're closer to

17     the microphone and that is music to my court reporter's ears.

18             **AUSA CLOUSER:**  Thank you, Your Honor.

19             So we removed a substantial number of exhibits from the

20     prior exhibit list.  And -- because that left sort of big gaps

21     in the numbering, we have renumbered many of the exhibits to

22     just reorganize them.  There are a very small handful of

23     additional documents that were not on the prior exhibit list

24     but have been produced to the defense.

25             **THE COURT:**  When were they produced?

1      **AUSA CLOUSER:**  Many of them were produced early on in

2   the discovery in this case.  And then I think a handful of them

3   were produced this summer, right around the time of the prior

4   trial date.

5      **THE COURT:**  Okay.  Hamdi, I looked through the amended

6   witness list.  But do I have it in here?  I mean exhibit list.

7   No.  I don't have it.  I just have a memo --

8      **AUSA DE BOER:**  We have an extra copy, Your Honor, if

9   you would like it.

10      **THE COURT:**  I was operating -- working from home as I

11   was looking at this.  And I was running out of paper so I could

12   print it off.  Oh, I see it.

13      Do the defendants need to see a copy of the amended

14   exhibit list?

15      **ATTORNEY DRAY:**  Judge, I have one here.  I printed it

16   last night.  It's Document Entry 282; is that correct?

17      **THE COURT:**  Correct.  That's the one I have.

18      **ATTORNEY DRAY:**  Correct.  It's 17 pages.

19      **THE COURT:**  Okay.  Can you do us a favor, the

20   Government, and just indicate which numbers are -- weren't on

21   the original list.

22      Would that help the defendants okay?

23      **AUSA CLOUSER:**  Yes, Your Honor.  So in terms of the

24   numbers that are new on the list here, the zeros category is --

25   those documents were formally in the four hundreds.  We have

1    consolidated and put them into a smaller set of exhibits.  But

2    those are previously produced exhibits.  In addition, we have

3    added a few additional photos from the search warrant that are

4    included in those.  They have -- were produced long ago in

5    discovery, but we've added a couple of photos to those

6    composite photo exhibits of the location.

7         THE COURT:  When you say "hundreds," are you meaning

8    the one hundreds or the five hundreds or all hundreds?

9         AUSA CLOUSER:  Fair question.  So we have sorted it

10   into zeros, one hundreds, two hundreds.  So the category I'm

11   talking about is the zeros.

12        THE COURT:  Okay.

13        AUSA CLOUSER:  And so those first it looks like ten

14   exhibits on the list are photos that were -- used to be

15   numbered in the four hundreds.

16        THE COURT:  Okay.

17        AUSA CLOUSER:  And then there are a handful of new or

18   handful of additional photos from the search warrants that had

19   been previously produced in discovery that have been included

20   in there.

21        THE COURT:  Okay.  Can you just identify which one of

22   these that are the --

23        AUSA CLOUSER:  So that will be located in Exhibit 2,

24   Exhibit 2 is a composite series of photos of the second

25   apartment.

1          **THE COURT:**  Exhibit 2?

2          **ATTORNEY DRAY:**  Is that 201?  Like what's the number?

3          **THE COURT:**  What page are you looking at that we can

4    look at?

5          **AUSA CLOUSER:**  The very first --

6          **THE COURT:**  The exhibit list is --

7          **AUSA CLOUSER:**  So I'm looking at the first page of the

8    Docket Entry 282.  I apologize.  The second page, which is

9    Exhibit 002.

10          **THE COURT:**  Okay.

11          **AUSA CLOUSER:**  And that's a composite that includes

12    some additional photos from the search warrant.

13          **THE COURT:**  How many photos are there?  The reason why

14    I'm asking is that if any composite exhibit, I ask that the

15    Government make sure that each one of the individual documents

16    have their own separate.  So it's 002A, B, C, D, and F, so if

17    you are talking about the exhibit with a witness, you can

18    reference which exhibit, which photo you're looking at so that

19    the record is clear for the transcript.

20          Is that difficult to do?

21          **AUSA DE BOER:**  It may be difficult, Your Honor.  But I

22    think we can accomplish the same end because I believe the

23    photos all have bates numbers.  So we can say, it's

24    Government's Exhibit 2 --

25          **THE COURT:**  Bates number the last two digits.

1        **AUSA DE BOER:**  Yeah.  And we will be very good about

2   policing ourselves to make sure we mention that on the record.

3        **THE COURT:**  Okay.  I think that we should help the

4   defendants as well.

5        **ATTORNEY DRAY:**  Yes, Judge.

6        **THE COURT:**  Okay.  So roughly how many photos do you

7   now have in 002?

8        **AUSA CLOUSER:**  I believe 002 is roughly 30 photos.

9        **THE COURT:**  Okay.

10       **AUSA CLOUSER:**  Exhibit 001E, F, and G are three videos

11  that were produced close in time to the prior trial date.  And

12  we have added them to this exhibit list.  They were not

13  previously on the prior exhibit list.

14       **THE COURT:**  And how long do the videos run?

15       **AUSA CLOUSER:**  They are very short.  I think roughly a

16  minute total time.

17       **THE COURT:**  Okay.

18       And as these exhibits go back to the jury room, are you

19  all going to provide a clean laptop?

20       **AUSA CLOUSER:**  Yes, Your Honor.

21       **THE COURT:**  And that the defendants can have a chance

22  to have their expert make sure that it's clean, or we just take

23  your representation as officers of the Court?

24       **AUSA DE BOER:**  They are welcome to inspect the laptop,

25  if they would like as, well as any exhibits that are going

1   back.

2         **THE COURT:**  Okay.

3         **ATTORNEY DRAY:**  Judge, I won't need to inspect prior

4   to.  But I just had a trial not even a month ago.  The problem

5   is when -- it's making sure that it's just -- those exhibits --

6   because what happens is sometimes they may not go through and

7   introduce them all, or maybe some of them, you know, are taken

8   out in a composite, they got 30 or say that whatever 20 went in

9   for whatever reason, or Your Honor grants my motion and doesn't

10  allow the summary charts.

11        **THE COURT:**  No.  The summary charts are coming in

12  because you only objected to two pages.

13        **ATTORNEY DRAY:**  Well, it's only the two that pertain to

14  my client.

15        **THE COURT:**  Right.

16        **ATTORNEY DRAY:**  I would have no standing to object to

17  other clients.

18        But anyhow, Judge, you know, sometimes the order gets

19  out of wrack.  That's where it could be a delay where they're

20  going to have to then upload what was actually admitted as

21  opposed to what was planned to be admitted.

22        **THE COURT:**  Okay.

23        **ATTORNEY DRAY:**  That's the delay.  And then we have to

24  try to figure out, you know, if it's correct.

25        **THE COURT:**  How do you plan on addressing that?

1          **AUSA DE BOER:**  Your Honor, we, every night after trial,

2    work on creating our jury set based on what was admitted that

3    day.  So as we go, the jury set will be created.  And so by the

4    time we rest or shortly thereafter, we'll have the jury set

5    ready.  There will be time for them to inspect, you know, in

6    the evening, in the mornings, at lunch.  At every trial, not

7    every thing comes in.  Something has to be removed.  We deal

8    with every trial.  I don't think there's going to be a problem.

9          **THE COURT:**  So they -- and you're planning on providing

10   a thumb drive that goes into the laptop for the jury to look

11   at?  I mean, we're talking the mechanics.  So if we talk about

12   them now, we avoid problems later.

13         **AUSA DE BOER:**  Yeah.  So typically what we've done is

14   have physical exhibits.  So they will be paper copies, except

15   for exhibits that can't be a paper copy.  So the video or the

16   massive excel spread sheets of Medicare data, those go on CDs.

17   And there will be a CD player or thumb drive.  So there will be

18   a device that can be plug into the computer and the jury can

19   review it that way.

20         In other document-heavy trials, what we have done with

21   the consent of the defense, and we haven't discussed it here,

22   in one trial what the jury also asked for was to also get the

23   exhibits on one thumb drive so they have both the paper and the

24   thumb drive.  Happy to do that or at least have it ready in

25   case Your Honor or the defense or the jury wants that.

```
 1            THE COURT:  Does that sound like a solution, Mr. Dray?

 2            ATTORNEY DRAY:  Yeah.  That's fine, Judge.  I just

 3    wanted the Court to know that, you know, there's going to be

 4    time needed to be set aside so that we can review what was

 5    actually -- and if she wants to do it like every day as we go,

 6    that will be fine.  I mean, we'll figure it out, Judge.  But

 7    it's just for the Court to know.

 8            THE COURT:  But when the -- once we do -- and remember,

 9    I instruct the jury before you do closing arguments.  I don't

10    know when that's going to be, whether or not that will be at

11    the end of the day or that will be at the beginning of the

12    morning before we do closing arguments.  So at least before the

13    case -- the exhibits go back to the jury, I do anticipate there

14    will be sufficient time overnight for you all to take a look.

15    And if the Government is saying that they're going to police it

16    daily, I think that will make it -- that's very kind of you

17    because it makes it easier for everyone to do it in small bites

18    rather than a big chunk at the end when everybody's exhausted.

19            AUSA DE BOER:  Yes.  And I should say the heavy lifting

20    is done by our fantastic paralegals who are here every day and

21    every night working hard on this case.

22            THE COURT:  What would you do without them?

23            AUSA DE BOER:  I don't know.

24            THE COURT:  I would negotiate for a better salary, but

25    I know how the Government works, and especially if Congress is
```

1   going to cut.  But I guess you all come under the Department of

2   Justice.  You don't come under the judiciary when we're facing

3   a 13 percent budget cut.  And that affects the CJAs.

4   **ATTORNEY ALDAZABAL:**  Yes it does, Your Honor.

5   **THE COURT:**  Well, it is what it is.

6   Okay.  Can all of those documents, can the parties, if

7   the defendants feel more comfortable, I'd like to pre-admit as

8   much as possible so that we don't have to go through the

9   process of laying the foundation at the time during the course

10  of the trial.  It just speeds things up.  And if we can take

11  care of any additional objections other than the ones that were

12  set forth and ruled on in the motions in limine, let's do that

13  now because it can be very time consuming for the jury, or it

14  means that I keep you later or have you come in earlier in the

15  morning, which takes away time when you'd rather be focussed on

16  cross-examination.

17  And the responses -- the question is:  Can we

18  pre-admit?  Or if you would, let's pre-admit as much as we can

19  and identify that which has an issue and let's identify the

20  issues so that I can be ready to know what I should be looking

21  at prior to hearing the objection and can have a little

22  mini argument now and we don't have to take time and send the

23  jury out because it's much easier to do it in an open courtroom

24  where your clients can sit here than having us all huddle over

25  there.

1          **ATTORNEY DRAY:**  Judge, we agree in principle.  But, you

2     know, I'm not sure it's a simple or what the parameters are of

3     this pre-admitting exhibits or evidence.  What we did last time

4     to facilitate is, before the witnesses are called, the

5     Government will show us and say, these are the actual -- right

6     now, I'm just looking at a piece of paper with the numbers on

7     them but I can't see what they are.  So if they, for example,

8     came and said, okay, this witness, we're going to introduce

9     these documents.  Do you have an objection?  No objection.  And

10    then they go up to the podium and ask their first question.  I

11    know I've seen the actual what they're going to introduce.  But

12    to just simply before a trial and say, we want to introduce

13    this entire thing or 90 or percent of it.

14         **THE COURT:**  Okay.  What's the government's response?

15         **ATTORNEY DRAY:**  I'm going to say no had, I'm not going

16    to agree to that because I can't see them.

17         **THE COURT:**  What's the response?

18         **AUSA DE BOER:**  Two responses, Your Honor.  One, of

19    course we will tell them, at least the night before, which

20    witness is coming up and which exhibits we're going to be using

21    with that witness.  But I think more broadly, there's only a

22    few categories of documents in this case.  And putting the

23    couple of summary charts aside, I really don't think there's

24    going to be an objection.  And I understand the defense is just

25    being cautious and they're just doing their job and they're

1    like, we're not going to authorize you to go off the rails,

2    Government.  And I'm sure, Your Honor, that's not going to

3    happen.  So we have things like bank records, for example.  I

4    can't imagine that the bank records, if there's going to be any

5    actual objection to that.  And previously, before the last

6    trial, the defense had agreed to the authenticity of those

7    records.  So I don't know if there's going to be any objection

8    to those.  We have Medicare documents.  Same thing, Medicare

9    data, Medicare enrollment forms.  We have photos and videos

10   either from the premises search warrant of one of the

11   apartments or that cooperators took while working in the

12   apartments.  And as the defense knows, we will be calling

13   multiple witnesses who were present in those apartments who can

14   in say, "yes, this is in fact what was happening in that

15   apartment," and in some cases, "I'm the one that took that

16   video," or "I'm the one that took that photo."

17          So in terms of the documents that are coming in -- and

18   then there's other business records, a lease agreement, for

19   example, for one of the defendants, things of that nature.  So

20   I think they should have an understanding as to at least on

21   principle whether they would agree to the authenticity and

22   admissibility of those types of records or whether in principle

23   there's some hypothetical objection in some world in which

24   those could become objectionable that we could address today.

25          **THE COURT:**  If you can do me a favor and sit down so

1    that my court reporter can -- we're dealing with the lowest

2    bidder's product.  And so we have to adjust.  And it's much

3    easier for her if you're closer to the microphone.

4        **AUSA DE BOER:**  Yes, Your Honor.  Do you need me to

5    repeat any of that?

6        **THE COURT:**  I think she got it.  She is not shy.  She

7    will let us know if she can't hear.  I'd like for her to just

8    be able to focus on just doing her job.

9        Okay.  So Mr. Dray, given that.

10       **ATTORNEY DRAY:**  Your Honor, yeah.  If the night before,

11   they say, 'okay, tomorrow, we're going to call so and so and

12   this is what we want to introduce,' all what she rattled off,

13   we won't object, I won't, you know, bank records or any of that

14   kind of stuff.  But I just want to see it, you know, in

15   advance, the morning of.  That's all.

16       **THE COURT:**  Let me rephrase it.  Is there -- now that

17   you've seen the entire list, other than what you raised, are

18   there any objections as to the authenticity of any of the

19   documents that are on this list which the Government has

20   proffered as officers of the Court that you all have seen?  If

21   there's no issue as to the authenticity, I think that will make

22   them comfortable.  And then if we have a procedure -- because

23   she needs to take care of any challenges as to the authenticity

24   now.

25       **ATTORNEY GONZALEZ:**  Judge, if I may, one of the, I

1    think, difficulties for this type of case is that there's

2    really aren't any statements, confessions, evidences that can

3    be suppressed, things of that nature.  I believe the

4    Government's case is going to consist of defendants who are now

5    going to come here and saying that these folks helped them out

6    to commit the crime.

7          What my --

8          **THE COURT:**  And the photographs that corroborates their

9    testimony.

10         **ATTORNEY GONZALEZ:**  Right.  But most of this evidence,

11   I'm not going to object to.  My problem stems from like, for

12   instance, the service of the search warrant and that

13   investigation.  If I just allow that in, I won't be able to

14   cross-examine whoever it is that's in charge of that to show

15   that my client wasn't there that day or that they didn't see

16   him during that investigation.  That is -- my issue is whether

17   the Government is going to present these witnesses so I can

18   properly cross-examine them.  If not, I have to think about

19   bringing them in on my case in chief in order to discuss these

20   issues.

21         So it's just a matter --

22         **THE COURT:**  Are you talking about the agent that

23   executed the search warrant?

24         **ATTORNEY GONZALEZ:**  As an example.

25         **THE COURT:**  Or who provided the affidavits to justify

1    this search warrant?  Is that the person you're concerned?

2          **ATTORNEY GONZALEZ:**  I'm concerned with making sure that

3    I can cross-examine and discuss this with these witnesses to

4    give the jury a full view of what it was that these folks found

5    the day that they busted this business and whether my client

6    was involved in it at the time.  If I just allow a picture in,

7    I won't be able to do that cross-examination.  And then the

8    jury won't get the proper context.  That's kind of the problem

9    that I'm having here.  It's not a matter of just excluding

10   evidence and not excluding it, it's a matter of being able to

11   have access to discuss with the witness the proper context of

12   their work.  I'm pretty sure I'll be able to discuss this with

13   Ms. de Boer and resolve that.  But those are kind of the issues

14   that I'm facing.

15         **THE COURT:**  Okay.  Help me understand.  I don't

16   understand why pre-admitting these documents prevents you from

17   doing that kind of cross-examination.  I mean -- let's -- the

18   person comes in and say I was there, I took these photos

19   photographs, this is what I saw on that particular day.

20         **ATTORNEY GONZALEZ:**  That's completely acceptable to me.

21         **THE COURT:**  Right.  So why can't you cross-examine that

22   person.

23         **ATTORNEY GONZALEZ:**  If I can, the issues are resolved.

24   I think my issue is just introduce the pictures without any

25   witnesses.

1          **THE COURT:**  Okay.

2          **ATTORNEY GONZALEZ:**  See what I mean?

3          **THE COURT:**  Is that what the plan is?

4      **AUSA DE BOER:**  No, Your Honor.

5          **THE COURT:**  I didn't think so.

6          **AUSA DE BOER:**  The plan is to introduce the exhibits

7  and use them with the witness who worked in the office, who

8  will say, "this is a photo of my desk," or "of so-and-so's desk

9  or one of the defendant's desks," and, "here's, you know, the

10  documents that were on the desk.  And this is, as I remember

11  it, you know, when I left the night before the search, this is

12  how we left things.  And then the next day, I was arrested."

13          **THE COURT:**  Okay.

14          **AUSA DE BOER:**  And to be clear, as to Mr. Gonzalez's

15  client, Mr. Felipe, the photos of, I think, you know, of the

16  second apartment, which is the one where there was a search

17  warrant executed, Mr. Felipe was not still working for this

18  organization at that time.  And that's not going to be

19  disputed.

20          So in terms of that piece of it, there's going to be

21  photos that pertain to Ms. Quicutis but don't pertain to

22  Mr. Felipe, I expect that the witnesses will explain that and

23  that that will be clear to the jury.  And so with respect --

24  there were documents taken in the search that still pertain to

25  Mr. Felipe.  But some of the photos from that second apartment

won't pertain to Mr. Felipe.

**THE COURT:** Okay. What does the evidence -- what do you expect the evidence will show both how Mr. Felipe and Mr. -- Ms. Quicutis? When you say that "they were working there," I presume that they were making a living. They were being paid something.

**AUSA DE BOER:** Yes, Your Honor. They were being paid in cash.

**THE COURT:** Oh. In cash.

**AUSA DE BOER:** Yes.

**THE COURT:** And who did the payment of the cash? What will that evidence show?

**AUSA DE BOER:** Yes. So there will be testimony from one or more witnesses about how various people in this scheme were paid, including all three of the defendants; about what their take was from the scheme. So for example, Mr. Trujillo and Mr. Felipe were paid on a percentage basis. Ms. Quicutis was paid a weekly salary.

There will be financial records that show an infusion of cash, spikes of cash, in each of these defendant's bank accounts, and that will be summarized as well. And then there will be spreadsheets and sticky notes taken from the office apartment that were used to track cash distributions. And cooperating witnesses will explain what those sticky notes were, how they created them, how they used them and how they

1    tracked the movement of cash in that way.

2         **THE COURT:**  Okay.  So how many apartment offices were

3    there, with quotes around "offices?"

4         **AUSA DE BOER:**  Right.  There were I'll say three, and

5    I'll sort of take Your Honor through each of them.

6         There were two where Mr. Felipe and Ms. Quicutis

7    worked.  And that is where sort of the locus of the scheme was

8    at least in Miami.  And what was being done in those two

9    apartments was the Medicare billing, monitoring of bank

10   accounts for all of the home health companies and the shell

11   companies, checking patient eligibility, which was primarily

12   Ms. Quicutis' job, and then writing checks between one shell

13   company and the next shell company and really between dozens of

14   shell companies.

15        Those checks would then be taken to people who worked

16   on, we'll call it "the street."  For example, Mr. Trujillo, the

17   people who would control nominee owners for the shell

18   companies, who would open the shell companies, who would open

19   bank accounts for those shell companies, and those checks would

20   be cashed out through a variety of means.  The cash would be

21   distributed amongst the money launders on the street and the

22   cash would be returned to the office and then distributed

23   there.

24        **THE COURT:**  Two questions.

25        **AUSA DE BOER:**  Yes.

 1          THE COURT:  Why did you use "on the streets?"  Because

 2   they were --

 3          AUSA DE BOER:  That's a term that witnesses will use.

 4   So that's the term that I'm using.

 5          THE COURT:  Okay.  So okay.  And will they explain why

 6   it was -- is that just the term that was used or is there an

 7   explanation as to why that term was used?  Because they were

 8   not confined?  They were more --

 9          AUSA DE BOER:  Yes.  And there will be testimony that

10   there were various meeting points.  So sometimes in parking

11   lots, sometimes at Starbucks, sometimes at a restaurant.  There

12   was no one place where this happened.  That said, there was a

13   third apartment, which was an apartment leased by Mr. Trujillo,

14   where he ran one aspect of his portion of the scheme.  So that

15   will be a third apartment that is referenced.  But it wasn't

16   used as an office in the same way as the other two office

17   apartments were used.  It was a meeting place.  There were

18   checks written.  But this wasn't where every one showed up from

19   9:00 to 5:00 working on computers billing Medicare as with the

20   other two office apartments.

21          THE COURT:  Okay.  It was a nine-to-five job with no

22   overtime, I presume?

23          AUSA DE BOER:  There -- it was definitely a

24   nine-to-five job for a number of the people involved and beyond

25   that.  It was a full-time endeavor, yes.

1          **THE COURT:**  But without any W-2s filed or given?

2          **AUSA DE BOER:**  As far as I'm aware.  I'm not aware of

3    any W-2s, yes.

4          **THE COURT:**  Or any 1099s?

5          **AUSA DE BOER:**  Correct, Your Honor.

6          **THE COURT:**  Okay.

7          So where are we leaving this as far as the exhibits are

8    concerned?

9          **ATTORNEY DRAY:**  Judge, in terms of the exhibits --

10         **THE COURT:**  I guess my question was:  Are there any

11   challenges as to authenticity?  I'm not hearing from

12   Mr. Gonzalez that he has an authenticity challenge.  He just

13   simply wants an access to be able to cross-examine the witness

14   who introduces them.  The Government has responded that the

15   persons that are going to introduce the photos are not the

16   people who may have taken the photos but are the people that

17   can say, yes, that's the way that it looked on 'X' -- the last

18   time that I was there.

19         **ATTORNEY DRAY:**  So, Your Honor, for the Medicare

20   documents that they plan on introducing, the billing records,

21   all of those type of Medicare documents, I'm not going to ask

22   her -- make her get the Medicare person, the custodian of

23   records, you know, to come in and say, these, you know, were

24   done at or near the time and they're correct, or bank records.

25   We're not going to do that either.  So they'll we able to admit

1    that.  And probably, you know, I can't foresee an objection.

2         But when it comes to the summary charts that were made

3    for litigation and are not evidence, I will object and I do not

4    want to be in a position here where, you know -- now, I

5    understand they'll have the so-called expert that will come in

6    and explain, you know, the basis of these things and I'll make

7    the objection as to the chart itself at that time.

8         **THE COURT:**  Okay.  So let me summarize what I heard you

9    say, Mr. Dray.

10        As far as you're concerned, you do not anticipate any

11   authenticity as to any of the concrete documents that were

12   prepared -- that simply existed, Medicare bank records.

13        **ATTORNEY DRAY:**  Right.

14        **THE COURT:**  Because they were in the ordinary course of

15   business.

16        **ATTORNEY DRAY:**  Yes, Your Honor.

17        **THE COURT:**  The only objection that you want to

18   preserve in violet is the summary charts.

19        **ATTORNEY DRAY:**  Yes.  And Judge, you know, the Eleventh

20   Circuit requires us to make the contemperous[sic] objection.

21        **THE COURT:**  No.  I understand.

22        **ATTORNEY DRAY:**  I have no choice, Judge.  I don't want

23   to -- I'm not here to --

24        **THE COURT:**  And I want to preserve all of your rights

25   because sometimes you go --

1    **ATTORNEY DRAY:**  Thank you, Judge.

2    **THE COURT:**  -- were these ever trial judges or trial

3  lawyers?  Do they understand?  But I understand that statement

4  can be made for about the Supreme Court rather than our

5  Eleventh Circuit.  I think only Sotomayor was a real trial

6  lawyer before she went on the Supreme Court.

7    **ATTORNEY DRAY:**  Your Honor, we were talking about what

8  exhibits were new.  And I know the prosecutor mentioned on page

9  1, 1E, and then he went to F, G, and then 2.  But is there any

10  more or just those?

11    **AUSA CLOUSER:**  Yes, Your Honor.  Happy to continue.

12    **THE COURT:**  Yes.

13    **AUSA CLOUSER:**  So 003A is a return from a trial

14  subpoena that was produce when we received the return.  And

15  that has been added.

16    **THE COURT:**  Is this the third apartment that you're...

17    **AUSA CLOUSER:**  That is the lease for the apartment that

18  was leased by Mr. Trujillo.  Yes.

19    **ATTORNEY DRAY:**  Okay.  Judge, they told us that there's

20  a new production that they sent FedEx.  I don't know when they

21  sent it.  I think yesterday.  So there is some discovery that's

22  in transit that we haven't seen.  I don't know if that's it.

23    **AUSA CLOUSER:**  To be -- to clarify, we provided that

24  discovery previously by USAFX.  We were informed that --

25    **THE COURT:**  I'm sorry.  You provided it when and by

```
1   how?

2            AUSA CLOUSER:  Let me get the dates specifically.  But

3   we provided it -- produced it by USAFX, which is a file sharing

4   system that the Government routinely uses to produce discovery

5   in, you know, fraud cases.  And so we have -- we still have.

6            ATTORNEY DRAY:  We still have Cloud platform, Judge.

7            THE COURT:  Okay.

8            AUSA CLOUSER:  On August 24th, on September 7th and on

9   September 14th.  There were three productions relatively small,

10  uploaded on those dates.  We were informed by defense counsel

11  that they were having difficulty.  End of last week that they

12  were having difficulty accessing or obtaining those documents

13  from the USAFX platform.  So we have agreed to reproduce all of

14  that by the thumb drive.  And that is what the USAFX is.

15           THE COURT:  Does that answer your question, Mr. Dray?

16           ATTORNEY DRAY:  Yes, Judge.  Thank you.

17           THE COURT:  Okay.  Any other issue?  Speak now because

18  you will have a very unhappy judge if you've got a problem with

19  an exhibit that we have not talked about as to authenticity or

20  admissibility.  I want to preserve your rights to register any

21  objection.  But anything that has not been previously raised so

22  we can have a chance in the quiet to talk about it without

23  being in the middle of the battle, I would appreciate it.

24           Hearing nothing.  Okay.  Then I think what we will do,

25  if you will be so kind, as to when you tell them who is going
```

```
 1    to be on the witness list, just go through who are the exhibits
 2    -- you're going to call the next day, tell them the exhibits
 3    that are coming in so that they can take a look at them and be
 4    organized.  I think they want to be organized so that they can
 5    do a more efficient cross-examination; am I right?
 6           ATTORNEY DRAY:  Yes, Judge.
 7           THE COURT:  Okay.
 8           ATTORNEY GONZALEZ:  So we don't waste any time or ask
 9    for more time.
10           THE COURT:  And I would appreciate if the Government
11    would do that because it makes -- I like to show you all off as
12    masters of the craft.  And when we are very efficient, because
13    you all feel comfortable that you have seen everything ahead of
14    time.
15           AUSA DE BOER:  Yes, Your Honor.  We are happy to do
16    that.  And I can tell the defense right now that, assuming we
17    start testimony either late Monday or first thing Tuesday, our
18    first witness will be Steven Quindoza, the Medicare expert.
19    And he will be using the documents in the 100 series.
20           THE COURT:  Okay.  I think I remember Mr. Quindoza from
21    Willner.
22           AUSA DE BOER:  Yes, Your Honor.
23           THE COURT:  Have we resolved all of the issues that
24    were raised in that case, the Eleventh Circuit?
25           AUSA DE BOER:  Yes, Your Honor.  We have provided a
```

1   signed expert disclosure complying even with the new rules.

2   And I should note that there are summary charts for

3   Mr. Quindoza in the 700 series as well that were previously

4   disclosed and were not the subject of a motion in limine.

5         **THE COURT:**  Okay.  This is the 700 series?

6         **AUSA DE BOER:**  Yes, Judge.

7         **THE COURT:**  Okay.

8         Do you all want me to give a specific instruction about

9   summary exhibits?  We have to make one up.

10        **ATTORNEY DRAY:**  May be, Judge, we'll talk with the

11  Government.  And then if we come up with one, can we submit it

12  to Your Honor?

13        **THE COURT:**  If you all agree on the instruction, I will

14  give it.

15        **ATTORNEY DRAY:**  Okay.

16        **AUSA CLOUSER:**  Thank you, Your Honor.

17        **ATTORNEY DRAY:**  Judge, I did have one administrative

18  point, which is kind of important.

19        My client has a curfew.  He's not allowed to leave his

20  house at 8:00.  And you know, with the traffic -- I spoke with

21  the Government, they have no objection to this -- but I was

22  hoping that maybe you could allow him to leave at 6:30 so that

23  he can get here on time.

24        **THE COURT:**  Where does he live?

25        **ATTORNEY DRAY:**  Cause they're not going to let him

```
 1   leave at 8:00, you know, until 8:00.

 2         THE COURT:  Has he talked to his probation officer, his

 3   pretrial services officer?

 4         ATTORNEY MEDINA:  No, we haven't raised this issue with

 5   the probation officer as of yet.

 6         THE COURT:  That's the first person to explain.

 7   Usually, they make accommodations.

 8         ATTORNEY MEDINA:  Right.  But they usually like the

 9   approval of the Court.  We had communicated earlier another

10   instances where he has to come to court and leave early.  But

11   they prefer that the Court approve the change of the curfew.

12         THE COURT:  What I need to -- we will start trial at

13   10:00 in the morning on Monday.  For Monday, yes.  Monday, he

14   probably needs to be here at 9:00.

15         ATTORNEY MEDINA:  Right.

16         THE COURT:  So where does he live?

17         ATTORNEY MEDINA:  He leaves by the Metro Zoo South Dade

18   County.

19         THE COURT:  Is he going to take -- he's not taking the

20   train?

21         ATTORNEY MEDINA:  No.  No.  He drives.  He drives.

22         THE COURT:  He's crazy.

23         ATTORNEY DRAY:  Judge, he has a monitor on.  But he

24   just wants to make sure he comes here early.  That's all,

25   Judge.
```

1          **THE COURT:**  No.  That's stressful to drive here every

2     morning when you can take the train.

3          **ATTORNEY MEDINA:**  No, the train doesn't go that far,

4     Judge.  Doesn't go that far south.

5          **THE COURT:**  I know.  But you get on -- isn't there a

6     parking garage and you park your car there and just hop on and

7     you avoid all of the US-1 traffic?  So he lives there.  How

8     long does it take on busy -- if you leave the house at 6:30.

9          **ATTORNEY MEDINA:**  If he leaves the house -- well, if he

10    leaves at 6:30, he can be here by about 8:00 a.m., at least.

11    And that -- he can park and then we have to enter.  He's got an

12    ankle monitor.  So we want to make sure we can be in the

13    courtroom by 9:00 a.m.

14         **THE COURT:**  Okay.  What I would just like is to have

15    the probation officer give me a call so that I have that

16    probation officer -- I can talk to that probation officer, and

17    then I will approve whatever the probation officer feels is

18    adequate time to make sure that he is here stress free, and we

19    provide for contingencies.  Okay.

20              **ATTORNEY MEDINA:**  Okay, Your Honor.

21         **THE COURT:**  I mean, my probation officer is someone

22    who's been working with him very closely and knows his needs

23    better than I do.  I'm sure that he's in constant contact with

24    his pretrial services officer.

25              **ATTORNEY DRAY:**  He is, Judge.  He is.  There's never

 1   been a problem.  But, you know, a lot of times probation, they

 2   feel more comfortable, because it's an order, you know.  It

 3   says, "you can't leave at 8:00."  And they don't want to

 4   violate that.

 5        **THE COURT:**  I am happy to work.  I just would like to

 6   have my pretrial officer assist me.

 7        **ATTORNEY DRAY:**  Yes, Your Honor.  I'll tell them to

 8   call you.

 9        **ATTORNEY GONZALEZ:**  Your Honor, can you remind me what

10   the trial schedule is going to be like.  I know that you

11   mentioned that we're knowing to start at 10:00 a.m. most days.

12        **THE COURT:**  Every day.

13        **ATTORNEY GONZALEZ:**  10:00 a.m., except Monday that we

14   start at 9:00, correct?

15        **THE COURT:**  Correct.

16        **ATTORNEY GONZALEZ:**  We're going to work five days a

17   week.

18        **THE COURT:**  Five days a week.

19        **ATTORNEY GONZALEZ:**  You said 4:30, Judge.

20        **THE COURT:**  I usually aim for 4:30.  But I found that

21   sometimes, we're in the middle of some witness and we just need

22   15 minutes.  We're back in heavy traffic.  And if I can give

23   the jury a jump on getting to their car and getting out of

24   downtown before 5:00, you will have a happier jury.  And I want

25   to keep a happy jury for you all.  And that's why we start at

```
 1    10:00 so that they don't have to come in with the traffic that
 2    upsets everybody who arrives downtown at 9:00.  The jury is
 3    going through that because they will have come in at 8:00 on
 4    Monday morning, gnashing their teeth, saying all sorts of
 5    things under their breath maybe even verbally.
 6            ATTORNEY GONZALEZ:  Judge, also, I think I'll be able
 7    to reduce the amount of material that I have to about two
 8    banker's boxes, I think, reducing it by 90 percent.  Will we be
 9    able to keep some of the stuff here in court?
10            THE COURT:  Yes.  Yes.
11            ATTORNEY GONZALEZ:  Thank you.
12            THE COURT:  Just put them over to the side and then we
13    will -- I'll ask my courtroom deputy to keep a sharp eye to
14    make sure that nobody comes close, okay, to save you all
15    hauling things back and forth.  You know, they have the
16    attorneys' rooms back there too.  Remember?  So you can keep
17    your records back there.
18            Okay.  We've taken care of the interpreters.  I think
19    we've taken care of the, I think, the exhibits.  We have a
20    plan.  But I would appreciate that once you get who's the
21    witness and which exhibits will be introduced, that we can
22    stand up and say all of the parties have agreed all of the
23    exhibits that this witness will be discussing, the parties have
24    stipulated and agreed are admissible.
25            Can we do that?
```

1        And then I will tell them I appreciate counsel doing

2   this because it saves us time of going through the formal

3   process of laying the foundation for each document.

4        Okay.  The proposed instruction on page 9, what is the

5   position of the defendants as to Mr. Pullen?

6        **ATTORNEY DRAY:**  Well, they don't have -- so, Judge,

7   this is the expert, the forensic computer expert.  His name is

8   Mr. Thomas Pullen.  So I think we have a phone call.

9        **ATTORNEY GONZALEZ:**  Judge, we're going to be speaking

10  to him after we get out of court today.  And we'll discuss

11  that.

12       **THE COURT:**  Okay.

13       **ATTORNEY GONZALEZ:**  He was -- he's an expert.  He's a

14  lawyer.  He's been I think admitted as an expert on many things

15  here in this Court.  The thing is what he assisted me on was to

16  review and properly docket that crazy terabyte that we got in

17  the middle of the case that had been -- that had been passed

18  off by, I think, the Government's main witness.

19       I don't expect that I will be calling him as an expert

20  witness to say anything unless, unless there's things coming

21  out of here that I don't, you know what I mean, that I don't

22  accept, you know, discussing whether the, you know what I mean,

23  the computer records were doctored or changed or anything of

24  that nature.  Then I would need someone helping me.

25       **THE COURT:**  Mr. Gonzalez, please sit down so you're

1   close to the microphone.  I know you like to stand.  You got to

2   help the court reporter.  And if you want to stand, you can

3   stand.  But just come to the microphone.

4       **ATTORNEY GONZALEZ:**  I don't think I'm using an expert

5   at this time.  I don't have an issue for him.  But that could

6   change if an issue is created or is revealed during the course

7   of the trial.

8       **THE COURT:**  Usually you have to say sort of the subject

9   matter on which the expert is going to testify.  I recognize

10  that in criminal cases, it's not quite as demanding as in civil

11  cases.  But you need to at least give a hint more than 'he's

12  just a forensic expert' so we can sort of taste what is his

13  expected testimony and what would he be offering as an opinion

14  so that we can test whether or not he satisfies the *Daubert*

15  requirements.

16      **ATTORNEY GONZALEZ:**  Absolutely, Judge.  And like I

17  said, I haven't identified anything from him yet.  If I do, I

18  will bring it up to Ms. de Boer immediately and I will give her

19  access to Mr. Pullen so that she can converse with him, talk

20  with him, get all his reports, notes, whatever she needs.

21      **THE COURT:**  Well, why can't you give the reports now?

22      **ATTORNEY GONZALEZ:**  Because there are no reports now.

23  What we have now is the expert helping me review the evidence,

24  which is what he's done, and to sort it.  We have not

25  identified any computer issues that would be relevant in this

1    case.  For instance, I'm not going to allege that whatever

2    evidence the Government produce was somehow kind of doctored or

3    something like that nature from a computer aspect.  So I don't

4    expect him to testify.  I don't think there's any expert issues

5    here.  There haven't been any yet.  However, I don't want to

6    close the door if something comes up, Judge.

7         **AUSA DE BOER:**  Well, Your Honor, I think if there are

8    any -- if there is any actual need for a forensic expert in

9    this case, that that need to have been identified and fleshed

10   out well before today.  My sense in speaking with the defense

11   is that there is no need and that Mr. Pullen is acting more in

12   the capacity as an investigator reviewing discovery and

13   flagging information for the defense.  I think that he should

14   not be testifying at all because he is not, in fact, an expert

15   and is not being offered as an expert.  He's assisting the

16   defense with their review of discovery, which is fine.

17        And so I think what this gets at is that hard drive

18   that relates to one of the Government's cooperating witnesses,

19   which was discussed when we were before Your Honor in April.

20   And one concern that I have, even putting aside Mr. Pullen and

21   whether he's actually an expert in this case, is -- and I think

22   we went through this in -- and Mr. Gurskis went through this in

23   some detail bot with Your Honor and separately with the

24   defense:  There is not much, if any, material that is on that

25   very large hard drive that is usable in any fashion in this

1    case.  It is extremely personal information and largely

2    irrelevant information.

3         And so certainly to the extent Mr. Pullen is being

4    offered as an expert to testify about any of that, the

5    Government has requested, and continues to request, appropriate

6    disclosures.  But given the volume of that hard drive, even if

7    Mr. Pullen is not testifying, I think most of that hard drive

8    is not admissible.  And so we would appreciate the defense at

9    least flagging categories of information that they might use as

10   impeachment from that hard drive, if they intend to use

11   anything from that hard drive.  Because the Government's view

12   is that there's a lot on there that is simply inadmissible.

13        **THE COURT:**  So what you're suggesting is that they're

14   going to call Mr. Pullen as an expert to flag documents that

15   they want to use for impeachment?  Is that what I heard you

16   say?

17        **AUSA DE BOER:**  Well, I can imagine no other use of

18   Mr. Pullen because they're saying now that their isn't an

19   actual forensic issue with any of the evidence that he's diving

20   into.  What I hear the defense saying is he's merely helping

21   them, you know, really in an investigative capacity to process

22   a large volume of information.  I don't think he's going to

23   testify as an expert.  I think he's going to help them identify

24   information that they right u might want to use to

25   cross-examine a cooperator.  The source of that information is

1    that large hard drive, which in the Government's view, contains

2    lots and lots and lots of extremely personal information and

3    lots of information that is not actual impeachment.

4         **THE COURT:**  And it was personal information as to?

5         **AUSA DE BOER:**  A cooperating witness, Alberto

6    Gonzalez-Delgado.

7         **THE COURT:**  His personal life?

8         **AUSA DE BOER:**  Correct.

9         **THE COURT:**  Okay.

10        **ATTORNEY GONZALEZ:**  Personal life is extremely

11   interesting, by the way.  I think he has like ten wives of

12   something of this nature.

13        **THE COURT:**  Are you a voyeur, Mr. Gonzalez?

14        **ATTORNEY GONZALEZ:**  Pardon me, Judge?

15        **THE COURT:**  I are you a voyeur.

16        **ATTORNEY GONZALEZ:**  No.  But I had to review this

17   information by force.  But the man's had ten wives, inside --

18   at the same time by the way.  We're not talking about one after

19   the other.  In the hard drive, there was evidence that he was

20   practicing forgery.

21        Now, these things are obviously admissible.  I'm going

22   to cross-examine him on these issues.  I believe that the hard

23   drive proves that he's been hiding evidence the Government and

24   probably amassing incredible amounts of money and property that

25   he's spread out amongst his wives that was not mentioned to the

1    Government, I think.  I'm going to ask him about it.  All that

2    is admissible.

3         So as far as what's admissible and what isn't, I

4    disagree with the Government on that issue.  But...

5         **THE COURT:**  If he is being dishonest, i.e., forging

6    checks --

7         **ATTORNEY GONZALEZ:**  Good.

8         **THE COURT:**  -- that is very admissible of other crimes

9    evidence that you can use to cross-examine him on.  I mean, it

10   goes to testing his credibility and his veracity.  But it

11   doesn't sound to me like you need to have Mr. Mr. Pullen just

12   be your investigator coming out and saying, "A-ha, here are

13   these documents that I'm using for impeachment."  But am I

14   clear that that's not your plan?

15        **ATTORNEY GONZALEZ:**  I think that's a correct statement.

16   My concern is always I get up and I ask the guy, did you do

17   this, that I have on the hard drive.  He denies it.  And now I

18   have to put on a witness to prove that this was there and this

19   is how it happened.  That's my only concern.

20        **THE COURT:**  But do we then go down a pig trail as to

21   the Don Juan aspects of the man's life.  I invite the

22   Government to make sure that they make full disclosure that

23   this is not someone you want your daughter dating.

24        **ATTORNEY GONZALEZ:**  Right.  Right.  But I was hoping

25   that they'd make the leap and also find that they, you know

1    what I mean, they wouldn't believe him either.

2         **THE COURT:**  Well, I -- something tells me that -- a

3    hint that they may realize that they are around him only with

4    hazmat suits, as the rest of us will probably want to be.

5         **ATTORNEY GONZALEZ:**  Right.  Like I said, I think this

6    is an issue that's going to be a fairly obvious to the Court at

7    the time that it happens that shouldn't take a lot of time to

8    resolve it, Judge.

9         **THE COURT:**  And Judge Gayles is going to do sentencing,

10   correct?

11        **AUSA DE BOER:**  He's already been sentenced, Your Honor.

12        **THE COURT:**  Okay.

13        **ATTORNEY ALDAZABAL:**  They all have.

14        **THE COURT:**  Everyone's been sentenced?  I thought they

15   weren't going to be sentenced until October.

16        **AUSA DE BOER:**  Those are two different cooperating

17   witness who were indicted in this indictment.  And there was a

18   previous indictment in 2019 and Gonzalez Delgado, the

19   cooperator with the hard drive, was previously sentenced on

20   that indictment.

21        **THE COURT:**  So he's going to arrive in BOP standard

22   attire?

23        **AUSA DE BOER:**  Yes.  And we have two other incarcerated

24   witnesses who are currently at FDC.

25        **THE COURT:**  Hopefully on separate floors.

1          **AUSA DE BOER:**  There's a separation order in place,

2    Your Honor.

3          **THE COURT:**  Okay.

4          **ATTORNEY GONZALEZ:**  I'm sorry, Judge.  You're not going

5    to be doing the sentencing on this case?  You are, correct.

6          **THE COURT:**  Judge Gayles was sentencing those that were

7    in the original indictment of this case -- are going to

8    cooperate.  I was surprised that he had planned to do that.

9    But that's fine.

10         **ATTORNEY GONZALEZ:**  But you would have the most

11   knowledge about whatever --

12         **THE COURT:**  I'm sure he's going to call and ask me my

13   impression of the truth and veracity of those witnesses.  We do

14   read the instructions.  We have to take those witnesses with a

15   big bag of salt.

16         **ATTORNEY GONZALEZ:**  Of course.

17         **THE COURT:**  They have motives and they are not a

18   canonized saint by any stretch of the imagination.  And it will

19   take a major miracle for them to transform into becoming such.

20   But there's always hope for redemption.

21         So as to Mr. Pullen, let me share with you, I have not

22   heard anything that would justify him being declared as an

23   expert to testify as an expert witness.  The only thing that

24   I've heard is that he is going to -- he may have some expertise

25   to help you.  You may want to have him sitting there to help

1    you find things during the course of the trial.  But if he's

2    doing that, he's not really testifying.  Okay.  And otherwise,

3    he's just, I mean -- so don't plan on putting him on as an

4    expert.  Because I'm telling you now, you haven't made the case

5    to make him an expert witness.  And the time for doing so has

6    passed.

7         **ATTORNEY DRAY:**  There is one area that potentially,

8    very possibly, he would be instrumental and his opinion would

9    be informative for the jury.  If the witness denies that he

10   placed those materials on that drive, these computer forensic

11   experts, they can tell you when something was loaded on the

12   drive, if it was moved around or edited or amended or deleted,

13   he would be able to say that.  And so if there's something on

14   the drive and he says no --

15        **THE COURT:**  And what something are you thinking about?

16        **ATTORNEY DRAY:**  I mean, let's say that there's these

17   fingerprints, and he was practicing and he brought some kind of

18   program to make false signatures so he can forge different

19   people's names.  He got a whole bunch of driver's licenses and

20   stuff.

21        **THE COURT:**  God.  A very creative individual.  You

22   wished he'd used his mind to be doing legit stuff.

23        **ATTORNEY DRAY:**  Correct, Judge.  Absolutely correct.

24   But this is very sophisticated.  He's very, very sophisticated.

25   So he may say, "no, I didn't put that there," or "I didn't do

1    that."  Well, the forensic expert like Tom Pullen can say,

2    "this was placed two days after that drive was bought and not

3    when you were arrested," you know, on whatever date that was in

4    2019.

5           So if he admits it, there's no impeachment necessary.

6    But we don't know what these guys are going to do and how far

7    they're willing to go.

8           **THE COURT:**  That is true.  You do not know.

9           **ATTORNEY DRAY:**  So...

10          **THE COURT:**  So where does that leave us?

11          **AUSA DE BOER:**  Well, Your Honor, I think -- of course

12   we don't know what the witnesses are going to say on

13   cross-examination.  But it sound like the defense has

14   identified some key documents from that drive, or buckets from

15   that drive.  And so it seems like Mr. Pullen could have already

16   or could very quickly make that determination as to who put the

17   document on the drive or when the document was put on the drive

18   to the extent that's even expert testimony that that could be

19   done now if they know what documents are important and what

20   they're going to cross on.  I don't see any reason why that

21   can't be done as opposed to waiting until, you know, we're well

22   into trial to do that.

23          **ATTORNEY DRAY:**  Judge, we are going -- he's going to

24   have that conversation with him, I guess today.  But the

25   information that I'm talking about is the information that we

1  got the Government when they made the *Brady* disclosure.  So

2  they're aware of that.  They went to everybody's office, pretty

3  much, and kind of walked us through because, you know, it was

4  one giant terabyte of information.  And there was these areas

5  that sort of just popped out.  So they're aware specifically of

6  it.  I think she wrote a five or six page memorandum outlining

7  all of these details.  So there's nothing new.

8        **THE COURT:**  Who is the 'she.'

9        **ATTORNEY DRAY:**  Emily Gurskis, the former prosecutor.

10        **AUSA DE BOER:**  Ms. Gurskis, the prosecutor.

11        **THE COURT:**  Okay.

12        So if those are the five items that you're concerned

13  about, I'm sure the Government will make sure that he

14  understands that the Government will be looking to see whether

15  or not he answers truthfully.  And if he doesn't, there is a --

16  I think there's a statute, a knowing and intentional

17  misrepresentation of a fact with the intent to deceive, that

18  can get you five more years and that you will have a

19  transcript.  I know that some people though, even with that

20  careful advice, find it hard to contain them themselves and

21  stick with the truth.  The human mind is a very powerful in how

22  it self deludes, right.  You all have been around long enough

23  to know that.  You see it every day.

24        So let us -- sounds to me like we are -- we'll deal

25  with it when it comes up, if it comes up.

1    **AUSA DE BOER:**  Thank you, Your Honor.

2    **THE COURT:**  But I think we are fully flagged as to --

3    hopefully, it doesn't become an issue.  But let's find out

4    after you all talk to him today.  If there's particular areas

5    that he's going to be focussed on, I'm going to require you to

6    let the Government know so that they have an opportunity to be

7    prepared.  And then I need for the Government to let me know by

8    Friday if, even better by Thursday, today's Tuesday, right?

9    **ATTORNEY DRAY:**  Yes, Your Honor.

10   **AUSA DE BOER:**  Yes.

11   **THE COURT:**  So then I know that we have a problem and

12   we will take care of it after we select the jury.

13   Okay.

14   **AUSA DE BOER:**  Yes, Your Honor.

15   **THE COURT:**  Okay.  Let's turn to the jury instructions.

16   I've already it dealt with number 5.  I really appreciate the

17   memorandum of law.  I'm sure the defense does as well.  If they

18   -- defense would like to give me anything, although I'm

19   impressed that they seem to have -- the Government seems to

20   have done a very thorough job.  I'm going to go read all of

21   those opinions, especially Judge Ruiz's decision on a denial of

22   a motion for a new trial.

23   **AUSA DE BOER:**  The *Agresti* opinion, yes.  That was a

24   denial of a motion for a new trial, which has been appealed.

25   **THE COURT:**  I saw that.  And I was like, okay, let me

1   just see what -- these kinds of issues are always so fact

2   intensive for the determination.  And I'm sure that you all

3   plan to lay all of the little foundational stones since you

4   have the burden.

5        Yes, sir, Mr. Dray.

6        **ATTORNEY DRAY:**  Your Honor, I believe their brief --

7   they had told us they were going to file a brief.  But I think

8   it was filed after hours.  This morning I had to go to court at

9   9:00 in state court.  So I didn't have a chance to print that

10  out or read it yet.  But I will.  And so I don't know what's

11  contained in it.

12       **THE COURT:**  If you want to file a response, you can.

13       **ATTORNEY DRAY:**  Okay.

14       **THE COURT:**  And if you see any that helps me and

15  Mr. Soysal, if you see that any one of the cases were not

16  properly shepardized and that it actually stands for a

17  different proposition or that the -- that the facts are totally

18  unrelated to our facts because they do cite a number of cases.

19       **ATTORNEY DRAY:**  My only concern, Judge, with the jury

20  instructions was what's mentioned here in the notice that the

21  prosecutor sent to you, which was on page 22, about the money

22  laundering.  So you had put here in bold and you have lines

23  going through the words at page 22 in the middle of the page.

24       **THE COURT:**  The ones that went through, I believe those

25  are the ones that you requested.

1      **ATTORNEY DRAY:**  Yeah.  That was the one that I

2  requested.  And Judge, that is a correct statement of the law.

3  Specifically, I had previously filed a Document 232, the Docket

4  Entry 232, which was filed on April 24th.  There's Eleventh

5  Circuit case, *U.S. versus Christo, 129 F3d, 578, Eleventh*

6  *Circuit, 1997*, which discusses that language there, that's also

7  a Sixth circuit case, a little newer, *USA versus McGahee*, two

8  'Es' at the end for the court reporter.  And that's at *257 F3d,*

9  *520, Sixth Circuit, 2001*.  And so I think that's a correct

10  statement of the law.

11      I would ask the Court, you know, if you don't want to

12  make a decision today, that's fine.  But I think -- I think

13  once the Court sees the evidence coming in on this aspect and

14  reflects on my motions in limine, I think you'll find, Judge,

15  under the totality of the circumstances that this language in

16  the jury instructions will be appropriate, fair and reasonable.

17  And I think without it, would not give the jury a -- the right

18  information to make a decision on guilt or innocence.

19      **THE COURT:**  I think we went over this before.  But

20  since he's reasserting it, the if the Government would just

21  re-state, very succinctly, their position as to why in

22  response.

23      **AUSA DE BOER:**  Yes, Your Honor.  And we have gone over

24  this before.

25      But in a nutshell, our position is that this is a

1   misstatement of the intent requirement to the extent that it

2   suggests to the jury that the jury must find both intent to

3   commit healthcare fraud and intent to commit money laundering

4   in order to find the defendant guilty of money laundering.  And

5   that's not correct.  And in fact, it's inconsistent with other

6   information in this instruction.  And there's some case law

7   that we've cited in our brief, trial brief filed yesterday,

8   that fleshes out, to some extent, the intent requirement for

9   money laundering.  And that brief was not geared at this

10  instruction, it was just some case law that may come up during

11  a Rule 29 argument.  So we're letting everybody know that now.

12       So it wasn't geared towards this but I think it does

13  speak to this.

14       **ATTORNEY DRAY:**  Judge, if -- they have separate

15  offenses.  They have Count 1, Count 2.  One's healthcare fraud.

16  This one's money laundering.  So it's a conspiracy case.  So

17  the defendants, there's got to be evidence that shows that he

18  was trying --

19       **THE COURT:**  How about doing this, Mr. Dray.

20       **ATTORNEY DRAY:**  All right.

21       **THE COURT:**  Take a look at what is there that is

22  underlined in the first paragraph.  And how about I just put

23  paren A before the first 'knowing,' and paren or a '1,' and a

24  paren 2 after the second -- before the second 'knowing.'  So it

25  says, "knowingly conducted or tried to conduct a financial

1    transaction, paren A," "knowing that the money or property

2    involved in the transaction was the proceeds of some kind of

3    unlawful activity," and "B, knowing that the transaction was

4    designed in some way to conceal or disguise the nature,

5    location, source, ownership or control of the money or

6    property."  That sort of re-emphasizes that the Government must

7    prove two knowings.  And I think that takes care of your

8    concern as to what you've articulated through this proposed

9    instruction.

10          **ATTORNEY DRAY:**  Yes, Judge.

11          **THE COURT:**  What is the -- let me find out if you agree

12   with that and I'll ask the Government if they are comfortable

13   with that.

14          **AUSA DE BOER:**  I think that's fine, Your Honor.  And

15   we'll check it against the pattern instruction.  But that seems

16   appropriate to me.

17          **ATTORNEY DRAY:**  Judge, also it's the second sentence

18   that I think is critical, especially under these specific

19   facts.  But that's --

20          **THE COURT:**  But, that, I don't believe is part of a

21   correct statement of the law.  Merely depositing or diverting

22   funds alone into a personal account is insufficient to support

23   a conviction for money laundering.

24          **ATTORNEY DRAY:**  Judge, I'll believe, I'll re-read it.

25   I'll go back to those cases.  But that's where it's derived

1    from, Judge.  And that's really essentially what the defense is

2    seeking because that's what I believe the evidence will show

3    and only that.

4         **THE COURT:**  So, and you're citing to *Cristo* and the

5    Sixth Circuit.

6         **ATTORNEY DRAY:**  Yes, Judge.  So I wrote there's

7    document entry -- I'll give you the case, Judge.  *U.S. versus*

8    *Cristo*, C-h-r-i-s-t-o.  *129 F3d, 578, Eleventh Circuit, 1997.*

9         **THE COURT:**  And what's the Sixth Circuit?

10        **ATTORNEY DRAY:**  The Sixth Circuit is *U.S. versus*

11   *McGahee*.  So that's M-c.

12        **THE COURT:**  No.  I've got that.  But the citation is

13   *275 F3d*.

14        **ATTORNEY DRAY:**  *520.*  Yes, Your Honor.  *Sixth Circuit,*

15   *2001.*

16        **THE COURT:**  2001.  Okay.  I will go back and reread it.

17        And what's the Government's -- re-state your position

18   as to the second sentence.

19        **AUSA DE BOER:**  I think the other, the first paragraph

20   of the instruction accurately captures the intent requirement

21   in the statement of the merely depositing and diverting funds.

22   Number one, that won't be the only evidence in this case.  So I

23   think factually, it's not tied to the record in this case.  And

24   number two, as articulated in the trial brief that we filed

25   last night, money laundering, and in particular, concealment

1   money laundering, can be proven through circumstantial

2   evidence.  So one fact that a jury can consider is a pattern of

3   depositing funds.  Now, there will be other evidence in this

4   case that the jury can consider, but they are going to have to

5   infer intent from circumstantial evidence, as in many money

6   laundering cases.  And I think that this is a confusing

7   statement of the law in that regard nor is it tied to the facts

8   of this case.

9       **THE COURT:**  Okay.  I am concerned that it is getting me

10   into the business of commenting on the whatever the evidence

11   is, which is not my prerogative or my role.  But I will go

12   reread the cases.  And right now, my initial decision stands to

13   exclude that, but I'm always willing to re-examine it.  And I

14   will tell you all before Friday that your new motion to

15   reassert it is either accepted or denied.  But I anticipate

16   that it will be denied.  But I'm going to read those cases

17   before I do so.

18       **ATTORNEY DRAY:**  I appreciate it, Judge.  Thank you.

19       **THE COURT:**  Okay.  Anything else?

20       **AUSA DE BOER:**  Two other matters, Your Honor.  One, on

21   the jury instructions, and I did not flag this in the e-mail

22   last night but -- because Your Honor flagged it that the

23   identity instruction is being provisionally included.  We still

24   object to that.  But I understand it's a fact-intensive

25   inquiry.  We'll see what the evidence it and we can revisit

1    that at the charge conference.  So nothing new on that, just

2    flagging that we continue to object.

3        **THE COURT:**  We will have a charge conference at the

4    final charge conference, usually at the end of whatever case

5    the defense puts on, unless the Government anticipates a

6    significant rebuttal.  And in that case we're waiting until

7    we're getting close to the end of the rebuttal just so that we

8    are in a good position to make sure that we have looked at all

9    of the potential issues that might be covered by the

10   instructions.

11       So this is just Draft Number 2 at the start of the

12   trial.

13       **AUSA DE BOER:**  Yes, Your Honor.

14       And the other issue we just wanted to flag is we have

15   not received any exhibits or exhibit lists from the defense.

16   And perhaps they don't have any.  But we're just flagging that.

17       **THE COURT:**  Well, ordinarily, they don't have to give

18   you copies of the exhibits that they intend to use.  But I

19   appreciate if they will give them to me in camera so that I can

20   make sure that it's in a format that makes sure that the docket

21   doesn't have to read my scribbling handwriting.  It needs to be

22   typed up in basically the format that the Government has used.

23   Okay.  So we're all on the same wavelength.

24       Remember, I operate as the clerk of the Court during

25   the trial.  Our staff is too limited, since I'm no longer an

1   active to give me a full time.  And my law clerk is learning

2   how to be a courtroom deputy as he goes, whether he wanted to

3   be or not.  It's part of the full educational experience of

4   being a senior judge's clerk.

5       All right.  Is there anything else?

6       **AUSA DE BOER:**  Just on the same note, Your Honor.  To

7   the extent there are Rule 16 disclosures from which the defense

8   may draw exhibits, we have not received those either.  So I

9   should have phrased it that way.

10      **THE COURT:**  Okay.  I presume there's not going to be

11  any issue.

12      **ATTORNEY GONZALEZ:**  I don't anticipate any Rule 16

13  disclosures.

14      **AUSA DE BOER:**  And any additional documents that you

15  may have to draw exhibits from.

16      **ATTORNEY GONZALEZ:**  Okay.  Have.

17      **THE COURT:**  Everything has been disclosed, right?

18  We're not something flying out of the heavens.  I mean, this

19  thing was supposed to go to trial some time ago.  So usually,

20  everything should have been organized.  So I've got a 'yes'

21  from Mr. Gonzalez that there's nothing that he might be using

22  that has not yet been disclosed.

23      **ATTORNEY GONZALEZ:**  That's correct, Judge.  I think I

24  have -- I don't have anything.

25      **THE COURT:**  Pull the microphone, if you would.  There

1    we go.

2         **ATTORNEY GONZALEZ:**  I don't have anything that I'm

3    going to disclose now, Judge.

4         **THE COURT:**  No, you don't have anything that you will

5    be using that you have not previously disclosed.

6         **ATTORNEY GONZALEZ:**  That I'll be using for

7    cross-examination?

8         **THE COURT:**  What you can use to impeach with something,

9    it doesn't go into evidence.  But usually politeness requires

10   that if you're going to impeach with something, you will show

11   the other side what you're going to use prior to your

12   impeachment.

13        **ATTORNEY GONZALEZ:**  Correct, Judge.

14        **THE COURT:**  And what she wants to know is if the

15   Government -- if the defendants intend to introduce any

16   documents as exhibits that have not been previously shown, you

17   will say so now.

18        **ATTORNEY GONZALEZ:**  Correct.  I believe --

19        **THE COURT:**  "Correct," meaning, "I am not going to" --

20   "I have" -- "I am thinking of introducing a document, the

21   Government is already aware of that document."  Is that what

22   you're saying 'yes' to?

23        **ATTORNEY GONZALEZ:**  What I'm saying is that every

24   document I have, I received the Government.  I have nothing

25   that I have discovered on my own, new documents, for this

1    particular -- for any of the my cross-examination.  My

2    cross-examinations, I expect, will consist of information that

3    I gleaned from the interview reports and from the other

4    evidence that I've received the Government in the case.

5           **THE COURT:**  Okay.  Mr. Dray and Mr. Aldazabal.

6           **ATTORNEY DRAY:**  I told her plainly, the Government, I

7    told the Government that we're going to be using, you know, the

8    plea agreements, proffers, so which are in the Court file and

9    they provided.  So she knows.

10          **THE COURT:**  The bottom line is anything you plan on

11   using, they have given you.

12          **ATTORNEY DRAY:**  That's correct, Judge.

13          **THE COURT:**  Okay.  And you have not -- you're not

14   planning on showing or introducing into evidence anything that

15   they have not given you.

16          **ATTORNEY DRAY:**  That's correct, Judge.

17          **THE COURT:**  Okay.

18          **ATTORNEY GONZALEZ:**  That's correct, Judge.

19          **THE COURT:**  And you agree with that, Mr. Medina?

20          **ATTORNEY MEDINA:**  Yes, Your Honor.

21          **THE COURT:**  And Mr. Aldazabal?

22          **ATTORNEY ALDAZABAL:**  Your Honor, no exhibits on behalf

23   of Ms. Quicutis at all.  Few or all but none.  Different

24   situation here.

25          **THE COURT:**  Okay.  It's a different situation?

1      **ATTORNEY ALDAZABAL:**  Well, we're all referred to as

2    'the defense,' but of course, I'll make the jury know that

3    these are three separate trials and we're all in a different

4    place.

5          **THE COURT:**  Right.  You may want to have her sit on

6    this side of you so that she and the -- her codefendant are not

7    sitting next to each other.

8          **ATTORNEY ALDAZABAL:**  That's an excellent suggestion,

9    Your Honor.  I totally agree with that.  Thank you.

10         **THE COURT:**  Separation.  Separation.

11         Anything else for the good of the order?

12         **AUSA DE BOER:**  Nothing from the Government, Your Honor.

13         **THE COURT:**  Okay.  Mr. Dray?  Mr. Medina?

14         **ATTORNEY DRAY:**  No, Your Honor.  Thank you very much.

15         **ATTORNEY GONZALEZ:**  Nothing else from the defense,

16    Judge.

17         **ATTORNEY ALDAZABAL:**  Nothing else.  Thank you, Your

18    Honor.

19         **THE COURT:**  Look forward to see you on Monday.  Hamdi

20    will be there.  Sheba, are you going to be working this trial.

21    You don't know.

22         Do we know how many other judges are picking on Monday?

23         **THE COURTROOM DEPUTY:**  So far, three, I believe.

24         **THE COURT:**  Three.  Are they short ones or longer ones?

25         **THE COURTROOM DEPUTY:**  They're doing calendar today or

1  tomorrow.

2      **THE COURT:** Okay. Okay. Hopefully, Ms. Sheba, you can

3  go down and sugar -- help them pick mine first.

4      Okay. Do you think that 45 and 50 is a good number,

5  Sheba?

6      **ATTORNEY GONZALEZ:** 50.

7      **THE COURT:** We just need two alternates, correct.

8      **ATTORNEY DRAY:** Yes, Judge. I think 45 to 50 is

9  enough.

10      **THE COURT:** 45 then because that's fewer people to

11  examine, and God willing and the creek doesn't rise, we will

12  get our jury and the two alternates out of that group because

13  that will delay.

14      And are we still on schedule that if we pick the jury

15  on Monday, we're going to finish the trial in two weeks?

16      **AUSA DE BOER:** I believe so, Your Honor.

17      **THE COURT:** Okay. Because I'm concerned that I need to

18  tell the parties, or the venire panel, if it's going to be

19  longer thank that so that we don't have any problems and have

20  do go to the alternates.

21      How long is the Government going to take to put on the

22  case?

23      **AUSA DE BOER:** I suspect five or six days from when we

24  start evidence. So if we put on our first witness Tuesday

25  morning, we should rest end of day Monday or beginning of

1    Tuesday.

2          **THE COURT:**  Okay.  And how long do you think that your

3    case will take, Mr. Dray, if you put on a case?

4          **ATTORNEY DRAY:**  Yeah.  Well, it just depends, Judge, on

5    how the impeachment goes.  I've already talked to the

6    Government about that.  Hopefully, we don't have to call any of

7    the FBI agents.  So -- but if we did, let's just say, I can't

8    see it being more than a day.

9          **THE COURT:**  Okay.  And Mr. Gonzalez?

10         **ATTORNEY GONZALEZ:**  Judge, I expect you to Rule 29 the

11   case and I'm not going to have to be able to put on any.

12         **THE COURT:**  Okay.

13         **ATTORNEY GONZALEZ:**  But, you know, may be one witness

14   possibly, which I don't expect that to happen either.

15         **THE COURT:**  Okay.

16         **ATTORNEY GONZALEZ:**  So it will be less than a day, much

17   less.

18         **ATTORNEY ALDAZABAL:**  Your Honor, I don't expect any

19   witnesses.  Of course, the decision whether the defendant is

20   going to testify or not cannot be made at this point.

21         **THE COURT:**  Right.

22         **ATTORNEY ALDAZABAL:**  But I wouldn't think it would be

23   very long.

24         **THE COURT:**  Do you want me all -- does defense counsel

25   want me to do the traditional little colloquy that I have with

1    the defendants now rather than waiting until, about their

2    rights to testify, or do you want me to wait until the

3    Government rests?

4         **ATTORNEY ALDAZABAL:**  Judge, I think for purposes of the

5    record, it may be better after the Government rests.

6         **THE COURT:**  Okay.

7         **ATTORNEY ALDAZABAL:**  Because that way, it's fresh

8    and --

9         **THE COURT:**  And they've seen the whole Government's

10   case and they can decide.

11        **ATTORNEY ALDAZABAL:**  It's their decision:  It's not the

12   attorneys decision.  So we want to make it right on the record.

13        **THE COURT:**  But Mr. Trujillo, Mr. Felipe and

14   Ms. Quicutis, once the Government rests, and before your

15   counsel -- during the course of the trial, that your counsel

16   may put on, you have the right to testify in your own defense.

17   You don't have to testify, but it is a decision that you and

18   you alone must make as to whether or not to take the witness

19   stand in your defense.

20        Your counsel are very experienced.  They will give you

21   advice as to the pros and the cons of testifying, because you

22   can testify but you will be subject to cross-examination.  Some

23   people freeze when they are on the witness stand and are very

24   nervous.  But sometimes, you may feel that you need to testify.

25   Your counsel will talk to you about the pros and the cons of

1    doing it.  But ultimately, the decision is up to you.  And I

2    will chat with you, each one of you, individually about that

3    decision before your counsel rests.  But you will be talking to

4    your counsel between now and then.  Just so keep in mind what

5    you want to do in the case, okay, just so that you have a

6    head's up that I'm going to be asking you a series of questions

7    just so that you understand that if you choose to testify, you

8    could turn out to be a lousy witness and sort of help the

9    Government make the case against you; on the other hand, you

10   may be the only person that can provide the evidence to show

11   that the Government's evidence against you is very, very weak.

12   I don't know.  But you will have a chance to listen to the

13   Government's testimony, I mean, the Government's case before

14   you make your decision.

15          It's a tough decision.  But if you decide you don't

16   want to testify, you later can't complain that your lawyer told

17   you to testify or not to testify or that you want -- you wish

18   you'd done something different because you're stuck with your

19   decision, whatever you do.  Okay.

20          Okay.  I will see you all on Monday.  Have a restful

21   weekend with hopefully no emergencies because we need to try

22   this case for everybody's concern.

23          **AUSA DE BOER:**  Agreed, Your Honor.  Thank you.

24          (Proceedings concluded at 12:29 p.m.)

25

<u>C E R T I F I C A T E</u>

        I certify that the foregoing pages represent a true and correct transcript of the official electronic sound recording as provided to me by the U.S. District Court, Southern District of Florida, as taken on the date and time previously stated in the above matter.

        I certify that the foregoing pages represent a true and correct transcript of the above-styled proceedings as reported on the date, time, and location listed.

   I further certify that I am neither counsel for, related to, nor employed by any of the parties to the action in which this hearing was reported, and further that I am not financially nor otherwise interested in the outcome of the above-entitled matter.


<u>/s/Quanincia S. Hill, RPR</u>
Quanincia S. Hill, RPR
Official Court Reporter
Southern District of Florida

**'**

'counsel' [1] - 8:9
'd' [1] - 7:24
'e' [1] - 7:23
'Es' [1] - 64:8
'good' [1] - 17:11
'hello' [1] - 17:23
'hello' [1] - 17:11
'individuals' [1] - 12:20
'knowing' [2] - 65:23, 65:24
'okay' [1] - 34:11
'she' [1] - 61:8
'the' [1] - 73:2
'X' [1] - 41:17
'yes' [2] - 70:20, 71:22

**0**

001E [1] - 27:10
002 [3] - 26:9, 27:7, 27:8
002A [1] - 26:16
003A [1] - 43:13

**1**

1 [3] - 43:9, 65:15, 65:23
100 [1] - 45:19
1006 [2] - 22:3, 22:4
1099s [1] - 41:4
10:00 [4] - 47:13, 49:11, 49:13, 50:1
10:30 [1] - 3:1
11 [1] - 20:24
129 [2] - 64:5, 67:8
12:29 [1] - 77:24
13 [1] - 31:3
14th [1] - 44:9
15 [4] - 8:3, 17:3, 20:2, 49:22
15-minute [1] - 16:20
16 [2] - 70:7, 70:12
17 [1] - 24:18
1997 [2] - 64:6, 67:8
1E [1] - 43:9

**2**

2 [8] - 25:23, 25:24, 26:1, 26:24, 43:9, 65:15, 65:24, 69:11
20 [2] - 4:14, 28:8
2001 [3] - 64:9, 67:15, 67:16
201 [1] - 26:2
2019 [2] - 57:18, 60:4

21-20303 [1] - 3:3
216 [1] - 12:24
22 [2] - 63:21, 63:23
232 [2] - 64:3, 64:4
24th [2] - 44:8, 64:4
257 [1] - 64:8
275 [1] - 67:13
282 [3] - 23:13, 24:16, 26:8
29 [2] - 65:11, 75:10
2:00 [1] - 21:10

**3**

30 [6] - 20:10, 20:18, 20:20, 21:16, 27:8, 28:8

**4**

45 [3] - 74:4, 74:8, 74:10
4:30 [2] - 49:19, 49:20

**5**

5 [1] - 62:16
50 [4] - 16:4, 74:4, 74:6, 74:8
520 [2] - 64:9, 67:14
578 [2] - 64:5, 67:8
5:00 [2] - 40:19, 49:24

**6**

6:30 [3] - 46:22, 48:8, 48:10

**7**

700 [2] - 46:3, 46:5
7th [1] - 44:8

**8**

8:00 [6] - 46:20, 47:1, 48:10, 49:3, 50:3

**9**

9 [1] - 51:4
90 [3] - 21:13, 32:13, 50:8
9:00 [7] - 16:1, 40:19, 47:14, 48:13, 49:14, 50:2, 63:9

**A**

A-ha [1] - 56:12
a.m [5] - 3:1, 48:10,

48:13, 49:11, 49:13
able [12] - 21:12, 34:8, 35:13, 36:7, 36:10, 36:12, 41:13, 41:25, 50:6, 50:9, 59:13, 75:11
absolutely [2] - 52:16, 59:23
accept [1] - 51:22
acceptable [1] - 36:20
accepted [1] - 68:15
access [3] - 36:11, 41:13, 52:19
accessing [1] - 44:12
accommodations [1] - 47:7
accomplish [1] - 26:22
account [1] - 66:22
accounts [3] - 38:21, 39:10, 39:19
accurate [1] - 20:16
accurately [1] - 67:20
acting [1] - 53:11
activity [1] - 66:3
actual [6] - 32:5, 32:11, 33:5, 53:8, 54:19, 55:3
added [4] - 25:3, 25:5, 27:12, 43:15
addition [2] - 12:19, 25:2
additional [8] - 6:10, 18:13, 23:23, 25:3, 25:18, 26:12, 31:11, 70:14
address [2] - 11:15, 33:24
addressing [1] - 28:25
adequate [1] - 48:18
adjust [1] - 34:2
administrative [1] - 46:17
admissibility [2] - 33:22, 44:20
admissible [6] - 50:24, 54:8, 55:21, 56:2, 56:3, 56:8
admit [4] - 31:7, 31:18, 41:25
admits [1] - 60:5
admitted [4] - 28:20, 28:21, 29:2, 51:14
admitting [2] - 32:3, 36:16
advance [1] - 34:15
advice [2] - 61:20, 76:21
affects [1] - 31:3

affidavits [1] - 35:25
agent [1] - 35:22
agents [1] - 75:7
ago [4] - 4:14, 25:4, 28:4, 70:19
agree [10] - 16:15, 16:18, 16:22, 32:1, 32:16, 33:21, 46:13, 66:11, 72:19, 73:9
agreed [5] - 33:6, 44:13, 50:22, 50:24, 77:23
agreement [1] - 33:18
agreements [1] - 72:8
Agresti [1] - 62:23
ahead [2] - 11:25, 45:13
aid [1] - 6:2
aids [1] - 14:14
aim [1] - 49:20
Alberto [1] - 55:5
ALDAZABAL [19] - 4:23, 5:5, 5:8, 5:10, 15:17, 15:21, 18:24, 20:20, 31:4, 57:13, 72:22, 73:1, 73:8, 73:17, 75:18, 75:22, 76:4, 76:7, 76:11
Aldazabal [5] - 4:24, 13:3, 20:19, 72:5, 72:21
allege [1] - 53:1
allow [4] - 28:10, 35:13, 36:6, 46:22
allowed [1] - 46:19
alone [2] - 66:22, 76:18
alternate [2] - 21:1, 21:2
alternates [4] - 20:23, 74:7, 74:12, 74:20
amassing [1] - 55:24
amended [5] - 12:4, 23:10, 24:5, 24:13, 59:12
America [1] - 3:4
amount [2] - 20:3, 50:7
amounts [1] - 55:24
ankle [1] - 48:12
answer [1] - 44:15
answers [2] - 16:2, 61:15
anticipate [8] - 16:4, 17:25, 20:4, 21:20, 30:13, 42:10, 68:15, 70:12
anticipated [1] - 19:4
anticipates [2] - 20:7, 69:5

anyhow [1] - 28:18
anyway [2] - 17:9, 17:22
apartment [11] - 25:25, 33:15, 37:16, 37:25, 38:23, 39:2, 40:13, 40:15, 43:16, 43:17
apartments [9] - 18:6, 18:9, 18:18, 33:11, 33:12, 33:13, 39:9, 40:17, 40:20
apologize [2] - 3:5, 26:8
appealed [1] - 62:24
appearance [1] - 17:14
apple [4] - 7:7, 7:8, 7:13, 7:14
appreciate [13] - 8:11, 11:10, 11:20, 11:23, 13:3, 44:23, 45:10, 50:20, 51:1, 54:8, 62:16, 68:18, 69:19
appreciates [1] - 11:24
appropriate [4] - 15:18, 54:5, 64:16, 66:16
approval [1] - 47:9
approve [2] - 47:11, 48:17
April [2] - 53:19, 64:4
area [2] - 18:21, 59:7
areas [2] - 61:4, 62:4
argument [2] - 31:22, 65:11
arguments [2] - 30:9, 30:12
arrested [2] - 37:12, 60:3
arrive [3] - 8:13, 16:1, 57:21
arrived [1] - 8:15
arrives [1] - 50:2
articulated [2] - 66:8, 67:24
ascertaining [1] - 18:19
aside [3] - 30:4, 32:23, 53:20
aspect [3] - 40:14, 53:3, 64:13
aspects [1] - 56:21
assist [3] - 9:11, 9:12, 49:6
assistants [2] - 5:14, 8:10
assisted [1] - 51:15
assisting [2] - 6:10,

53:15
**assuming** [1] - 45:16
**attempt** [1] - 11:4
**attention** [3] - 10:10, 10:14, 15:10
**attire** [1] - 57:22
**ATTORNEY** [159] - 4:2, 4:7, 4:11, 4:12, 4:23, 5:5, 5:8, 5:10, 8:15, 9:9, 9:13, 9:17, 9:20, 9:23, 9:25, 10:4, 10:9, 10:17, 10:20, 10:24, 13:16, 13:18, 13:22, 13:25, 14:4, 14:7, 14:11, 15:17, 15:21, 17:19, 18:22, 18:23, 18:24, 20:13, 20:16, 20:20, 22:11, 22:14, 24:15, 24:18, 26:2, 27:5, 28:3, 28:13, 28:16, 28:23, 30:2, 31:4, 32:1, 32:15, 34:10, 34:25, 35:10, 35:24, 36:2, 36:20, 36:23, 37:2, 41:9, 41:19, 42:13, 42:16, 42:19, 42:22, 43:1, 43:7, 43:19, 44:6, 44:16, 45:6, 45:8, 46:10, 46:15, 46:17, 46:25, 47:4, 47:8, 47:15, 47:17, 47:21, 47:23, 48:3, 48:9, 48:20, 48:25, 49:7, 49:9, 49:13, 49:16, 49:19, 50:6, 50:11, 51:6, 51:9, 51:13, 52:4, 52:16, 52:22, 55:10, 55:14, 55:16, 56:7, 56:15, 56:24, 57:5, 57:13, 58:4, 58:10, 58:16, 59:7, 59:16, 59:23, 60:9, 60:23, 61:9, 62:9, 63:6, 63:13, 63:19, 64:1, 65:14, 65:20, 66:10, 66:17, 66:24, 67:6, 67:10, 67:14, 68:18, 70:12, 70:16, 70:23, 71:2, 71:6, 71:13, 71:18, 71:23, 72:6, 72:12, 72:16, 72:18, 72:20, 72:22, 73:1, 73:8, 73:14, 73:15, 73:17, 74:6, 74:8, 75:4, 75:10, 75:13, 75:16, 75:18, 75:22, 76:4, 76:7, 76:11
**attorneys** [1] - 76:12

**attorneys'** [1] - 50:16
**attractive** [1] - 9:6
**audience** [1] - 16:7
**August** [1] - 44:8
**AUSA** [101] - 3:7, 3:11, 3:13, 3:17, 3:21, 3:24, 6:9, 6:13, 6:21, 6:24, 7:17, 8:12, 11:6, 11:9, 12:17, 14:20, 15:11, 18:9, 19:4, 19:11, 19:16, 20:9, 21:6, 21:14, 21:17, 21:22, 23:5, 23:12, 23:18, 24:1, 24:8, 24:23, 25:9, 25:13, 25:17, 25:23, 26:5, 26:7, 26:11, 26:21, 27:1, 27:8, 27:10, 27:15, 27:20, 27:24, 29:1, 29:13, 30:19, 30:23, 32:18, 34:4, 37:4, 37:6, 37:14, 38:7, 38:10, 38:13, 39:4, 39:25, 40:3, 40:9, 40:23, 41:2, 41:5, 43:11, 43:13, 43:17, 43:23, 44:2, 44:8, 45:15, 45:22, 45:25, 46:6, 46:16, 53:7, 54:17, 55:5, 55:8, 57:11, 57:16, 57:23, 58:1, 60:11, 61:10, 62:1, 62:10, 62:14, 62:23, 64:23, 66:14, 67:19, 68:20, 69:13, 70:6, 70:14, 73:12, 74:16, 74:23, 77:23
**authenticity** [9] - 33:6, 33:21, 34:18, 34:21, 34:23, 41:11, 41:12, 42:11, 44:19
**authorize** [1] - 33:1
**Ava** [1] - 3:18
**ava** [1] - 3:22
**avoid** [2] - 29:12, 48:7
**aware** [5] - 41:2, 61:2, 61:5, 71:21

**B**

**baby** [1] - 11:8
**background** [1] - 16:6
**badge** [1] - 17:18
**bag** [1] - 58:15
**bah** [2] - 7:22
**bank** [8] - 33:3, 33:4, 34:13, 38:20, 39:9, 39:19, 41:24, 42:12
**banker's** [1] - 50:8

**barely** [1] - 6:1
**based** [2] - 11:13, 29:2
**basis** [3] - 22:8, 38:17, 42:6
**bates** [2] - 26:23, 26:25
**battle** [1] - 44:23
**become** [2] - 33:24, 62:3
**becoming** [1] - 58:19
**beginning** [2] - 30:11, 74:25
**behalf** [4] - 4:3, 4:13, 4:24, 72:22
**behind** [1] - 6:7
**below** [1] - 17:6
**belts** [1] - 22:5
**beneficiary** [1] - 19:10
**best** [1] - 21:20
**better** [4] - 30:24, 48:23, 62:8, 76:5
**between** [3] - 39:12, 39:13, 77:4
**beyond** [1] - 40:24
**bidder's** [1] - 34:2
**big** [4] - 10:12, 23:20, 30:18, 58:15
**bigger** [1] - 10:13
**billing** [5] - 19:12, 19:15, 39:9, 40:19, 41:20
**bit** [2] - 12:25, 17:3
**bites** [1] - 30:17
**blue** [1] - 4:5
**body** [1] - 19:21
**BOER** [74] - 3:7, 3:11, 6:9, 6:13, 6:21, 6:24, 8:12, 11:6, 11:9, 12:17, 14:20, 15:11, 18:9, 19:4, 19:11, 19:16, 20:9, 21:6, 21:14, 21:17, 21:22, 23:5, 24:8, 26:21, 27:1, 27:24, 29:1, 29:13, 30:19, 30:23, 32:18, 34:4, 37:4, 37:6, 37:14, 38:7, 38:10, 38:13, 39:4, 39:25, 40:3, 40:9, 40:23, 41:2, 41:5, 45:15, 45:22, 45:25, 46:6, 53:7, 54:17, 55:5, 55:8, 57:11, 57:16, 57:23, 58:1, 60:11, 61:10, 62:1, 62:10, 62:14, 62:23, 64:23, 66:14, 67:19, 68:20, 69:13, 70:6, 70:14, 73:12, 74:16, 74:23, 77:23

**Boer** [4] - 3:7, 3:9, 36:13, 52:18
**Boer's** [1] - 11:13
**bold** [1] - 63:22
**BOP** [1] - 57:21
**born** [1] - 11:8
**bot** [1] - 53:23
**bottom** [1] - 72:10
**bought** [1] - 60:2
**boxes** [1] - 50:8
**boy** [2] - 7:6, 7:12
**Brady** [1] - 61:1
**break** [2] - 16:20, 17:25
**breath** [1] - 50:5
**brief** [7] - 3:10, 63:6, 63:7, 65:7, 65:9, 67:24
**briefly** [1] - 23:14
**bring** [6] - 10:9, 10:14, 15:9, 16:5, 18:18, 52:18
**bringing** [1] - 35:19
**broadly** [1] - 32:21
**brought** [1] - 59:17
**buckets** [1] - 60:14
**budget** [1] - 31:3
**build** [1] - 8:22
**bunch** [1] - 59:19
**burden** [1] - 63:4
**business** [4] - 33:18, 36:5, 42:15, 68:10
**busted** [1] - 36:5
**busy** [1] - 48:8
**but..** [1] - 56:4

**C**

**c-h-r-i-s-t-o** [1] - 67:8
**calendar** [1] - 73:25
**calendars** [1] - 9:2
**camera** [2] - 12:14, 69:19
**canary** [1] - 5:11
**cannot** [5] - 9:22, 15:6, 17:7, 17:11, 75:20
**canonized** [1] - 58:18
**capacity** [2] - 53:12, 54:21
**captures** [1] - 67:20
**car** [2] - 48:6, 49:23
**cards** [1] - 15:7
**care** [7] - 8:22, 31:11, 34:23, 50:18, 50:19, 62:12, 66:7
**careful** [1] - 61:20
**case** [50] - 3:2, 3:3, 3:15, 11:12, 12:19, 13:18, 13:21, 14:4,

17:17, 17:25, 21:18, 24:2, 29:25, 30:13, 30:21, 32:22, 35:1, 35:4, 35:19, 45:24, 51:17, 53:1, 53:9, 53:21, 54:1, 58:5, 58:7, 59:4, 64:5, 64:7, 65:6, 65:10, 65:16, 67:7, 67:22, 67:23, 68:4, 68:8, 69:4, 69:6, 72:4, 74:22, 75:3, 75:11, 76:10, 77:5, 77:9, 77:13, 77:22
**cases** [13] - 8:6, 11:23, 16:1, 33:15, 44:5, 52:10, 52:11, 63:15, 63:18, 66:25, 68:6, 68:12, 68:16
**cash** [9] - 38:8, 38:9, 38:11, 38:20, 38:23, 39:1, 39:20, 39:22
**cashed** [1] - 39:20
**categories** [2] - 32:22, 54:9
**category** [2] - 24:24, 25:10
**cautious** [1] - 32:25
**CD** [1] - 29:17
**CDs** [1] - 29:16
**certain** [1] - 18:10
**certainly** [1] - 54:3
**challenge** [1] - 41:12
**challenges** [4] - 16:12, 16:17, 34:23, 41:11
**chance** [6] - 12:8, 22:15, 27:21, 44:22, 63:9, 77:12
**change** [2] - 47:11, 52:6
**changed** [1] - 51:23
**changes** [1] - 22:9
**charge** [5] - 11:21, 35:14, 69:1, 69:3, 69:4
**chart** [1] - 42:7
**charts** [6] - 28:10, 28:11, 32:23, 42:2, 42:18, 46:2
**chat** [2] - 4:17, 77:2
**cheating** [1] - 7:9
**check** [2] - 13:9, 66:15
**checked** [1] - 22:1
**checking** [1] - 39:11
**checks** [5] - 39:12, 39:15, 39:19, 40:18, 56:6
**chief** [1] - 35:19
**child** [1] - 9:10

**choice** [1] - 42:22
**choose** [1] - 77:7
**Christo** [1] - 64:5
**chunk** [1] - 30:18
**Circuit** [10] - 42:20,
43:5, 45:24, 64:5,
64:6, 67:5, 67:8,
67:9, 67:10, 67:14
**circuit** [2] - 64:7, 64:9
**circumstances** [1] -
64:15
**circumstantial** [2] -
68:1, 68:5
**citation** [1] - 67:12
**cite** [1] - 63:18
**cited** [2] - 11:23, 65:7
**citing** [1] - 67:4
**civil** [1] - 52:10
**CJA** [1] - 4:24
**CJAs** [1] - 31:3
**clarify** [1] - 43:23
**clean** [2] - 27:19,
27:22
**clear** [4] - 26:19,
37:14, 37:23, 56:14
**clerk** [3] - 69:24, 70:1,
70:4
**client** [6] - 8:13, 28:14,
35:15, 36:5, 37:15,
46:19
**clients** [2] - 28:17,
31:24
**clock** [3] - 4:18, 8:17,
8:22
**close** [6] - 16:4, 27:11,
50:14, 52:1, 53:6,
69:7
**closely** [1] - 48:22
**closer** [3] - 3:19,
23:16, 34:3
**closing** [2] - 30:9,
30:12
**cloud** [1] - 44:6
**CLOUSER** [27] - 3:13,
3:17, 3:21, 3:24,
7:17, 23:12, 23:18,
24:1, 24:23, 25:9,
25:13, 25:17, 25:23,
26:5, 26:7, 26:11,
27:8, 27:10, 27:15,
27:20, 43:11, 43:13,
43:17, 43:23, 44:2,
44:8, 46:16
**Clouser** [3] - 3:13,
3:15, 3:17
**cocounsel** [1] - 4:3
**codefendant** [1] - 73:6
**colleagues** [1] - 6:5
**colloquy** [1] - 75:25
**columns** [1] - 23:6

**comfortable** [9] -
16:10, 20:2, 20:22,
21:3, 31:7, 34:22,
45:13, 49:2, 66:12
**coming** [7] - 28:11,
32:20, 33:17, 45:3,
51:20, 56:12, 64:13
**commencing** [1] - 3:1
**commenting** [1] -
68:10
**commit** [3] - 35:6,
65:3
**communicated** [1] -
47:9
**communicating** [1] -
17:9
**community** [1] - 19:10
**companies** [6] -
39:10, 39:11, 39:14,
39:18, 39:19
**company** [2] - 39:13
**complain** [1] - 77:16
**completely** [1] - 36:20
**complying** [1] - 46:1
**composite** [5] - 25:6,
25:24, 26:11, 26:14,
28:8
**computer** [6] - 29:18,
51:7, 51:23, 52:25,
53:3, 59:10
**computers** [2] - 22:15,
40:19
**conceal** [1] - 66:4
**concealment** [1] -
67:25
**concern** [6] - 53:20,
56:16, 56:19, 63:19,
66:8, 77:22
**concerned** [7] - 36:1,
36:2, 41:8, 42:10,
61:12, 68:9, 74:17
**concluded** [1] - 77:24
**concrete** [1] - 42:11
**conduct** [1] - 65:25
**conducted** [1] - 65:25
**conference** [4] -
11:21, 69:1, 69:3,
69:4
**confessions** [1] - 35:2
**confined** [1] - 40:8
**confirm** [1] - 21:6
**confusing** [1] - 68:6
**Congress** [1] - 30:25
**cons** [2] - 76:21, 76:25
**consent** [1] - 29:21
**consequences** [1] -
9:5
**consider** [2] - 68:2,
68:4
**consist** [2] - 35:4,

72:2
**consistent** [1] - 9:4
**consolidated** [2] -
13:23, 25:1
**conspiracy** [1] - 65:16
**constant** [1] - 48:23
**consuming** [1] - 31:13
**contact** [1] - 48:23
**contain** [1] - 61:20
**contained** [1] - 63:11
**contains** [1] - 55:1
**contemperous[sic]** [1]
- 42:20
**context** [2] - 36:8,
36:11
**contingencies** [2] -
8:23, 48:19
**continue** [2] - 43:11,
69:2
**continues** [1] - 54:5
**continuing** [1] - 22:3
**control** [2] - 39:17,
66:5
**conversation** [1] -
60:24
**converse** [1] - 52:19
**conviction** [1] - 66:23
**cooperate** [1] - 58:8
**cooperating** [4] -
38:24, 53:18, 55:5,
57:16
**cooperator** [2] -
54:25, 57:19
**cooperators** [1] -
33:11
**coordinate** [1] - 8:21,
12:9
**copies** [2] - 29:14,
69:18
**copy** [4] - 13:8, 24:8,
24:13, 29:15
**correct** [28] - 9:19,
9:23, 24:16, 24:17,
24:18, 28:24, 41:5,
41:24, 49:14, 49:15,
55:8, 56:15, 57:10,
58:5, 59:23, 64:2,
64:9, 65:5, 66:21,
70:23, 71:13, 71:18,
71:19, 72:12, 72:16,
72:18, 74:7
**correctly** [1] - 5:3
**corroborates** [1] -
35:8
**counsel** [16] - 4:24,
8:5, 11:10, 11:24,
12:10, 16:13, 18:19,
44:10, 51:1, 75:24,
76:15, 76:20, 76:25,
77:3, 77:4

**counsels** [1] - 11:14
**Count** [2] - 65:15
**County** [1] - 47:18
**couple** [4] - 18:2,
22:4, 25:5, 32:23
**course** [14] - 6:12,
9:16, 13:7, 13:13,
31:9, 32:19, 42:14,
52:6, 58:16, 59:1,
60:11, 73:2, 75:19,
76:15
**COURT** [252] - 3:2,
3:9, 3:12, 3:15, 3:19,
3:23, 3:25, 4:6, 4:9,
4:17, 5:3, 5:7, 5:9,
5:12, 5:17, 5:19,
5:20, 5:24, 6:6, 6:11,
6:14, 6:23, 7:2, 7:4,
7:9, 7:10, 7:15, 7:19,
7:22, 7:25, 8:2, 8:13,
8:17, 8:21, 9:12,
9:15, 9:18, 9:21,
9:24, 10:1, 10:6,
10:16, 10:18, 10:21,
11:1, 11:8, 11:10,
11:13, 13:20, 13:24,
14:2, 14:6, 14:8,
14:13, 14:24, 15:13,
15:19, 15:24, 17:24,
18:15, 18:25, 19:6,
19:14, 19:18, 20:12,
20:15, 20:19, 20:22,
21:9, 21:15, 21:20,
21:23, 22:13, 22:25,
23:6, 23:16, 23:25,
24:5, 24:10, 24:17,
24:19, 25:7, 25:12,
25:16, 25:21, 26:1,
26:3, 26:6, 26:10,
26:13, 26:25, 27:3,
27:6, 27:9, 27:14,
27:17, 27:21, 28:2,
28:11, 28:15, 28:22,
28:25, 29:9, 30:1,
30:8, 30:22, 30:24,
31:5, 32:14, 32:17,
33:25, 34:6, 34:16,
35:8, 35:22, 35:25,
36:15, 36:21, 37:1,
37:3, 37:5, 37:13,
38:2, 38:9, 38:11,
39:2, 39:24, 40:1,
40:5, 40:21, 41:1,
41:4, 41:6, 41:10,
42:8, 42:14, 42:17,
42:21, 42:24, 43:2,
43:12, 43:16, 43:25,
44:7, 44:15, 44:17,
45:7, 45:10, 45:20,
45:23, 46:5, 46:7,

46:13, 46:24, 47:2,
47:6, 47:12, 47:16,
47:19, 47:22, 48:1,
48:5, 48:14, 48:21,
49:5, 49:12, 49:15,
49:18, 49:20, 50:10,
50:12, 51:12, 51:25,
52:8, 52:21, 54:13,
55:4, 55:7, 55:9,
55:13, 55:15, 56:5,
56:8, 56:20, 57:2,
57:9, 57:12, 57:14,
57:21, 57:25, 58:3,
58:6, 58:12, 58:17,
59:15, 59:21, 60:8,
60:10, 61:8, 61:11,
62:2, 62:11, 62:15,
62:25, 63:12, 63:14,
63:24, 64:19, 65:19,
65:21, 66:11, 66:20,
67:4, 67:9, 67:12,
67:16, 68:9, 68:19,
69:3, 69:17, 70:10,
70:17, 70:25, 71:4,
71:8, 71:14, 71:19,
72:5, 72:10, 72:13,
72:17, 72:19, 72:21,
72:25, 73:5, 73:10,
73:13, 73:19, 73:24,
74:2, 74:7, 74:10,
74:17, 75:2, 75:9,
75:12, 75:15, 75:21,
75:24, 76:6, 76:9,
76:13
**Court** [19] - 4:5, 14:21,
15:9, 22:11, 22:21,
27:23, 30:3, 30:7,
34:20, 43:4, 43:6,
47:9, 47:11, 51:15,
57:6, 64:11, 64:13,
69:24, 72:8
**court** [15] - 5:17, 5:21,
8:3, 8:10, 11:2,
22:20, 23:17, 34:1,
47:10, 50:9, 51:10,
52:2, 63:8, 63:9,
64:8
**courthouse** [1] -
21:18
**courtroom** [8] - 8:3,
8:18, 12:9, 16:21,
31:23, 48:13, 50:13,
70:2
**COURTROOM** [3] -
3:3, 73:23, 73:25
**cover** [3] - 15:14,
19:12, 19:19
**covered** [1] - 69:9
**craft** [1] - 45:12
**crazy** [2] - 47:22,

51:16
**created** [3] - 29:3,
38:25, 52:6
**creating** [1] - 29:2
**creative** [1] - 59:21
**credibility** [1] - 56:10
**creek** [1] - 74:11
**crime** [1] - 35:6
**crimes** [1] - 56:8
**criminal** [2] - 16:1,
52:10
**Cristo** [2] - 67:4, 67:8
**critical** [1] - 66:18
**cross** [18] - 31:16,
35:14, 35:18, 36:3,
36:7, 36:17, 36:21,
41:13, 45:5, 54:25,
55:22, 56:9, 60:13,
60:20, 71:7, 72:1,
72:2, 76:22
**cross-examination** [8]
- 31:16, 36:7, 36:17,
45:5, 60:13, 71:7,
72:1, 76:22
**cross-examinations**
[1] - 72:2
**cross-examine** [8] -
35:14, 35:18, 36:3,
36:21, 41:13, 54:25,
55:22, 56:9
**curfew** [2] - 46:19,
47:11
**custodian** [1] - 41:22
**cut** [2] - 31:1, 31:3
**cutis** [1] - 5:6

# D

**Dade** [1] - 47:17
**daily** [1] - 30:16
**Danielle** [2] - 6:24,
7:21
**data** [2] - 29:16, 33:9
**date** [3] - 24:4, 27:11,
60:3
**dates** [2] - 44:2, 44:10
**dating** [1] - 56:23
**Daubert** [1] - 52:14
**daughter** [1] - 56:23
**days** [5] - 49:11,
49:16, 49:18, 60:2,
74:23
**DE** [74] - 3:7, 3:11, 6:9,
6:13, 6:21, 6:24,
8:12, 11:6, 11:9,
12:17, 14:20, 15:11,
18:9, 19:4, 19:11,
19:16, 20:9, 21:6,
21:14, 21:17, 21:22,
23:5, 24:8, 26:21,

27:1, 27:24, 29:1,
29:13, 30:19, 30:23,
32:18, 34:4, 37:4,
37:6, 37:14, 38:7,
38:10, 38:13, 39:4,
39:25, 40:3, 40:9,
40:23, 41:2, 41:5,
45:15, 45:22, 45:25,
46:6, 53:7, 54:17,
55:5, 55:8, 57:11,
57:16, 57:23, 58:1,
60:11, 61:10, 62:1,
62:10, 62:14, 62:23,
64:23, 66:14, 67:19,
68:20, 69:13, 70:6,
70:14, 73:12, 74:16,
74:23, 77:23
**de** [5] - 3:7, 3:9, 11:13,
36:13, 52:18
**deal** [4] - 10:12, 22:1,
29:7, 61:24
**dealing** [1] - 34:1
**dealt** [1] - 62:16
**deceive** [1] - 61:17
**decide** [3] - 18:13,
76:10, 77:15
**decision** [15] - 9:24,
11:22, 62:21, 64:12,
64:18, 68:12, 75:19
76:11, 76:12, 76:17,
77:1, 77:3, 77:14,
77:15, 77:19
**deck** [1] - 15:7
**declared** [1] - 58:22
**defendant** [2] - 65:4,
75:19
**DEFENDANT** [1] -
8:20
**defendant's** [2] - 37:9,
38:20
**defendants** [20] -
6:19, 11:11, 12:2,
15:13, 15:15, 19:19,
21:16, 21:25, 24:13,
24:22, 27:4, 27:21,
31:7, 33:19, 35:4,
38:15, 51:5, 65:17,
71:15, 76:1
**defense** [33] - 8:7,
11:16, 11:24, 12:3,
12:10, 15:19, 20:24,
23:24, 29:21, 29:25,
32:24, 33:6, 33:12,
44:10, 45:16, 53:10,
53:13, 53:16, 53:24,
54:8, 54:20, 60:13,
62:17, 62:18, 67:1,
69:5, 69:15, 70:7,
73:2, 73:15, 75:24,
76:16, 76:19

**definitely** [2] - 21:9,
40:23
**delay** [3] - 28:19,
28:23, 74:13
**deleted** [1] - 59:12
**Delgado** [2] - 55:6,
57:18
**deliberate** [2] - 11:18,
11:19
**deludes** [1] - 61:22
**demanding** [1] - 52:10
**demonstrative** [1] -
14:14
**denial** [2] - 62:21,
62:24
**denied** [2] - 68:15,
68:16
**denies** [2] - 56:17,
59:9
**deny** [1] - 22:9
**Department** [1] - 31:1
**depositing** [3] - 66:21,
67:21, 68:3
**depth** [1] - 19:22
**DEPUTY** [3] - 3:3,
73:23, 73:25
**deputy** [4] - 12:9,
16:21, 50:13, 70:2
**derived** [1] - 66:25
**designed** [1] - 66:4
**desk** [3] - 37:8, 37:10
**desks** [1] - 37:9
**detail** [1] - 53:23
**details** [2] - 18:5, 61:7
**determination** [2] -
60:16, 63:2
**device** [2] - 4:25,
29:18
**different** [7] - 57:16,
59:18, 63:17, 72:23,
72:25, 73:3, 77:18
**difficult** [2] - 26:20,
26:21
**difficulties** [1] - 35:1
**difficulty** [2] - 44:11,
44:12
**digits** [1] - 26:25
**dire** [6] - 14:25, 15:20,
15:21, 15:23, 17:2,
18:1
**disagree** [1] - 56:4
**disclose** [1] - 71:3
**disclosed** [4] - 46:4,
70:17, 70:22, 71:5
**disclosure** [3] - 46:1,
56:22, 61:1
**disclosures** [3] - 54:6,
70:7, 70:13
**discovered** [1] - 71:25
**discovery** [8] - 24:2,

25:5, 25:19, 43:21,
43:24, 44:4, 53:12,
53:16
**discuss** [5] - 35:19,
36:3, 36:11, 36:12,
51:10
**discussed** [3] - 20:9,
29:21, 53:19
**discusses** [1] - 64:6
**discussing** [2] -
50:23, 51:22
**discussion** [1] - 19:8
**disguise** [1] - 66:4
**dishonest** [1] - 56:5
**disputed** [1] - 37:19
**distracted** [1] - 6:18
**distributed** [2] -
39:21, 39:22
**distributions** [1] -
38:23
**diverting** [2] - 66:21,
67:21
**diving** [1] - 54:19
**docket** [2] - 51:16,
69:20
**Docket** [4] - 12:24,
23:13, 26:8, 64:3
**doctored** [2] - 51:23,
53:2
**Document** [2] - 24:16,
64:3
**document** [10] -
12:13, 29:20, 51:3,
60:17, 67:7, 71:20,
71:21, 71:24
**document-heavy** [1] -
29:20
**documents** [24] -
23:23, 24:25, 26:15,
31:6, 32:9, 32:22,
33:8, 33:17, 34:19,
36:16, 37:10, 37:24,
41:20, 41:21, 42:11,
44:12, 45:19, 54:14,
56:13, 60:14, 60:19,
70:14, 71:16, 71:25
**Don** [1] - 56:21
**done** [12] - 13:2,
19:15, 29:13, 29:20,
30:20, 39:8, 41:24,
52:24, 60:19, 60:21,
62:20, 77:18
**door** [1] - 53:6
**down** [6] - 12:23,
23:16, 33:25, 51:25,
56:20, 74:3
**downtown** [2] - 49:24,
50:2
**dozens** [1] - 39:13
**Draft** [1] - 69:11

**dramatically** [1] -
22:10
**draw** [2] - 70:8, 70:15
**Dray** [3] - 4:9, 20:12,
30:1
**DRAY** [74] - 4:2, 10:9,
10:17, 10:20, 10:24,
13:16, 13:18, 13:22,
13:25, 14:4, 14:7,
14:11, 18:22, 20:13,
22:11, 22:14, 24:15,
24:18, 26:2, 27:5,
28:3, 28:13, 28:16,
28:23, 30:2, 32:1,
32:15, 34:10, 41:9,
41:19, 42:13, 42:16,
42:19, 42:22, 43:1,
43:7, 43:19, 44:6,
44:16, 45:6, 46:10,
46:15, 46:17, 46:25,
47:23, 48:25, 49:7,
51:6, 59:7, 59:16,
59:23, 60:9, 60:23,
61:9, 62:9, 63:6,
63:13, 63:19, 64:1,
65:14, 65:20, 66:10,
66:17, 66:24, 67:6,
67:10, 67:14, 68:18,
72:6, 72:12, 72:16,
73:14, 74:8, 75:4
**dray** [10] - 4:2, 10:8,
34:9, 42:9, 44:15,
63:5, 65:19, 72:5,
73:13, 75:3
**drive** [25] - 29:10,
29:17, 29:23, 29:24,
44:14, 48:1, 53:17,
53:25, 54:6, 54:7,
54:10, 54:11, 55:1,
55:19, 55:23, 56:17,
57:19, 59:10, 59:12,
59:14, 60:2, 60:14,
60:15, 60:17
**driver's** [1] - 59:19
**drives** [3] - 22:12,
47:21
**dry** [1] - 12:11
**during** [12] - 6:12,
9:16, 13:7, 17:4,
17:24, 31:9, 35:16,
52:6, 59:1, 65:10,
69:24, 76:15
**duty** [1] - 16:24

# E

**e-mail** [3] - 3:9, 11:14,
68:21
**early** [4] - 17:21, 24:1,
47:10, 47:24

**ears** [1] - 23:17
**easier** [4] - 13:5, 30:17, 31:23, 34:3
**edited** [1] - 59:12
**educational** [1] - 70:3
**edward** [2] - 7:5, 7:11
**efficient** [2] - 45:5, 45:12
**Egbufoama** [7] - 6:25, 7:1, 7:2, 7:21, 7:22, 7:23, 7:25
**EGBUFOAMA** [7] - 7:1, 7:3, 7:5, 7:11, 7:20, 7:23, 8:1
**egbufoama** [1] - 7:3
**either** [8] - 6:5, 33:10, 41:25, 45:17, 57:1, 68:15, 70:8, 75:14
**electric** [1] - 11:1
**electrical** [1] - 10:25
**elevator** [1] - 17:16
**Eleventh** [6] - 42:19, 43:5, 45:24, 64:4, 64:5, 67:8
**elicit** [1] - 16:12
**eligibility** [1] - 39:11
**elmo** [1] - 12:6
**embarrass** [1] - 16:24
**emergencies** [1] - 77:21
**Emily** [1] - 61:9
**emphasizes** [1] - 66:6
**end** [8] - 26:22, 30:11, 30:18, 44:11, 64:8, 69:4, 69:7, 74:25
**endeavor** [1] - 40:25
**enrollment** [1] - 33:9
**enter** [1] - 48:11
**entire** [2] - 32:13, 34:17
**Entry** [4] - 12:24, 23:13, 26:8, 64:4
**entry** [2] - 24:16, 67:7
**equipment** [1] - 12:10
**Ernesto** [2] - 4:4, 4:7
**especially** [3] - 30:25, 62:21, 66:18
**essentially** [2] - 13:22, 67:1
**evening** [1] - 29:6
**evidence** [28] - 32:3, 35:10, 36:10, 38:2, 38:3, 38:12, 42:3, 52:23, 53:2, 54:19, 55:19, 55:23, 56:9, 64:13, 65:17, 67:2, 67:22, 68:2, 68:3, 68:5, 68:10, 68:25, 71:9, 72:4, 72:14, 74:24, 77:10, 77:11

**evidences** [1] - 35:2
**ex** [1] - 12:1
**examination** [8] - 31:16, 36:7, 36:17, 45:5, 60:13, 71:7, 72:1, 76:22
**examinations** [1] - 72:2
**examine** [10] - 35:14, 35:18, 36:3, 36:21, 41:13, 54:25, 55:22, 56:9, 68:13, 74:11
**example** [8] - 13:19, 13:20, 32:7, 33:3, 33:19, 35:24, 38:16, 39:16
**excel** [1] - 29:16
**excellent** [1] - 73:8
**except** [2] - 29:14, 49:13
**exclude** [1] - 68:13
**excluding** [2] - 36:9, 36:10
**excuse** [1] - 14:11
**excused** [1] - 16:21
**executed** [2] - 35:23, 37:17
**exhausted** [1] - 30:18
**exhibit** [17] - 12:1, 22:2, 22:4, 23:11, 23:15, 23:20, 23:23, 24:6, 24:14, 26:6, 26:14, 26:17, 26:18, 27:12, 27:13, 44:19, 69:15
**Exhibit** [6] - 25:23, 25:24, 26:1, 26:9, 26:24, 27:10
**exhibits** [38] - 21:24, 22:12, 22:13, 22:14, 22:22, 22:25, 23:14, 23:19, 23:21, 25:1, 25:2, 25:6, 25:14, 27:18, 27:25, 28:5, 29:14, 29:15, 29:23, 30:13, 32:3, 32:20, 37:6, 41:7, 41:9, 43:8, 45:1, 45:2, 46:9, 50:19, 50:21, 50:23, 69:15, 69:18, 70:8, 70:15, 71:16, 72:22
**existed** [1] - 42:12
**expect** [10] - 20:17, 21:7, 37:22, 38:3, 51:19, 53:4, 72:2, 75:10, 75:14, 75:18
**expected** [1] - 52:13
**experience** [1] - 70:3
**experienced** [1] -

76:20
**expert** [27] - 11:16, 27:22, 42:5, 45:18, 46:1, 51:7, 51:13, 51:14, 51:19, 52:4, 52:9, 52:23, 53:4, 53:8, 53:14, 53:15, 53:21, 54:4, 54:14, 54:23, 58:23, 59:4, 59:5, 60:1, 60:18
**expert'** [1] - 52:12
**expertise** [1] - 58:24
**experts** [1] - 59:11
**explain** [7] - 17:12, 23:14, 37:22, 38:24, 40:5, 42:6, 47:6
**explanation** [2] - 18:13, 40:7
**extent** [5] - 54:3, 60:18, 65:1, 65:8, 70:7
**extra** [2] - 13:8, 24:8
**extremely** [3] - 54:1, 55:2, 55:10
**eye** [1] - 50:13

## F

**F3d** [4] - 64:5, 64:8, 67:8, 67:13
**facilitate** [1] - 32:4
**facing** [2] - 31:2, 36:14
**fact** [9] - 8:24, 15:15, 33:14, 53:14, 61:17, 63:1, 65:5, 68:2, 68:24
**fact-intensive** [1] - 68:24
**facts** [4] - 63:17, 63:18, 66:19, 68:7
**factual** [1] - 22:8
**factually** [1] - 67:23
**failure** [1] - 9:4
**fair** [2] - 25:9, 64:16
**fairly** [1] - 57:6
**false** [1] - 59:18
**familiar** [2] - 18:4, 18:11
**familiarity** [1] - 18:20
**family** [3] - 6:19, 9:8, 19:9
**fantastic** [2] - 11:10, 30:20
**far** [8] - 41:2, 41:7, 42:10, 48:3, 48:4, 56:3, 60:6, 73:23
**fashion** [1] - 53:25
**father** [2] - 7:6, 7:12
**favor** [3] - 10:21,

24:19, 33:25
**FBI** [1] - 75:7
**FDC** [1] - 57:24
**FedEx** [1] - 43:20
**Felipe** [13] - 3:4, 4:14, 8:15, 8:17, 37:15, 37:17, 37:22, 37:25, 38:1, 38:3, 38:17, 39:6, 76:13
**FELIPE** [1] - 8:20
**Felipe's** [1] - 9:10
**few** [3] - 15:23, 25:3, 32:22
**Few** [1] - 72:23
**fewer** [1] - 74:10
**figure** [3] - 20:7, 28:24, 30:6
**figured** [1] - 21:13
**file** [4] - 44:3, 63:7, 63:12, 72:8
**filed** [6] - 41:1, 63:8, 64:3, 64:4, 65:7, 67:24
**final** [3] - 11:21, 11:22, 69:4
**financial** [2] - 38:19, 65:25
**fine** [10] - 14:22, 20:17, 20:21, 23:7, 30:2, 30:6, 53:16, 58:9, 64:12, 66:14
**fingerprints** [1] - 59:17
**finish** [4] - 16:13, 16:19, 17:2, 74:15
**first** [17] - 17:25, 19:6, 21:4, 21:11, 21:18, 25:13, 26:5, 26:7, 32:10, 45:17, 45:18, 47:6, 65:22, 65:23, 67:19, 74:3, 74:24
**five** [10] - 8:24, 25:8, 40:21, 40:24, 49:16, 49:18, 61:6, 61:12, 61:18, 74:23
**flag** [5] - 54:14, 68:21, 69:14
**flagged** [2] - 62:2, 68:22
**flagging** [4] - 53:13, 54:9, 69:2, 69:16
**fleshed** [1] - 53:9
**fleshes** [1] - 65:8
**flickering** [1] - 10:11
**flicking** [1] - 10:23
**floor** [3] - 17:6, 17:7
**floors** [1] - 57:25
**flying** [1] - 70:18
**focus** [1] - 34:8
**focussed** [2] - 31:15,

62:5
**folks** [2] - 35:5, 36:4
**follow** [1] - 19:22
**following** [1] - 17:13
**force** [1] - 55:17
**forensic** [6] - 51:7, 52:12, 53:8, 54:19, 59:10, 60:1
**foresee** [1] - 42:1
**forge** [1] - 59:18
**forgery** [1] - 55:20
**forging** [1] - 56:5
**form** [2] - 17:21, 17:22
**formal** [1] - 51:2
**formally** [1] - 24:25
**format** [2] - 69:20, 69:22
**former** [2] - 11:5, 61:9
**forms** [1] - 33:9
**formulate** [1] - 19:24
**forth** [2] - 31:12, 50:15
**forward** [1] - 73:19
**foundation** [2] - 31:9, 51:3
**foundational** [1] - 63:3
**four** [2] - 24:25, 25:15
**fraud** [3] - 44:5, 65:3, 65:15
**free** [1] - 48:18
**freeze** [1] - 76:23
**frequently** [1] - 14:3
**fresh** [1] - 76:7
**Friday** [2] - 62:8, 68:14
**front** [2] - 8:4, 16:25
**full** [8] - 18:16, 20:3, 21:16, 36:4, 40:25, 56:22, 70:1, 70:3
**full-time** [1] - 40:25
**fuller** [1] - 11:22
**fully** [1] - 62:2
**funds** [3] - 66:22, 67:21, 68:3

## G

**gaps** [1] - 23:20
**garage** [1] - 48:6
**gathered** [1] - 12:1
**Gayles** [2] - 57:9, 58:6
**geared** [2] - 65:9, 65:12
**general** [1] - 19:12
**generous** [1] - 16:17
**giant** [1] - 61:4
**given** [12] - 12:18, 14:22, 15:20, 16:3, 16:5, 17:25, 18:2, 34:9, 41:1, 54:6,

72:11, 72:15
**glasses** [1] - 23:8
**gleaned** [1] - 72:3
**gnashing** [1] - 50:4
**goat** [2] - 7:5, 7:11
**God** [2] - 59:21, 74:11
**GONZALEZ** [55] -
4:12, 8:15, 9:9, 9:13,
9:17, 9:20, 9:23,
9:25, 10:4, 17:19,
18:23, 20:16, 34:25,
35:10, 35:24, 36:2,
36:20, 36:23, 37:2,
45:8, 49:9, 49:13,
49:16, 49:19, 50:6,
50:11, 51:9, 51:13,
52:4, 52:16, 52:22,
55:10, 55:14, 55:16,
56:7, 56:15, 56:24,
57:5, 58:4, 58:10,
58:16, 70:12, 70:16,
70:23, 71:2, 71:6,
71:13, 71:18, 71:23,
72:18, 73:15, 74:6,
75:10, 75:13, 75:16
**Gonzalez** [12] - 4:13,
8:14, 9:5, 13:2,
20:15, 41:12, 51:25,
55:6, 55:13, 57:18,
70:21, 75:9
**Gonzalez's** [1] - 37:14
**Gonzalez-Delgado** [1]
- 55:6
**government** [2] -
14:12, 33:2
**Government** [54] -
3:6, 3:14, 6:7, 12:8,
12:16, 18:1, 19:1,
20:22, 20:25, 21:25,
22:16, 23:1, 24:20,
26:15, 30:15, 30:25,
32:5, 34:19, 35:17,
41:14, 44:4, 45:10,
46:11, 46:21, 53:2,
54:5, 55:23, 56:1,
56:4, 56:22, 61:1,
61:13, 61:14, 62:6,
62:7, 62:19, 64:20,
66:6, 66:12, 69:5,
69:22, 71:15, 71:21,
71:24, 72:4, 72:6,
75:6, 76:3, 76:5,
76:14, 77:9
**Government's** [15] -
8:10, 12:4, 12:24,
22:2, 23:10, 26:24,
35:4, 51:18, 53:18,
54:11, 55:1, 67:17,
77:11, 77:13

**government's** [3] -
11:14, 32:14, 76:9
**grants** [1] - 28:9
**great** [2] - 8:8, 11:6
**group** [1] - 74:12
**guess** [5] - 5:8, 19:16,
31:1, 41:10, 60:24
**guilt** [1] - 64:18
**guilty** [1] - 65:4
**Gurskis** [4] - 11:6,
53:22, 61:9, 61:10
**guy** [1] - 56:16
**guys** [1] - 60:6

## H

**habitual** [1] - 4:22
**Hamdi** [7] - 10:21,
12:1, 12:5, 12:13,
14:15, 24:5, 73:19
**hand** [3] - 12:22, 23:8,
77:9
**handed** [2] - 22:12,
22:22
**handful** [4] - 23:22,
24:2, 25:17, 25:18
**hands** [1] - 17:1
**handwriting** [1] -
69:21
**happier** [1] - 49:24
**happy** [9] - 13:6,
14:18, 14:20, 18:12,
29:24, 43:11, 45:15,
49:5, 49:25
**hard** [13] - 30:21,
53:17, 53:25, 54:6,
54:7, 54:10, 54:11,
55:1, 55:19, 55:22,
56:17, 57:19, 61:20
**hauling** [1] - 50:15
**hazmat** [1] - 57:4
**head's** [1] - 77:6
**heading** [1] - 13:24
**health** [4] - 19:11,
19:13, 19:14, 39:10
**healthcare** [2] - 65:3,
65:15
**hear** [6] - 3:16, 6:2,
7:20, 8:18, 34:7,
54:20
**heard** [5] - 13:9, 42:8,
54:15, 58:22, 58:24
**hearing** [3] - 31:21,
41:11, 44:24
**heavens** [1] - 70:18
**heavy** [3] - 29:20,
30:19, 49:22
**help** [13] - 5:3, 7:19,
9:13, 12:16, 24:22,
27:3, 36:15, 52:2,

54:23, 58:25, 74:3,
77:8
**helped** [1] - 35:5
**helping** [3] - 51:24,
52:23, 54:20
**helps** [5] - 5:13, 20:7,
63:14
**hiding** [1] - 55:23
**hint** [2] - 52:11, 57:3
**hold** [1] - 16:9
**home** [5] - 19:11,
19:13, 19:14, 24:10,
39:10
**Honor** [90] - 3:7, 3:11,
3:13, 4:2, 4:12, 4:23,
5:5, 5:15, 6:9, 6:21,
7:17, 8:12, 10:9,
10:17, 11:6, 12:17,
13:16, 14:20, 14:21,
15:12, 15:17, 18:12,
18:13, 18:22, 18:23,
18:24, 20:10, 20:13,
20:20, 21:6, 21:7,
21:17, 22:11, 23:5,
23:12, 23:18, 24:8,
24:23, 26:21, 27:20,
28:9, 29:1, 29:25,
31:4, 32:18, 33:2,
34:4, 34:10, 37:4,
38:7, 39:5, 41:5,
41:19, 42:16, 43:7,
43:11, 45:15, 45:22,
45:25, 46:12, 46:16,
48:20, 49:7, 49:9,
53:7, 53:19, 53:23,
57:11, 58:2, 60:11,
62:1, 62:9, 62:14,
63:6, 64:23, 66:14,
67:14, 68:20, 68:22,
69:13, 70:6, 72:20,
72:22, 73:9, 73:12,
73:14, 73:18, 74:16,
75:18, 77:23
**hop** [1] - 48:6
**hope** [3] - 5:2, 21:22,
58:20
**hoped** [1] - 5:25
**hopefully** [6] - 20:1,
57:25, 62:3, 74:2,
75:6, 77:21
**hoping** [2] - 46:22,
56:24
**hours** [1] - 63:8
**house** [3] - 46:20,
48:8, 48:9
**huddle** [1] - 31:24
**human** [1] - 61:21
**hundreds** [8] - 24:25,
25:7, 25:8, 25:10,
25:15

**husband** [1] - 8:3
**hypothetical** [1] -
33:23

## I

**i.e** [1] - 56:5
**ideas** [1] - 18:19
**identified** [4] - 52:17,
52:25, 53:9, 60:14
**identify** [6] - 16:18,
18:2, 25:21, 31:19,
54:23
**identity** [1] - 68:23
**ignorance** [2] - 11:18,
11:19
**illustrative** [1] - 14:13
**imagination** [1] -
58:18
**imagine** [2] - 33:4,
54:17
**immediately** [2] - 5:2,
52:18
**immensely** [1] - 7:19
**impeach** [2] - 71:8,
71:10
**impeachment** [7] -
54:10, 54:15, 55:3,
56:13, 60:5, 71:12,
75:5
**important** [2] - 46:18,
60:19
**impressed** [1] - 62:19
**impression** [1] - 58:13
**impropriety** [1] -
17:14
**in-depth** [1] - 19:22
**inadmissible** [1] -
54:12
**incarcerated** [1] -
57:23
**included** [3] - 25:4,
25:19, 68:23
**includes** [1] - 26:11
**including** [1] - 38:15
**inconsistent** [1] - 65:5
**incorporate** [1] - 23:3
**incredible** [1] - 55:24
**indicate** [1] - 24:20
**indicted** [1] - 57:17
**indictment** [4] - 57:17,
57:18, 57:20, 58:7
**individual** [2] - 26:15,
59:21
**individually** [1] - 77:2
**individuals** [3] -
13:12, 16:19, 16:25
**infer** [1] - 68:5
**information** [21] -
12:25, 16:12, 18:5,

20:1, 53:13, 54:1,
54:2, 54:9, 54:22,
54:24, 54:25, 55:2,
55:3, 55:4, 55:17,
60:25, 61:4, 64:18,
65:6, 72:2
**informative** [1] - 59:9
**informed** [2] - 43:24,
44:10
**infusion** [1] - 38:19
**initial** [1] - 68:12
**innocence** [1] - 64:18
**inquiry** [1] - 68:25
**inside** [1] - 55:17
**inspect** [3] - 27:24,
28:3, 29:5
**instance** [2] - 35:12,
53:1
**instances** [1] - 47:10
**instruct** [2] - 15:4,
30:9
**instruction** [12] -
14:18, 14:21, 17:20,
46:8, 46:13, 51:4,
65:6, 65:10, 66:9,
66:15, 67:20, 68:23
**instructions** [12] -
11:15, 11:17, 14:17,
14:25, 17:13, 58:14,
62:15, 63:20, 64:16,
68:21, 69:10
**instrumental** [1] -
59:8
**insufficient** [1] - 66:22
**intend** [4] - 22:22,
54:10, 69:18, 71:15
**intensive** [2] - 63:2,
68:24
**intent** [7] - 61:17,
65:1, 65:2, 65:3,
65:8, 67:20, 68:5
**intentional** [1] - 61:16
**interesting** [1] - 55:11
**interpret** [1] - 15:6
**interpreter** [5] - 8:18,
15:4, 15:5, 15:8,
15:16
**INTERPRETER** [2] -
5:15, 5:22
**interpreters** [3] -
11:16, 14:17, 50:18
**interview** [1] - 72:3
**introduce** [13] - 6:14,
6:16, 6:20, 22:22,
28:7, 32:8, 32:11,
32:12, 34:12, 36:24,
37:6, 41:15, 71:15
**introduced** [1] - 50:21
**introduces** [1] - 41:14
**introducing** [3] -

41:20, 71:20, 72:14
**investigation** [2] - 35:13, 35:16
**investigative** [1] - 54:21
**investigator** [2] - 53:12, 56:12
**invite** [1] - 56:21
**involved** [3] - 36:6, 40:24, 66:2
**irrelevant** [1] - 54:2
**islands** [1] - 5:11
**issue** [15] - 19:12, 31:19, 34:21, 35:16, 36:24, 44:17, 47:4, 52:5, 52:6, 54:19, 56:4, 57:6, 62:3, 69:14, 70:11
**issues** [10] - 31:20, 35:20, 36:13, 36:23, 45:23, 52:25, 53:4, 55:22, 63:1, 69:9
**items** [1] - 61:12
**itself** [1] - 42:7

## J

**Jamie** [1] - 3:7
**Jenny** [1] - 9:9
**Jesus** [4] - 3:4, 4:3, 4:4, 4:8
**job** [9] - 8:8, 16:6, 19:25, 32:25, 34:8, 39:12, 40:21, 40:24, 62:20
**joined** [3] - 3:17, 3:21, 4:3
**joint** [1] - 12:19
**jokes** [1] - 11:4
**Jones** [2] - 6:22, 6:23
**Juan** [2] - 4:13, 56:21
**judge** [22] - 9:25, 10:11, 10:14, 24:15, 28:3, 32:1, 34:25, 41:9, 42:19, 43:19, 44:18, 46:17, 50:6, 51:9, 57:9, 58:6, 60:23, 64:2, 65:14, 66:17, 66:24, 75:10
**Judge** [52] - 4:11, 4:15, 5:19, 6:13, 8:15, 9:14, 9:17, 10:5, 10:25, 14:11, 20:17, 27:5, 28:18, 30:2, 30:6, 42:22, 43:1, 44:6, 44:16, 45:6, 46:6, 46:10, 47:23, 47:25, 48:4, 48:25, 49:19, 51:6, 52:16, 53:6, 55:14,

57:8, 58:4, 59:23, 62:21, 63:19, 64:14, 66:10, 67:1, 67:6, 67:7, 68:18, 70:23, 71:3, 71:13, 72:12, 72:16, 72:18, 73:16, 74:8, 75:4, 76:4
**judge's** [1] - 70:4
**judges** [2] - 43:2, 73:22
**judgment** [1] - 21:20
**judiciary** [1] - 31:2
**jump** [1] - 49:23
**juror** [1] - 17:18
**jurors** [8] - 12:22, 14:4, 16:3, 16:22, 17:9, 17:10, 18:17, 23:9
**jury** [49] - 4:19, 6:15, 6:17, 9:1, 9:2, 11:15, 11:16, 11:17, 13:7, 16:24, 17:5, 17:12, 18:14, 20:4, 20:8, 21:10, 27:18, 29:2, 29:3, 29:4, 29:10, 29:18, 29:22, 29:25, 30:9, 30:13, 31:13, 31:23, 36:4, 36:8, 37:23, 49:23, 49:24, 49:25, 50:2, 59:9, 62:12, 62:15, 63:19, 64:16, 64:17, 65:2, 68:2, 68:4, 68:21, 73:2, 74:12, 74:14
**Justice** [1] - 31:2
**justifies** [1] - 16:12
**justify** [2] - 35:25, 58:22

## K

**Karel** [1] - 3:4, 4:13
**keep** [9] - 8:4, 14:8, 14:13, 31:14, 49:25, 50:9, 50:13, 50:16, 77:4
**Keith** [1] - 3:13
**key** [1] - 60:14
**kind** [9] - 30:16, 34:14, 36:8, 36:13, 36:17, 44:25, 46:18, 53:2, 59:17, 61:3, 66:2
**kinds** [1] - 63:1
**knowing** [4] - 49:11, 61:16, 66:1, 66:3
**knowingly** [1] - 65:25
**knowings** [1] - 66:7
**knowledge** [2] - 18:16, 58:11

**knows** [6] - 14:4, 16:5, 22:11, 33:12, 48:22, 72:9

## L

**lady** [1] - 9:7
**landmarks** [1] - 18:10
**language** [5] - 14:23, 15:5, 19:21, 64:6, 64:15
**laptop** [3] - 27:19, 27:24, 29:10
**large** [3] - 53:25, 54:22, 55:1
**largely** [1] - 54:1
**last** [12] - 3:10, 5:4, 6:25, 20:9, 24:16, 26:25, 32:3, 33:5, 41:17, 44:11, 67:25, 68:22
**late** [1] - 45:17
**laughing** [1] - 11:3
**laundering** [10] - 11:17, 63:22, 65:3, 65:4, 65:9, 65:16, 66:23, 67:25, 68:1, 68:6
**launders** [1] - 39:21
**law** [8] - 62:17, 64:2, 64:10, 65:6, 65:10, 66:21, 68:7, 70:1
**lawyer** [3] - 43:6, 51:14, 77:16
**lawyers** [4] - 8:6, 17:23, 18:15, 43:3
**lay** [1] - 63:3
**laying** [2] - 31:9, 51:3
**lead** [1] - 13:4
**leap** [1] - 56:25
**learn** [1] - 12:11
**learning** [1] - 70:1
**lease** [2] - 33:18, 43:17
**leased** [2] - 40:13, 43:18
**least** [9] - 21:13, 29:24, 30:12, 32:19, 33:20, 39:8, 48:10, 52:11, 54:9
**leave** [7] - 46:19, 46:22, 47:1, 47:10, 48:8, 49:3, 60:10
**leaves** [3] - 47:17, 48:9, 48:10
**leaving** [1] - 41:7
**left** [5] - 8:16, 10:18, 23:20, 37:11, 37:12
**legit** [1] - 59:22
**length** [1] - 16:5

**less** [3] - 20:14, 75:16, 75:17
**letting** [2] - 22:21, 65:11
**licenses** [1] - 59:19
**life** [3] - 55:7, 55:10, 56:21
**lifting** [1] - 30:19
**light** [2] - 4:5, 10:10
**lights** [1] - 10:23
**limine** [5] - 22:9, 22:21, 31:12, 46:4, 64:14
**limited** [1] - 69:25
**line** [1] - 72:10
**lines** [1] - 63:22
**list** [29] - 12:1, 12:2, 12:4, 12:20, 12:22, 12:25, 13:11, 13:18, 13:23, 18:3, 18:12, 22:2, 23:3, 23:11, 23:15, 23:20, 23:23, 24:6, 24:14, 24:21, 24:24, 25:14, 26:6, 27:12, 27:13, 34:17, 34:19, 45:1
**listen** [1] - 77:12
**listening** [1] - 4:25
**lists** [2] - 12:4, 69:15
**litigation** [1] - 42:3
**live** [3] - 18:17, 46:24, 47:16
**lives** [1] - 48:7
**living** [1] - 38:5
**loaded** [1] - 59:11
**located** [1] - 25:23
**location** [2] - 25:6, 66:5
**locations** [1] - 18:4
**locus** [1] - 39:7
**look** [13] - 12:12, 12:23, 16:13, 22:15, 22:19, 22:25, 23:10, 26:4, 29:10, 30:14, 45:3, 65:21, 73:19
**looked** [3] - 24:5, 41:17, 69:8
**looking** [11] - 7:9, 10:10, 23:11, 23:13, 24:11, 26:3, 26:7, 26:18, 31:20, 32:6, 61:14
**looks** [2] - 12:5, 25:13
**lopez** [1] - 9:9
**lousy** [1] - 77:8
**lovely** [2] - 6:7, 9:7
**lowest** [1] - 34:1
**lunch** [2] - 21:10, 29:6

## M

**M-c** [1] - 67:11
**magic** [1] - 16:23
**magnifying** [1] - 23:8
**mail** [3] - 3:9, 11:14, 68:21
**main** [1] - 51:18
**maintenance** [1] - 10:22
**major** [1] - 58:19
**man's** [2] - 55:17, 56:21
**married** [1] - 14:23
**massive** [1] - 29:16
**masters** [1] - 45:12
**material** [2] - 50:7, 53:24
**materials** [1] - 59:10
**matter** [4] - 35:21, 36:9, 36:10, 52:9
**matters** [1] - 68:20
**Mauricio** [1] - 4:24
**McGahee** [2] - 64:7, 67:11
**mean** [16] - 10:5, 21:25, 24:6, 29:11, 30:6, 36:17, 37:2, 48:21, 51:21, 51:22, 56:9, 57:1, 59:3, 59:16, 70:18, 77:13
**meaning** [2] - 25:7, 71:19
**means** [3] - 17:15, 31:14, 39:20
**mechanic** [1] - 21:4
**mechanics** [1] - 29:11
**Medicare** [14] - 19:7, 19:8, 19:9, 29:16, 33:8, 33:9, 39:9, 40:19, 41:19, 41:21, 41:22, 42:12, 45:18
**Medina** [5] - 4:4, 4:7, 4:9, 72:19, 73:13
**MEDINA** [11] - 4:7, 4:11, 47:4, 47:8, 47:15, 47:17, 47:21, 48:3, 48:9, 48:20, 72:20
**meeting** [2] - 40:10, 40:17
**members** [2] - 6:16, 6:19
**memo** [1] - 24:7
**memorandum** [3] - 11:19, 61:6, 62:17
**mention** [1] - 27:2
**mentioned** [8] - 12:18, 12:21, 18:14, 23:2, 43:8, 49:11, 55:25,

63:20
**merely** [3] - 54:20, 66:21, 67:21
**mess** [1] - 8:8
**metro** [1] - 47:17
**Miami** [2] - 18:7, 39:8
**microphone** [8] - 3:20, 6:2, 7:18, 23:17, 34:3, 52:1, 52:3, 70:25
**middle** [4] - 44:23, 49:21, 51:17, 63:23
**might** [7] - 9:5, 19:12, 22:7, 54:9, 54:24, 69:9, 70:21
**mind** [4] - 16:8, 59:22, 61:21, 77:4
**mine** [1] - 74:3
**mini** [1] - 31:22
**minute** [1] - 27:16
**minutes** [12] - 4:14, 8:25, 15:23, 17:3, 20:2, 20:10, 20:17, 20:18, 20:20, 21:13, 21:16, 49:22
**miracle** [3] - 21:9, 21:22, 58:19
**miracles** [1] - 21:21
**mispronounce** [1] - 6:25
**misrepresentation** [1] - 61:17
**missing** [1] - 4:22
**misstatement** [1] - 65:1
**moment** [1] - 4:16
**Monday** [15] - 10:6, 10:7, 20:4, 45:17, 47:13, 49:13, 50:4, 73:19, 73:22, 74:15, 74:25, 77:20
**money** [14] - 11:17, 39:21, 55:24, 63:21, 65:3, 65:4, 65:9, 65:16, 66:1, 66:5, 66:23, 67:25, 68:1, 68:5
**monitor** [2] - 47:23, 48:12
**monitoring** [1] - 39:9
**month** [1] - 28:4
**months** [1] - 11:9
**morning** [19] - 3:7, 3:13, 4:1, 4:2, 4:12, 4:23, 5:16, 5:17, 7:20, 17:11, 20:5, 30:12, 31:15, 34:15, 47:13, 48:2, 50:4, 63:8, 74:25
**mornings** [1] - 29:6

**most** [5] - 10:12, 35:10, 49:11, 54:7, 58:10
**mother** [3] - 7:7, 7:13, 9:10
**motion** [6] - 22:9, 28:9, 46:4, 62:22, 62:24, 68:14
**motions** [3] - 22:20, 31:12, 64:14
**motives** [1] - 58:17
**moved** [1] - 59:12
**movement** [1] - 39:1
**MS** [6] - 7:1, 7:3, 7:5, 7:11, 7:20, 8:1
**multiple** [1] - 33:13
**music** [1] - 23:17
**must** [4] - 15:5, 65:2, 66:6, 76:18

## N

**name** [9] - 3:6, 3:16, 5:4, 5:20, 6:25, 7:20, 8:8, 12:20, 51:7
**names** [4] - 3:5, 12:23, 23:2, 59:19
**nature** [4] - 33:19, 35:3, 51:24, 53:3, 55:12, 66:4
**near** [1] - 41:24
**necessary** [1] - 60:5
**need** [37] - 4:19, 6:19, 8:21, 8:25, 9:1, 9:3, 9:24, 11:15, 12:24, 13:14, 14:9, 16:9, 16:25, 17:5, 17:8, 18:2, 18:4, 18:13, 18:14, 18:25, 19:1, 24:13, 28:3, 34:4, 47:12, 49:21, 51:24, 52:11, 53:8, 53:9, 53:11, 56:11, 62:7, 74:7, 74:17, 76:24, 77:21
**needed** [1] - 30:4
**needs** [8] - 12:14, 15:6, 34:23, 47:14, 48:22, 52:20, 69:21
**negotiate** [1] - 30:24
**neighborhood** [1] - 4:15
**neighborhoods** [1] - 18:11
**nervous** [1] - 76:24
**never** [2] - 17:8, 48:25
**new** [14] - 22:12, 22:13, 22:17, 24:24, 25:17, 43:8, 43:20, 46:1, 61:7, 62:22,

62:24, 68:14, 69:1, 71:25
**newer** [1] - 64:7
**next** [7] - 18:17, 19:24, 20:5, 37:12, 39:13, 45:2, 73:7
**nice** [1] - 11:3
**Nicole** [1] - 6:22
**night** [9] - 3:10, 24:16, 29:1, 30:21, 32:19, 34:10, 37:11, 67:25, 68:22
**nine** [2] - 40:21, 40:24
**nine-to-five** [2] - 40:21, 40:24
**nobody** [1] - 50:14
**nominee** [1] - 39:17
**none** [1] - 72:23
**note** [3] - 15:8, 46:2, 70:6
**notes** [5] - 16:14, 19:23, 38:22, 38:24, 52:20
**nothing** [8] - 44:24, 61:7, 69:1, 70:21, 71:24, 73:12, 73:15, 73:17
**notice** [4] - 10:10, 15:19, 23:1, 63:20
**number** [14] - 3:3, 11:14, 12:18, 16:4, 18:1, 23:19, 26:2, 26:25, 40:24, 62:16, 63:18, 67:22, 67:24, 74:4
**Number** [1] - 69:11
**numbered** [1] - 25:15
**numbering** [1] - 23:21
**numbers** [4] - 24:20, 24:24, 26:23, 32:6
**nutshell** [1] - 64:25

## O

**object** [6] - 28:16, 34:13, 35:11, 42:3, 68:24, 69:2
**objected** [1] - 28:12
**objection** [15] - 22:3, 22:6, 31:21, 32:9, 32:24, 33:5, 33:7, 33:23, 42:1, 42:7, 42:17, 42:20, 44:21, 46:21
**objectionable** [1] - 33:24
**objections** [2] - 31:11, 34:18
**obtaining** [1] - 44:12
**obvious** [1] - 57:6

62:24, 68:14, 69:1, 71:25
**obviously** [1] - 55:21
**October** [1] - 57:15
**offenses** [1] - 65:15
**offered** [2] - 53:15, 54:4
**offering** [1] - 52:13
**office** [8] - 6:8, 37:7, 38:22, 39:22, 40:16, 40:20, 61:2
**officer** [11] - 15:9, 47:2, 47:3, 47:5, 48:15, 48:16, 48:17, 48:21, 48:24, 49:6
**officers** [2] - 27:23, 34:20
**offices** [2] - 39:2, 39:3
**old** [2] - 8:6, 11:9
**once** [8] - 10:1, 10:4, 17:5, 21:1, 30:8, 50:20, 64:13, 76:14
**one** [60] - 6:5, 7:10, 7:16, 8:4, 10:14, 10:16, 10:17, 10:18, 11:5, 13:4, 13:5, 14:4, 14:25, 15:19, 16:7, 18:18, 20:2, 21:8, 22:25, 23:6, 23:7, 23:11, 23:12, 24:15, 24:17, 25:8, 25:10, 25:21, 26:15, 29:22, 29:23, 32:18, 33:10, 33:15, 33:16, 33:19, 34:25, 37:9, 37:16, 38:14, 39:12, 40:12, 40:14, 40:18, 46:9, 46:11, 46:17, 53:18, 53:20, 55:18, 59:7, 61:4, 63:15, 64:1, 67:22, 68:2, 68:20, 75:13, 77:2
**one's** [2] - 65:15, 65:16
**ones** [5] - 31:11, 63:24, 63:25, 73:24
**open** [3] - 31:23, 39:18
**opening** [5] - 20:5, 20:7, 21:11, 21:12, 21:13
**operate** [1] - 69:24
**operating** [3] - 18:6, 22:9, 24:10
**opinion** [4] - 17:21, 52:13, 59:8, 62:23
**opinions** [1] - 62:21
**opportunity** [1] - 62:6
**opposed** [2] - 28:21, 60:21
**opposing** [1] - 16:14
**orange** [2] - 7:7, 7:13

**order** [7] - 22:17, 28:18, 35:19, 49:2, 58:1, 65:4, 73:11
**ordinarily** [1] - 69:17
**ordinary** [1] - 42:14
**organization** [1] - 37:18
**organized** [3] - 45:4, 70:20
**original** [3] - 11:21, 24:21, 58:7
**originally** [1] - 5:11
**Orlando** [1] - 18:7
**otherwise** [1] - 59:2
**ourselves** [1] - 27:2
**outlining** [1] - 61:6
**overnight** [1] - 30:14
**overtime** [1] - 40:22
**own** [4] - 15:6, 26:16, 71:25, 76:16
**owners** [1] - 39:17
**ownership** [1] - 66:5

## P

**p.m** [1] - 77:24
**page** [10] - 23:7, 26:3, 26:7, 26:8, 43:8, 51:4, 61:6, 63:21, 63:23
**pages** [4] - 13:11, 22:4, 24:18, 28:12
**paid** [5] - 38:5, 38:7, 38:15, 38:17, 38:18
**panel** [2] - 16:23, 74:18
**paper** [7] - 13:10, 13:12, 24:11, 29:14, 29:15, 29:23, 32:6
**paragraph** [2] - 65:22, 67:19
**paralegal** [2] - 3:18, 3:22
**paralegals** [2] - 6:10, 30:20
**parameters** [1] - 32:2
**pardon** [1] - 55:14
**paren** [4] - 65:23, 65:24, 66:1
**park** [2] - 48:6, 48:11
**parking** [2] - 40:10, 48:6
**part** [2] - 66:20, 70:3
**parte** [1] - 12:2
**participate** [1] - 16:9
**particular** [4] - 36:19, 62:4, 67:25, 72:1
**particularly** [1] - 19:19
**parties** [8] - 12:3, 15:23, 16:15, 16:18,

31:6, 50:22, 50:23, 74:18
**party** [1] - 20:10
**passed** [2] - 51:17, 59:6
**patient** [1] - 39:11
**Patrick** [1] - 4:2
**pattern** [2] - 66:15, 68:2
**payment** [2] - 19:4, 38:11
**people** [13] - 12:18, 18:10, 19:14, 19:21, 38:14, 39:15, 39:17, 40:24, 41:16, 61:19, 74:10, 76:23
**people's** [1] - 59:19
**per** [1] - 20:10
**percent** [3] - 31:3, 32:13, 50:8
**percentage** [1] - 38:17
**peremptories** [1] - 20:24
**perfect** [1] - 15:11
**perform** [1] - 16:11
**perhaps** [1] - 69:16
**person** [9] - 14:5, 18:20, 20:6, 36:1, 36:18, 36:22, 41:22, 47:6, 77:10
**personal** [6] - 54:1, 55:2, 55:4, 55:7, 55:10, 66:22
**persons** [1] - 41:15
**perspective** [5] - 12:22, 15:12, 17:9, 18:16, 23:9
**pertain** [5] - 28:13, 37:21, 37:24, 38:1
**phone** [1] - 51:8
**photo** [4] - 25:6, 26:18, 33:16, 37:8
**photographs** [2] - 35:8, 36:19
**photos** [17] - 25:3, 25:5, 25:14, 25:18, 25:24, 26:12, 26:13, 26:23, 27:6, 27:8, 33:9, 36:18, 37:15, 37:21, 37:25, 41:15, 41:16
**phrased** [1] - 70:9
**physical** [1] - 29:14
**pick** [3] - 20:4, 74:3, 74:14
**picking** [1] - 73:22
**picture** [2] - 18:16, 36:6
**picture's** [1] - 14:9
**pictures** [1] - 36:24

**piece** [2] - 32:6, 37:20
**pieces** [2] - 13:10, 13:11
**pig** [1] - 56:20
**place** [5] - 17:8, 40:12, 40:17, 58:1, 73:4
**placed** [2] - 59:10, 60:2
**plainly** [1] - 72:6
**plan** [10] - 22:20, 28:25, 37:3, 37:6, 41:20, 50:20, 56:14, 59:3, 63:3, 72:10
**planned** [2] - 28:21, 58:8
**planning** [2] - 29:9, 72:14
**plaque** [1] - 8:4
**platform** [2] - 44:6, 44:13
**player** [1] - 29:17
**plea** [1] - 72:8
**plug** [1] - 29:18
**plus** [1] - 20:24
**podium** [1] - 32:10
**point** [2] - 46:18, 75:20
**points** [1] - 40:10
**police** [1] - 30:15
**policing** [1] - 27:2
**politeness** [1] - 71:9
**popped** [1] - 61:5
**portion** [1] - 40:14
**position** [6] - 42:4, 51:5, 64:21, 64:25, 67:17, 69:8
**possible** [2] - 18:17, 31:8
**possibly** [2] - 59:8, 75:14
**potential** [7] - 12:20, 12:25, 13:12, 13:23, 16:3, 16:21, 69:9
**potentially** [2] - 13:25, 59:7
**powerful** [1] - 61:21
**practicing** [1] - 55:20, 59:17
**pre** [5] - 31:7, 31:18, 32:3, 36:16
**pre-admit** [3] - 31:7, 31:18
**pre-admitting** [2] - 32:3, 36:16
**preconceived** [1] - 18:19
**prediction** [1] - 20:17
**prefer** [1] - 47:11
**preliminary** [1] - 14:25
**premises** [1] - 33:10

**prepare** [2] - 18:12, 23:4
**prepared** [2] - 42:12, 62:7
**prerogative** [1] - 68:11
**present** [3] - 4:4, 33:13, 35:17
**preserve** [4] - 22:3, 42:18, 42:24, 44:20
**preserved** [1] - 22:5
**presume** [4] - 15:13, 38:5, 40:22, 70:10
**pretrial** [3] - 47:3, 48:24, 49:6
**pretty** [3] - 16:17, 36:12, 61:2
**prevents** [1] - 36:16
**preview** [1] - 16:2
**previous** [1] - 57:18
**previously** [11] - 25:2, 25:19, 27:13, 33:5, 43:24, 44:21, 46:3, 57:19, 64:3, 71:5, 71:16
**primarily** [2] - 8:7, 39:11
**principle** [3] - 32:1, 33:21, 33:22
**print** [2] - 24:12, 63:9
**printed** [1] - 24:15
**private** [1] - 17:2
**probation** [8] - 47:2, 47:5, 48:15, 48:16, 48:17, 48:21, 49:1
**problem** [10] - 10:13, 15:8, 15:15, 28:4, 29:8, 35:11, 36:8, 44:18, 49:1, 62:11
**problems** [2] - 29:12, 74:19
**procedure** [1] - 34:22
**Proceedings** [2] - 3:1, 77:24
**proceeds** [1] - 66:2
**process** [3] - 31:9, 51:3, 54:21
**produce** [5] - 12:5, 13:5, 43:14, 44:4, 53:2
**produced** [9] - 23:24, 23:25, 24:1, 24:3, 25:2, 25:4, 25:19, 27:11, 44:3
**product** [1] - 34:2
**production** [1] - 43:20
**productions** [1] - 44:9
**proffered** [1] - 34:20
**proffers** [1] - 72:8
**program** [1] - 59:18
**pronounce** [1] - 5:3

**pronounced** [1] - 7:23
**proper** [2] - 36:8, 36:11
**properly** [3] - 35:18, 51:16, 63:16
**property** [3] - 55:24, 66:1, 66:6
**propose** [1] - 14:24
**proposed** [4] - 11:15, 14:17, 51:4, 66:8
**proposition** [1] - 63:17
**pros** [2] - 76:21, 76:25
**prosecutor** [4] - 43:8, 61:9, 61:10, 63:21
**prove** [2] - 56:18, 66:7
**proven** [1] - 68:1
**proves** [1] - 55:23
**provide** [3] - 27:19, 48:19, 77:10
**provided** [6] - 35:25, 43:23, 43:25, 44:3, 45:25, 72:9
**providing** [1] - 29:9
**provisionally** [1] - 68:23
**pull** [1] - 70:25
**Pullen** [1] - 51:8
**pullen** [13] - 11:16, 51:5, 52:19, 53:11, 53:20, 54:3, 54:7, 54:14, 54:18, 56:11, 58:21, 60:1, 60:15
**Puntillo** [3] - 3:18, 3:22, 3:23
**purposes** [2] - 16:7, 76:4
**put** [15] - 12:6, 19:1, 25:1, 50:12, 56:18, 59:25, 60:16, 60:17, 63:22, 65:22, 74:21, 74:24, 75:3, 75:11, 76:16
**puts** [1] - 69:5
**putting** [3] - 32:22, 53:20, 59:3

### Q

**questionnaire** [3] - 15:25, 16:2
**questions** [8] - 15:1, 15:20, 16:7, 18:1, 19:6, 19:24, 39:24, 77:6
**QUI** [1] - 5:6
**quick** [1] - 17:22
**quickly** [1] - 60:16
**Quicutis** [13] - 3:5, 4:25, 5:6, 5:7, 5:8,

5:9, 5:10, 37:21, 38:4, 38:17, 39:6, 72:23, 76:14
**Quicutis'** [1] - 39:12
**quiet** [1] - 44:22
**Quindoza** [3] - 45:18, 45:20, 46:3
**quite** [1] - 52:10
**quitely** [1] - 16:21
**quotes** [1] - 39:3

### R

**rails** [1] - 33:1
**raise** [1] - 17:1
**raised** [4] - 34:17, 44:21, 45:24, 47:4
**ran** [1] - 40:14
**RAP** [4] - 19:5, 19:12, 19:14, 19:15
**RAPs** [1] - 19:2
**rather** [5] - 10:1, 30:18, 31:15, 43:4, 76:1
**rattled** [1] - 34:12
**re** [5] - 64:21, 66:6, 66:24, 67:17, 68:13
**re-emphasizes** [1] - 66:6
**re-examine** [1] - 68:13
**re-read** [1] - 66:24
**re-state** [2] - 64:21, 67:17
**reaction** [1] - 15:2
**read** [10] - 3:12, 11:19, 11:23, 17:19, 58:14, 62:20, 63:10, 66:24, 68:16, 69:21
**ready** [3] - 29:5, 29:24, 31:20
**real** [2] - 17:22, 43:5
**realize** [1] - 57:3
**really** [8] - 11:20, 32:23, 35:2, 39:13, 54:21, 59:2, 62:16, 67:1
**rearranged** [1] - 22:16
**reason** [3] - 26:13, 28:9, 60:20
**reasonable** [1] - 64:16
**reassert** [1] - 68:15
**reasserting** [1] - 64:20
**rebuttal** [2] - 69:6, 69:7
**received** [7] - 3:9, 3:10, 43:14, 69:15, 70:8, 71:24, 72:4
**recent** [1] - 14:22
**recess** [1] - 17:2
**recognize** [3] - 12:23,

13:15, 52:9
**record** [7] - 5:16,
11:22, 26:19, 27:2,
67:23, 76:5, 76:12
**records** [13] - 33:3,
33:4, 33:7, 33:18,
33:22, 34:13, 38:19,
41:20, 41:23, 41:24,
42:12, 50:17, 51:23
**red** [1] - 17:17
**redemption** [1] -
58:20
**reduce** [2] - 23:7, 50:7
**reducing** [1] - 50:8
**refer** [1] - 8:9
**reference** [1] - 26:18
**referenced** [1] - 40:15
**references** [1] - 18:10
**referred** [4] - 13:13,
14:2, 14:3, 73:1
**reflects** [1] - 64:14
**regard** [1] - 68:7
**regarding** [1] - 23:2
**register** [1] - 44:20
**regular** [1] - 20:23
**relates** [1] - 53:18
**relatively** [1] - 44:9
**relevant** [2] - 18:8,
52:25
**religious** [1] - 17:15
**rely** [1] - 15:5
**remember** [9] - 15:22,
16:6, 20:25, 23:7,
30:8, 37:10, 45:20,
50:16, 69:24
**remind** [1] - 49:9
**removed** [4] - 16:22,
23:14, 23:19, 29:7
**renumbered** [1] -
23:21
**reorganize** [1] - 23:22
**Repeat** [1] - 5:19
**repeat** [2] - 5:20, 34:5
**repercussions** [1] -
4:22
**rephrase** [1] - 34:16
**REPORTER** [3] - 5:19,
7:4, 7:10
**reporter** [7] - 5:18,
5:21, 8:3, 8:11, 34:1,
52:2, 64:8
**reporter's** [1] - 23:17
**reports** [4] - 52:20,
52:21, 52:22, 72:3
**representation** [1] -
27:23
**reproduce** [1] - 44:13
**request** [2] - 19:4,
54:5
**requested** [3] - 54:5,

63:25, 64:2
**require** [1] - 62:5
**requirement** [3] -
65:1, 65:8, 67:20
**requirements** [1] -
52:15
**requires** [2] - 42:20,
71:9
**reread** [2] - 67:16,
68:12
**resolve** [2] - 36:13,
57:8
**resolved** [2] - 36:23,
45:23
**respect** [4] - 9:1, 9:2,
9:3, 37:23
**respectful** [3] - 4:20,
4:21, 9:4
**responded** [1] - 41:14
**responding** [1] -
19:21
**response** [4] - 32:14,
32:17, 63:12, 64:22
**responses** [2] - 31:17,
32:18
**responsibilities** [1] -
16:11
**rest** [4] - 16:23, 29:4,
57:4, 74:25
**restaurant** [1] - 40:11
**restful** [1] - 77:20
**restrooms** [3] - 17:5,
17:6, 17:7
**rests** [4] - 76:3, 76:5,
76:14, 77:3
**return** [3] - 9:3, 43:13,
43:14
**returned** [1] - 39:22
**revealed** [1] - 52:6
**review** [6] - 29:19,
30:4, 51:16, 52:23,
53:16, 55:16
**reviewed** [1] - 22:1
**reviewing** [1] - 53:12
**revisit** [1] - 68:25
**rights** [3] - 42:24,
44:20, 76:2
**rise** [1] - 74:11
**role** [1] - 68:11
**room** [2] - 17:5, 27:18
**rooms** [1] - 50:16
**roughly** [2] - 27:6,
27:8, 27:15
**routinely** [1] - 44:4
**rude** [1] - 17:21
**Ruiz's** [1] - 62:21
**Rule** [4] - 65:11, 70:7,
70:12, 75:10
**ruled** [2] - 22:2, 31:12
**rules** [1] - 46:1

**ruling** [1] - 11:21
**run** [3] - 12:7, 12:11,
27:14
**running** [1] - 24:11

# S

**saint** [1] - 58:18
**salary** [2] - 30:24,
38:18
**salt** [1] - 58:15
**satisfactorily** [1] -
8:19
**satisfies** [1] - 52:14
**save** [2] - 21:19, 50:14
**saves** [1] - 51:2
**saw** [3] - 8:13, 36:19,
62:25
**schedule** [2] - 49:10,
74:14
**scheme** [4] - 38:14,
38:16, 39:7, 40:14
**screen** [1] - 12:12
**scribbling** [1] - 69:21
**search** [10] - 25:3,
25:18, 26:12, 33:10,
35:12, 35:23, 36:1,
37:11, 37:16, 37:24
**seat** [1] - 5:12
**second** [9] - 12:4,
25:24, 26:8, 37:16,
37:25, 65:24, 66:17,
67:18
**security** [1] - 15:9
**see** [28] - 4:10, 4:13,
6:6, 8:17, 9:7, 11:13,
12:12, 12:23, 13:14,
16:14, 19:17, 24:12,
24:13, 32:7, 32:16,
60:20, 61:14, 61:23,
63:1, 63:14, 63:15,
68:25, 73:19, 75:8,
77:20
**seeking** [1] - 67:2
**seem** [1] - 62:19
**sees** [1] - 64:13
**Segundo** [1] - 4:7
**select** [2] - 6:15, 62:12
**selected** [1] - 17:10
**self** [1] - 61:22
**send** [1] - 31:22
**senior** [1] - 70:4
**sense** [1] - 53:10
**sensitive** [2] - 17:8,
17:14
**sent** [3] - 43:20, 43:21,
63:21
**sentence** [2] - 66:17,
67:18

**sentenced** [4] - 57:11,
57:14, 57:15, 57:19
**sentencing** [3] - 57:9,
58:5, 58:6
**separate** [4] - 26:16,
57:25, 65:14, 73:3
**separately** [1] - 53:23
**separation** [3] - 58:1,
73:10
**September** [2] - 44:8,
44:9
**series** [5] - 25:24,
45:19, 46:3, 46:5,
77:6
**service** [1] - 35:12
**services** [2] - 47:3,
48:24
**set** [6] - 25:1, 29:2,
29:3, 29:4, 30:4,
31:12
**seven** [1] - 20:25
**shape** [2] - 10:7, 17:22
**share** [3] - 8:2, 9:5,
58:21
**sharing** [1] - 44:3
**sharp** [1] - 50:13
**Sheba** [5] - 10:21,
12:7, 73:20, 74:2,
74:5
**sheet** [2] - 12:5, 13:4
**sheets** [1] - 29:16
**shell** [7] - 39:10,
39:12, 39:13, 39:14,
39:17, 39:18, 39:19
**shepardized** [1] -
63:16
**short** [3] - 10:24,
27:15, 73:24
**shortly** [1] - 29:4
**show** [9] - 32:5, 35:14,
38:3, 38:12, 38:19,
45:11, 67:2, 71:10,
77:10
**showed** [1] - 40:18
**showing** [1] - 72:14
**shown** [1] - 71:16
**shows** [1] - 65:17
**shy** [1] - 34:6
**side** [5] - 8:7, 15:19,
50:12, 71:11, 73:6
**sidekick** [1] - 11:5
**sides** [2] - 14:19,
16:14
**signatures** [1] - 59:18
**signed** [1] - 46:1
**significant** [1] - 69:6
**silent** [1] - 7:24
**simple** [1] - 33:2
**simply** [4] - 32:12,
41:13, 42:12, 54:12

**sit** [6] - 9:22, 23:16,
31:24, 33:25, 51:25,
73:5
**sits** [1] - 10:2
**sitting** [5] - 6:7, 8:7,
9:15, 58:25, 73:7
**situation** [2] - 72:24,
72:25
**six** [2] - 61:6, 74:23
**Sixth** [6] - 64:7, 64:9,
67:5, 67:9, 67:10,
67:14
**small** [3] - 23:22,
30:17, 44:9
**smaller** [1] - 25:1
**smile** [1] - 17:11
**so's** [1] - 37:8
**so-and-so's** [1] - 37:8
**so-called** [1] - 42:5
**so..** [2] - 22:24, 60:9
**solution** [1] - 30:1
**someone** [5] - 9:8,
13:3, 48:21, 51:24,
56:23
**sometimes** [10] -
10:12, 14:9, 28:6,
28:18, 40:10, 40:11,
42:25, 49:21, 76:24
**somewhere** [1] - 4:15
**son** [1] - 11:7
**soon** [1] - 17:20
**sooner** [1] - 10:1
**sophisticated** [2] -
59:24
**sorry** [2] - 43:25, 58:4
**sort** [10] - 19:13,
23:20, 39:5, 39:7,
52:8, 52:12, 52:24,
61:5, 66:6, 77:8
**sorted** [1] - 25:9
**sorts** [1] - 50:4
**Sotomayor** [1] - 43:5
**sound** [3] - 30:1,
56:11, 60:13
**sounds** [1] - 61:24
**source** [2] - 54:25,
66:5
**South** [1] - 47:17
**south** [1] - 48:4
**Soysal** [1] - 63:15
**Spanish** [3] - 15:1,
15:2, 15:3
**SPEAKER** [1] - 6:3
**speaking** [2] - 51:9,
53:10
**specialist** [1] - 3:22
**specific** [2] - 46:8,
66:18
**specifically** [3] - 44:2,
61:5, 64:3

**speeds** [1] - 31:10
**Spell** [1] - 7:4
**spelled** [1] - 7:16
**spend** [1] - 19:7
**spikes** [1] - 38:20
**spread** [2] - 29:16, 55:25
**spreadsheets** [1] - 38:22
**staff** [2] - 13:5, 69:25
**stand** [7] - 6:4, 50:22, 52:1, 52:2, 52:3, 76:19, 76:23
**standard** [1] - 57:21
**standing** [1] - 28:16
**stands** [2] - 63:16, 68:12
**Starbucks** [1] - 40:11
**start** [13] - 3:6, 8:25, 9:1, 10:2, 19:2, 20:5, 45:17, 47:12, 49:11, 49:14, 49:25, 69:11, 74:24
**starts** [2] - 10:5, 17:5
**state** [3] - 63:9, 64:21, 67:17
**statement** [8] - 20:7, 43:3, 56:15, 64:2, 64:10, 66:21, 67:21, 68:7
**statements** [5] - 20:6, 21:11, 21:12, 21:13, 35:2
**States** [2] - 3:4, 3:8
**stating** [1] - 3:6
**statute** [1] - 61:16
**staying** [1] - 17:15
**stems** [1] - 35:11
**Steven** [1] - 45:18
**stick** [2] - 11:20, 61:21
**sticky** [2] - 38:22, 38:24
**still** [8] - 14:15, 20:10, 37:17, 37:24, 44:5, 44:6, 68:23, 74:14
**stipulated** [1] - 50:24
**stones** [1] - 63:3
**strange** [1] - 17:12
**street** [2] - 39:16, 39:21
**streets** [1] - 40:1
**stress** [1] - 48:18
**stressful** [1] - 48:1
**stretch** [1] - 58:18
**stricken** [1] - 16:15
**strike** [1] - 21:1
**strikes** [1] - 20:23
**stuck** [1] - 77:18
**stuff** [4] - 34:14, 50:9, 59:20, 59:22

**style** [1] - 13:24
**subject** [3] - 46:4, 52:8, 76:22
**submission** [1] - 23:2
**submit** [2] - 13:23, 46:11
**subpoena** [1] - 43:14
**substantial** [1] - 23:19
**succinctly** [1] - 64:21
**sufficient** [3] - 20:1, 21:25, 30:14
**sugar** [1] - 74:3
**suggesting** [1] - 54:13
**suggestion** [1] - 73:8
**suggests** [1] - 65:2
**suit** [1] - 4:5
**suits** [1] - 57:4
**summarize** [1] - 42:8
**summarized** [1] - 38:21
**summary** [7] - 28:10, 28:11, 32:23, 42:2, 42:18, 46:2, 46:9
**summer** [1] - 24:3
**support** [1] - 66:22
**supportive** [1] - 11:11
**suppose** [1] - 18:6
**supposed** [1] - 70:19
**suppressed** [1] - 35:3
**Supreme** [2] - 43:4, 43:6
**surprised** [1] - 58:8
**suspect** [1] - 74:23
**suspenders** [1] - 22:5
**syllables** [1] - 5:7
**sylvia** [1] - 5:22
**Sylvia** [1] - 5:16
**SYLVIA** [1] - 5:22
**synchronize** [1] - 4:18
**system** [1] - 44:4

---

**T**

**table** [2] - 3:18, 3:21
**tamara** [1] - 4:24
**Tamara** [1] - 3:5
**taste** [1] - 52:12
**team** [1] - 6:16
**teeth** [1] - 50:4
**ten** [4] - 20:24, 25:13, 55:11, 55:17
**terabyte** [2] - 51:16, 61:4
**term** [4] - 40:3, 40:4, 40:6, 40:7
**terms** [5] - 18:25, 24:23, 33:17, 37:20, 41:9
**test** [1] - 52:14

**testify** [15] - 52:9, 53:4, 54:4, 54:23, 58:23, 75:20, 76:2, 76:16, 76:17, 76:22, 76:24, 77:7, 77:16, 77:17
**testifying** [4] - 53:14, 54:7, 59:2, 76:21
**testimony** [9] - 6:4, 21:8, 35:9, 38:13, 40:9, 45:17, 52:13, 60:18, 77:13
**testing** [1] - 56:10
**THE** [257] - 3:2, 3:3, 3:9, 3:12, 3:15, 3:19, 3:23, 3:25, 4:6, 4:9, 4:17, 5:3, 5:7, 5:9, 5:12, 5:15, 5:17, 5:19, 5:20, 5:22, 5:24, 6:6, 6:11, 6:14, 6:23, 7:2, 7:4, 7:9, 7:10, 7:15, 7:19, 7:22, 7:25, 8:2, 8:13, 8:17, 8:21, 9:12, 9:15, 9:18, 9:21, 9:24, 10:1, 10:6, 10:16, 10:18, 10:21, 11:1, 11:8, 11:10, 13:17, 13:20, 13:24, 14:2, 14:6, 14:8, 14:13, 14:24, 15:13, 15:19, 15:24, 17:24, 18:15, 18:25, 19:6, 19:14, 19:18, 20:12, 20:15, 20:19, 20:22, 21:9, 21:15, 21:20, 23:6, 23:16, 23:25, 24:5, 24:10, 24:17, 24:19, 25:7, 25:12, 25:16, 25:21, 26:1, 26:3, 26:6, 26:10, 26:13, 26:25, 27:3, 27:6, 27:9, 27:14, 27:17, 27:21, 28:2, 28:11, 28:15, 28:22, 28:25, 29:9, 30:1, 30:8, 30:22, 30:24, 31:5, 32:14, 32:17, 33:25, 34:6, 34:16, 35:8, 35:22, 35:25, 36:15, 36:21, 37:1, 37:3, 37:5, 37:13, 38:2, 38:9, 38:11, 39:2, 39:24, 40:1, 40:5, 40:21, 41:1, 41:4, 41:6, 41:10, 42:8, 42:14, 42:17, 42:21, 42:24, 43:2, 43:12, 43:16, 43:25,

44:7, 44:15, 44:17, 45:7, 45:10, 45:20, 45:23, 46:5, 46:7, 46:13, 46:24, 47:2, 47:6, 47:12, 47:16, 47:19, 47:22, 48:1, 48:5, 48:14, 48:21, 49:5, 49:12, 49:15, 49:18, 49:20, 50:10, 50:12, 51:12, 51:25, 52:8, 52:21, 54:13, 55:4, 55:7, 55:9, 55:13, 55:15, 56:5, 56:8, 56:20, 57:2, 57:9, 57:12, 57:14, 57:21, 57:25, 58:3, 58:6, 58:12, 58:17, 59:15, 59:21, 60:8, 60:10, 61:8, 61:11, 62:2, 62:11, 62:15, 62:25, 63:12, 63:14, 63:24, 64:19, 65:19, 65:21, 66:11, 66:20, 67:4, 67:9, 67:12, 67:16, 68:9, 68:19, 69:3, 69:17, 70:10, 70:17, 70:25, 71:4, 71:8, 71:14, 71:19, 72:5, 72:10, 72:13, 72:17, 72:19, 72:21, 72:25, 73:5, 73:10, 73:13, 73:19, 73:23, 73:24, 73:25, 74:2, 74:7, 74:10, 74:17, 75:2, 75:9, 75:12, 75:15, 75:21, 75:24, 76:6, 76:9, 76:13
**themselves** [2] - 6:20, 61:20
**thereafter** [1] - 29:4
**therefore** [1] - 17:14
**they've** [2] - 13:9, 76:9
**thinking** [3] - 19:23, 59:15, 71:20
**third** [3] - 40:13, 40:15, 43:16
**thirty** [1] - 20:17
**Thomas** [1] - 51:8
**thorough** [1] - 62:20
**thousand** [1] - 14:9
**three** [11] - 5:8, 12:3, 13:11, 16:7, 27:10, 38:15, 39:4, 44:9, 73:3, 73:23, 73:24
**throughout** [1] - 6:10
**thumb** [6] - 22:12, 29:10, 29:17, 29:23, 29:24, 44:14
**Thursday** [1] - 62:8
**tied** [2] - 67:23, 68:7

**tilted** [1] - 12:15
**today** [11] - 5:13, 5:14, 10:5, 22:22, 33:24, 51:10, 53:10, 60:24, 62:4, 64:12, 73:25
**today's** [1] - 62:8
**tom** [1] - 60:1
**tomorrow** [2] - 34:11, 74:1
**took** [4] - 33:11, 33:15, 33:16, 36:18
**total** [1] - 27:16
**totality** [1] - 64:15
**totally** [2] - 63:17, 73:9
**tough** [1] - 77:15
**towards** [1] - 65:12
**track** [1] - 38:23
**tracked** [1] - 39:1
**traditional** [1] - 75:25
**traffic** [4] - 46:20, 48:7, 49:22, 50:1
**trail** [1] - 56:20
**train** [3] - 47:20, 48:2, 48:3
**transaction** [3] - 66:1, 66:2, 66:3
**transcript** [2] - 26:19, 61:19
**transform** [1] - 58:19
**transit** [1] - 43:22
**translation** [1] - 5:24
**translator** [1] - 5:13
**trial** [42] - 3:10, 6:10, 6:12, 9:16, 10:4, 11:19, 12:7, 13:7, 13:14, 14:22, 16:5, 17:5, 23:2, 24:4, 27:11, 28:4, 29:1, 29:6, 29:8, 29:22, 31:10, 32:12, 33:6, 43:2, 43:5, 43:13, 47:12, 49:10, 52:7, 59:1, 60:22, 62:22, 62:24, 65:7, 67:24, 69:12, 69:25, 70:19, 73:20, 74:15, 76:15
**trials** [2] - 29:20, 73:3
**tried** [2] - 8:6, 65:25
**true** [2] - 9:25, 60:8
**Trujillo** [11] - 3:4, 4:3, 4:4, 4:6, 4:8, 4:9, 38:16, 39:16, 40:13, 43:18, 76:13
**Trujillo's** [1] - 13:1
**trust** [1] - 15:21
**truth** [2] - 58:13, 61:21
**truthfully** [1] - 61:15
**try** [3] - 23:6, 28:24, 77:21
**trying** [1] - 65:18

**Tuesday** [5] - 21:19, 45:17, 62:8, 74:24, 75:1
**turn** [4] - 12:13, 12:14, 62:15, 77:8
**two** [30] - 5:7, 6:6, 6:9, 11:9, 13:10, 13:11, 13:12, 16:9, 23:6, 25:10, 26:25, 28:12, 28:13, 32:18, 39:6, 39:8, 39:24, 40:16, 40:20, 50:7, 57:16, 57:23, 60:2, 64:7, 66:7, 67:24, 68:20, 74:7, 74:12, 74:15
**type** [2] - 35:1, 41:21
**typed** [1] - 69:22
**types** [1] - 33:22
**typically** [2] - 14:21, 29:13

## U

**U.S** [3] - 64:5, 67:7, 67:10
**ultimately** [1] - 77:1
**umbrella** [2] - 7:6, 7:12
**under** [5] - 31:1, 31:2, 50:5, 64:15, 66:18
**underlined** [1] - 65:22
**unexpected** [1] - 8:23
**unhappy** [1] - 44:18
**unique** [1] - 19:13
**United** [2] - 3:4, 3:8
**unlawful** [1] - 66:3
**unless** [3] - 51:20, 69:5
**unrelated** [1] - 63:18
**up** [23] - 7:17, 8:8, 12:16, 16:5, 16:7, 19:22, 20:18, 31:10, 32:10, 32:20, 40:18, 46:9, 46:11, 50:22, 52:18, 53:6, 56:16, 61:25, 65:10, 69:22, 77:1, 77:6
**upload** [1] - 28:20
**uploaded** [1] - 44:10
**upsets** [1] - 50:2
**urge** [1] - 12:10
**US-1** [1] - 48:7
**USA** [1] - 64:7
**usable** [1] - 53:25
**USAFX** [4] - 43:24, 44:3, 44:13, 44:14
**uses** [1] - 44:4

## V

**V-e-t-t-e-r-s-t-r-a-n-d** [1] - 5:23
**variety** [1] - 39:20
**various** [2] - 38:14, 40:10
**venire** [1] - 74:18
**veracity** [2] - 56:10, 58:13
**verbally** [1] - 50:5
**versus** [5] - 3:4, 64:5, 64:7, 67:7, 67:10
**Vetterstrand** [2] - 5:16, 5:22
**video** [2] - 29:15, 33:16
**videos** [3] - 27:10, 27:14, 33:9
**view** [3] - 36:4, 54:11, 55:1
**violate** [1] - 49:4
**violet** [1] - 42:18
**voir** [6] - 14:25, 15:20, 15:21, 15:23, 17:2, 18:1
**volume** [2] - 54:6, 54:22
**voyeur** [2] - 55:13, 55:15

## W

**W-2s** [2] - 41:1, 41:3
**wait** [1] - 76:2
**waiting** [3] - 60:21, 69:6, 76:1
**walked** [1] - 61:3
**walking** [1] - 4:15
**wants** [5] - 29:25, 30:5, 41:13, 47:24, 71:14
**warm** [1] - 16:7
**warrant** [7] - 25:3, 26:12, 33:10, 35:12, 35:23, 36:1, 37:17
**warrants** [1] - 25:18
**waste** [1] - 45:8
**watch** [3] - 8:21, 19:20, 19:23
**watches** [1] - 4:18
**wavelength** [1] - 69:23
**weak** [1] - 77:11
**wearing** [1] - 17:17
**week** [4] - 12:9, 44:11, 49:17, 49:18
**weekend** [1] - 77:21
**weekly** [1] - 38:18
**weeks** [1] - 74:15

**welcome** [6] - 3:15, 3:25, 5:12, 5:13, 6:23, 27:24
**whole** [3] - 12:12, 59:19, 76:9
**wife** [1] - 9:10
**willing** [3] - 60:7, 68:13, 74:11
**Willner** [1] - 45:21
**Wisconsin** [1] - 18:4
**wise** [1] - 17:17
**wish** [1] - 77:17
**wished** [1] - 59:22
**witness** [37] - 6:3, 6:4, 9:19, 9:22, 10:3, 12:4, 13:12, 13:23, 21:11, 21:18, 24:6, 26:17, 32:8, 32:20, 32:21, 36:11, 37:7, 41:13, 45:1, 45:18, 49:21, 50:21, 50:23, 51:18, 51:20, 55:5, 56:18, 57:17, 58:23, 59:5, 59:9, 74:24, 75:13, 76:18, 76:23, 77:8
**witnesses** [23] - 5:25, 6:4, 12:2, 12:19, 12:20, 13:1, 13:9, 14:12, 32:4, 33:13, 35:17, 36:3, 36:25, 37:22, 38:14, 38:24, 40:3, 53:18, 57:24, 58:13, 58:14, 60:12, 75:19
**wives** [3] - 55:11, 55:17, 55:25
**women** [1] - 6:7
**words** [3] - 14:9, 16:24, 63:23
**works** [3] - 12:10, 20:10, 30:25
**world** [1] - 33:23
**worth** [1] - 14:9
**wrack** [1] - 28:19
**write** [1] - 15:8
**writing** [1] - 39:12
**written** [1] - 40:18
**wrote** [2] - 61:6, 67:6

## Y

**years** [2] - 8:3, 61:18
**yesterday** [2] - 43:21, 65:7
**you're..** [1] - 43:16

## Z

**zeros** [3] - 24:24,

25:10, 25:11
**Zoo** [1] - 47:17
**zoom** [1] - 12:11